# UNITED STATES BANKRUPTCY COURT

## SOUTHERN  DISTRICT OF  MISSISSIPPI

In Re. BACALLAO  GRANITE AND MARBLE, LLC    §

§

§

§

_____

Debtor(s)

Case No.  21-00807  _____

☐ Jointly Administered

# Monthly Operating Report                          Chapter 11

Reporting Period Ended: 07/31/2021  _____

Months Pending: 3  _____

Reporting Method:                    Accrual Basis  ⦿        Cash Basis  ○

Debtor's Full-Time Employees (current):                    0  _____

Debtor's Full-Time Employees (as of date of order for relief):    0  _____

Petition Date: 05/08/2021  _____

Industry Classification:  [0] [0] [0] [0]

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒   Statement of cash receipts and disbursements
☒   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Yoel Bacallao - See Attached Signature  _____
Signature of Responsible Party

08/13/2021  _____
Date

Yoel Bacallao - Manager/Member & 100% Owner
Printed Name of Responsible Party

5448 North State Street, Jackson, Miss. 39206
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                    1

Debtor's Name BACALLAO GRANITE AND MARBLE, LLC                Case No. 21-00807

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $74,248 | |
| b. Total receipts (net of transfers between accounts) | $176,526 | $0 |
| c. Total disbursements (net of transfers between accounts) | $149,426 | $0 |
| d. Cash balance end of month (a+b-c) | $101,348 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $149,426 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $29,497 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory     (Book ◉   Market ○   Other ○   (attach explanation)) | $273,575 |
| d. Total current assets | $415,481 |
| e. Total assets | $799,041 |
| f. Postpetition payables (excluding taxes) | $26,469 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $26,469 |
| k. Prepetition secured debt | $994,320 |
| l. Prepetition priority debt | $2,911 |
| m. Prepetition unsecured debt | $398,850 |
| n. Total liabilities (debt) (j+k+l+m) | $1,422,550 |
| o. Ending equity/net worth (e-n) | $-623,510 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $176,923 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $110,048 | |
| c. Gross profit (a-b) | $66,875 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $12,641 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $54,234 | $54,234 |

UST Form 11-MOR (06/07/2021)                2

Debtor's Name BACALLAO GRANITE AND MARBLE, LLC                    Case No. 21-00807

### Part 5: Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | $0 | | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | Other | $0 | $0 | $0 |
| ii | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $250 | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | DENNIS MEEKS AND COMP | Financial Professional | | | $250 |
| ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

### Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ● No ○ | *only secured* |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ | *owner distribution* |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● | |
| i. | Do you have:          Worker's compensation insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) | |
| | General liability insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● | |

Debtor's Name BACALLAO GRANITE AND MARBLE, LLC                Case No. 21-00807

| | | | |
|---|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ⦿ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⦿  No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⦿  No ○  N/A ○ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Yoel Bacallao - See Attached Signature | Yoel Bacallao - Manager/Member & 100% Owner |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Manager/Member & 100% Owner | 08/13/2021 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN  DISTRICT OF  MISSISSIPPI

Clear All Fields

In Re. BACALLAO  GRANITE AND MARBLE, LLC §
§
§
§

_____
Debtor(s)

Case No.  21-00807

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2021

Petition Date: 05/08/2021

Months Pending: 3

Industry Classification: ☐ ☐ ☐ ☐

Reporting Method:                    Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):                    0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

_____
Signature of Responsible Party

8/13/21
Date

Yoel  Bacallao
_____
Printed Name of Responsible Party

5448 N. State St.
Address
Jackson  MS  39206

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                    1

Debtor's Name BACALLAO GRANITE AND MARBLE, LLC        Case No. 21-00807

k.  Has a disclosure statement been filed with the court?      Yes ◯   No ◯

l.  Are you current with quarterly U.S. Trustee fees as      Yes ◯   No ◯
    set forth under 28 U.S.C. § 1930?

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | _____ |
| b. | Gross income (receipts) from self-employment | _____ |
| c. | Gross income from all other sources | _____ |
| d. | Total income in the reporting period (a+b+c) | _____ |
| e. | Payroll deductions | _____ |
| f. | Self-employment related expenses | _____ |
| g. | Living expenses | _____ |
| h. | All other expenses | _____ |
| i. | Total expenses in the reporting period (e+f+g+h) | _____ |
| j. | Difference between total income and total expenses (d-i) | _____ |
| k. | List the total amount of all postpetition debts that are past due | _____ |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◯ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◯ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Signature of Responsible Party            Printed Name of Responsible Party   Yoel Bacallao

Title                                             Date   8/13/21

[ Save ]               [ Generate PDF for Court Filing and Remove Watermark ]

8/3/2021

## Bacallao Granite and Marble

**Community Bank, Period Ending 07/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 08/03/2021

Reconciled by: Kimberly Hearn

Any changes made to transactions after this date aren't included in this report.

### Summary

|  | USD |
|---|---|
| Statement beginning balance | 67,806.91 |
| Checks and payments cleared (131) | -149,404.14 |
| Deposits and other credits cleared (32) | 175,879.26 |
| Statement ending balance | 94,282.03 |
| | |
| Uncleared transactions as of 07/31/2021 | 7,066.20 |
| Register balance as of 07/31/2021 | 101,348.23 |
| Cleared transactions after 07/31/2021 | 0.00 |
| Uncleared transactions after 07/31/2021 | -4,816.74 |
| Register balance as of 08/03/2021 | 96,531.49 |

### Details

Checks and payments cleared (131)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2021 | Expense | | QuickBooks Payments | -87.17 |
| 07/01/2021 | Expense | | Cosmic Express Corp | -500.00 |
| 07/01/2021 | Check | 2313 | Jonathan T. Archie | -400.00 |
| 07/01/2021 | Expense | | Express Merchant | -228.92 |
| 07/01/2021 | Expense | | Community Bank | -15.00 |
| 07/02/2021 | Expense | | Ascentium Capital | -298.75 |
| 07/02/2021 | Expense | | Got Waste | -375.00 |
| 07/02/2021 | Check | 2361 | Thomas Josdin Cole | -480.00 |
| 07/02/2021 | Expense | | Poseidon Industries | -127.47 |
| 07/02/2021 | Check | 2355 | Wilfredo Corchado | -800.00 |
| 07/02/2021 | Expense | | Braxton Braggs | -2,000.34 |
| 07/06/2021 | Expense | | Lowes | -81.42 |
| 07/06/2021 | Check | 2337 | Jonathan T. Archie | -400.00 |
| 07/06/2021 | Expense | | Lowes | -12.94 |
| 07/06/2021 | Expense | | Home Depot | -7.11 |
| 07/06/2021 | Expense | | Home Depot | -97.17 |
| 07/06/2021 | Expense | | Quality Compressed Air Servi... | -558.57 |
| 07/06/2021 | Check | 2367 | Ariel Sosa Rodriuez | -500.00 |
| 07/06/2021 | Check | 2357 | Dayana Reyes | -500.00 |
| 07/06/2021 | Check | 2358 | Justin Taylor | -420.00 |
| 07/06/2021 | Check | 2339 | Thomas Josdin Cole | -360.00 |
| 07/06/2021 | Check | 2359 | Ariel Sosa Rodriuez | -1,000.00 |
| 07/06/2021 | Check | 2349 | Verona Marble | -3,242.41 |
| 07/06/2021 | Check | 2364 | Yoel Bacallao Jr. | -1,000.00 |
| 07/06/2021 | Check | 2366 | Quality Compressed Air Servi... | -14,017.82 |
| 07/06/2021 | Expense | | | -226.81 |
| 07/06/2021 | Check | 2363 | Charlene Pina Garcia | -500.00 |
| 07/06/2021 | Expense | | Contract Payment Lease | -4,621.88 |
| 07/07/2021 | Expense | | Tractor Supply | -847.96 |
| 07/07/2021 | Check | 2365 | Silver Point Enterprises | -10,690.00 |
| 07/07/2021 | Check | 2356 | Ramon Colas | -550.00 |
| 07/07/2021 | Check | 2350 | Factory Direct Distributors LLC | -948.50 |
| 07/07/2021 | Check | 2370 | Quality Compressed Air Servi... | -342.25 |
| 07/07/2021 | Check | 2354 | Jose Canete | -2,000.00 |
| 07/07/2021 | Check | 2353 | Urbano Rodriquez | -800.00 |
| 07/07/2021 | Check | 2369 | Stephen Westerfield | -120.00 |
| 07/08/2021 | Expense | | Comcast | -586.62 |
| 07/08/2021 | Check | 2347 | Ferrell Gas | -718.93 |
| 07/08/2021 | Check | 2348 | Omicron Granite | -236.00 |

1/4

8/3/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/09/2021 | Check | 2375 | Wilfredo Corchado | -800.00 |
| 07/09/2021 | Expense | | QuickBooks Payments | -101.81 |
| 07/12/2021 | Expense | | Cosmic Express Corp | -12,626.76 |
| 07/12/2021 | Expense | | Community Bank | -15.00 |
| 07/12/2021 | Check | 2382 | Justin Taylor | -400.00 |
| 07/12/2021 | Check | 2352 | Elite Counter Tops LLC | -2,000.00 |
| 07/12/2021 | Check | 2383 | Yoel Bacallao Jr. | -1,500.00 |
| 07/12/2021 | Check | 2380 | Yoel Bacallao Jr. | -1,000.00 |
| 07/12/2021 | Check | 2373 | Ramon Colas | -550.00 |
| 07/12/2021 | Check | 2384 | Mac Arthur Williams | -600.00 |
| 07/13/2021 | Expense | | Vector Supply | -53.49 |
| 07/13/2021 | Expense | | Freedom Life Insurance | -279.38 |
| 07/13/2021 | Expense | | Nationwide | -386.98 |
| 07/13/2021 | Check | 2376 | Urbano Rodriquez | -800.00 |
| 07/13/2021 | Check | 2381 | Charlene Pina Garcia | -500.00 |
| 07/13/2021 | Check | 2371 | Renasant Bank | -1,367.65 |
| 07/13/2021 | Check | 2362 | Jonathan T. Archie | -300.00 |
| 07/13/2021 | Expense | | QuickBooks Payments | -70.00 |
| 07/14/2021 | Check | 2372 | Verona Marble | -1,671.21 |
| 07/14/2021 | Expense | | Chris Haynes Electric | -148.52 |
| 07/15/2021 | Expense | | QuickBooks Payments | -353.84 |
| 07/15/2021 | Expense | | Google | -500.00 |
| 07/15/2021 | Check | 2385 | Dayana Reyes | -800.00 |
| 07/15/2021 | Expense | | Mediterranean Shipping | -230.00 |
| 07/15/2021 | Expense | | Dennis Meek & Company, P.A. | -250.00 |
| 07/16/2021 | Expense | | Freedom Life Insurance | -1,393.17 |
| 07/16/2021 | Expense | | Liberty Mutual | -1,310.74 |
| 07/16/2021 | Expense | | Wix.com | -73.20 |
| 07/16/2021 | Check | 2360 | Zorial Aaron Champale Dixon | -500.00 |
| 07/16/2021 | Check | 2393 | Justin Taylor | -500.00 |
| 07/16/2021 | Check | 2388 | Wilfredo Corchado | -800.00 |
| 07/16/2021 | Check | 2377 | Jonathan T. Archie | -300.00 |
| 07/16/2021 | Expense | | Dupuy Storage & Fowarding Co | -575.00 |
| 07/19/2021 | Check | 2398 | Yoel Bacallao Jr. | -1,500.00 |
| 07/19/2021 | Check | 2397 | Charlene Pina Garcia | -500.00 |
| 07/19/2021 | Check | 2395 | Mac Arthur Williams | -540.00 |
| 07/19/2021 | Check | 2387 | Advanced Electric Service, Inc. | -162.00 |
| 07/19/2021 | Check | 2392 | Yoel Bacallao Jr. | -1,000.00 |
| 07/19/2021 | Check | 2379 | Ariel Sosa Rodriuez | -900.00 |
| 07/20/2021 | Expense | | QuickBooks Payments | -16.87 |
| 07/20/2021 | Expense | | Office Depot | -38.87 |
| 07/20/2021 | Expense | | Community Bank | -25.00 |
| 07/20/2021 | Expense | | BlueSky | -54.37 |
| 07/20/2021 | Check | 2386 | Urbano Rodriquez | -800.00 |
| 07/20/2021 | Check | 2396 | Elite Counter Tops LLC | -2,000.00 |
| 07/20/2021 | Check | 2394 | Dayana Reyes | -800.00 |
| 07/20/2021 | Check | 2391 | Ariel Sosa Rodriuez | -1,500.00 |
| 07/20/2021 | Check | 2399 | Stephen Westerfield | -120.00 |
| 07/21/2021 | Check | 2378 | Thomas Josdin Cole | -540.00 |
| 07/21/2021 | Check | 2368 | RCL Construction LLC | -350.00 |
| 07/21/2021 | Check | 2374 | Zorial Aaron Champale Dixon | -500.00 |
| 07/22/2021 | Expense | | QuickBooks Payments | -15.53 |
| 07/22/2021 | Expense | | Entergy | -778.82 |
| 07/22/2021 | Expense | | Cosmic Express Corp | -12,091.00 |
| 07/22/2021 | Expense | | One Stop | -100.00 |
| 07/22/2021 | Expense | | Community Bank | -15.00 |
| 07/22/2021 | Check | 2351 | Omicron Granite | -181.60 |
| 07/22/2021 | Expense | | Contract Payment Lease | -2,967.04 |
| 07/23/2021 | Expense | | QuickBooks Payments | -27.28 |
| 07/23/2021 | Expense | | Community Bank | -50.00 |
| 07/23/2021 | Check | 2405 | Yoel Bacallao Jr. | -1,000.00 |
| 07/23/2021 | Check | 2410 | Justin Taylor | -700.00 |
| 07/23/2021 | Check | 2409 | Wilfredo Corchado | -640.00 |
| 07/23/2021 | Expense | | Vietnam Joint Stock | -20,484.80 |

8/3/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/26/2021 | Expense | | QuickBooks Payments | -46.25 |
| 07/26/2021 | Expense | | Ford Motor | -1,476.32 |
| 07/26/2021 | Expense | | Google | -9.99 |
| 07/26/2021 | Expense | | Ford Motor | -745.26 |
| 07/26/2021 | Expense | | Wix.com | -423.72 |
| 07/26/2021 | Check | 2411 | Charlene Pina Garcia | -500.00 |
| 07/26/2021 | Check | 2408 | Elite Counter Tops LLC | -2,000.00 |
| 07/26/2021 | Check | 2406 | Yoel Bacallao Jr. | -1,500.00 |
| 07/26/2021 | Expense | | Omicron Granite | -55.00 |
| 07/26/2021 | Expense | | Omicron Granite | -35.00 |
| 07/27/2021 | Expense | | QuickBooks Payments | -165.80 |
| 07/27/2021 | Check | 2407 | Urbano Rodriquez | -800.00 |
| 07/27/2021 | Check | 2404 | Mac Arthur Williams | -120.00 |
| 07/27/2021 | Expense | | Got Waste | -375.00 |
| 07/27/2021 | Check | 2413 | Roberto C. Sanchez | -800.00 |
| 07/28/2021 | Check | 2401 | R.W. Aiken Insurance | -1,600.00 |
| 07/28/2021 | Expense | | Verizon | -1,084.33 |
| 07/28/2021 | Expense | | Jus More Speed & Tires | -239.56 |
| 07/28/2021 | Expense | | Exxon | -100.00 |
| 07/28/2021 | Expense | | Harland Clarke | -143.15 |
| 07/28/2021 | Check | 2389 | Zorial Aaron Champale Dixon | -400.00 |
| 07/28/2021 | Check | 2390 | Jonathan T. Archie | -400.00 |
| 07/28/2021 | Check | 2402 | Ariel Sosa Rodriuez | -600.00 |
| 07/30/2021 | Check | 2417 | Wilfredo Corchado | -480.00 |
| 07/30/2021 | Expense | | Community Bank | -3.50 |
| 07/30/2021 | Check | 2419 | Justin Taylor | -700.00 |
| 07/30/2021 | Expense | | Costco | -97.30 |
| 07/30/2021 | Expense | | | -49.99 |

Total                                                    -149,404.14

Deposits and other credits cleared (32)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/01/2021 | Deposit | | Philip Reeves | 2,556.34 |
| 07/01/2021 | Deposit | | | 3,049.82 |
| 07/06/2021 | Deposit | | | 1,881.04 |
| 07/06/2021 | Deposit | | | 0.01 |
| 07/07/2021 | Deposit | | Sterling Fields | 4,147.52 |
| 07/08/2021 | Deposit | | | 3,353.73 |
| 07/09/2021 | Deposit | | Marlowe Designs | 2,987.00 |
| 07/12/2021 | Deposit | | Katie Shapley | 2,989.28 |
| 07/12/2021 | Deposit | | Cora Jones | 2,956.04 |
| 07/13/2021 | Deposit | | Randy Robertson | 9,211.60 |
| 07/14/2021 | Deposit | | | 540.00 |
| 07/15/2021 | Deposit | | Angela Morris | 1,807.63 |
| 07/15/2021 | Deposit | | Nick Bradshaw | 10,399.83 |
| 07/19/2021 | Deposit | | | 5,456.94 |
| 07/20/2021 | Deposit | | | 481.54 |
| 07/20/2021 | Deposit | | Mallard Homes, LLC. | 19,044.47 |
| 07/20/2021 | Deposit | | John Stinson | 4,175.00 |
| 07/21/2021 | Deposit | | Radco Construction | 12,657.54 |
| 07/21/2021 | Deposit | | OutdoorSpaces LLC | 2,220.15 |
| 07/22/2021 | Deposit | | Chris Whitrer | 449.28 |
| 07/23/2021 | Deposit | | | 35,925.41 |
| 07/23/2021 | Deposit | | Spears | 795.00 |
| 07/26/2021 | Deposit | | Amy Campbell | 4,791.02 |
| 07/26/2021 | Deposit | | | 1,345.64 |
| 07/26/2021 | Deposit | | Shannon Sansing | 2,703.03 |
| 07/27/2021 | Deposit | | Mallard Homes, LLC. | 3,801.87 |
| 07/27/2021 | Deposit | | Arin Mcbee | 2,264.72 |
| 07/27/2021 | Deposit | | | 4,854.68 |
| 07/28/2021 | Deposit | | | 7,626.83 |

8/3/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/28/2021 | Deposit | . | | 4,660.11 |
| 07/28/2021 | Deposit | | Katie Robinson | 628.97 |
| 07/29/2021 | Deposit | | | 16,117.22 |

| Total | | | | 175,879.26 |
|-------|--|--|--|-----------|

## Additional Information

### Uncleared checks and payments as of 07/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 06/01/2021 | Expense | | Intuit QuickBooks | -280.46 |
| 06/16/2021 | Expense | | Intuit QuickBooks | -54.03 |
| 07/30/2021 | Expense | | QuickBooks Payments | -22.25 |

| Total | | | | -356.74 |
|-------|--|--|--|---------|

### Uncleared deposits and other credits as of 07/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 04/12/2021 | Receive Payment | 1021 | Margo Himphill | 4,000.00 |
| 05/06/2021 | Receive Payment | | Ryan & Rebecca Johnson | 1,952.83 |
| 05/11/2021 | Receive Payment | 5294 | Lucky Dog Properties | 823.18 |
| 07/30/2021 | Deposit | | Jose Pintor | 646.93 |

| Total | | | | 7,422.94 |
|-------|--|--|--|----------|

### Uncleared checks and payments after 07/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/02/2021 | Check | 2424 | Yoel Bacallao Jr. | -1,500.00 |
| 08/02/2021 | Check | 2420 | Ariel Sosa Rodriuez | -900.00 |
| 08/02/2021 | Expense | | Ascentium Capital | -298.75 |
| 08/02/2021 | Expense | | BlueSky | -16.75 |
| 08/02/2021 | Expense | | BlueSky | -0.21 |
| 08/02/2021 | Check | 2425 | Yoel Bacallao Jr. | -1,000.00 |
| 08/02/2021 | Expense | | Lowes | -222.56 |
| 08/02/2021 | Expense | | Exxon | -120.00 |
| 08/02/2021 | Expense | | Marathon Petro | -60.00 |
| 08/02/2021 | Expense | . | Comcast | -296.19 |
| 08/02/2021 | Expense | | QuickBooks Payments | -14.96 |
| 11/23/2021 | Expense | 2011 | Jenny Flores | -320.00 |
| 11/23/2021 | Expense | 2013 | Jacqueline Pachoa | -500.00 |

| Total | | | | -5,249.42 |
|-------|--|--|--|-----------|

### Uncleared deposits and other credits after 07/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/02/2021 | Deposit | | Elizabeth Randall | 432.68 |

| Total | | | | 432.68 |
|-------|--|--|--|--------|

# Bacallao Granite and Marble

## CASH RECEIPTS

### July 2021

| DATE | TRANSACTION TYPE | NAME | MEMO/DESCRIPTION | CLR | AMOUNT |
|------|------------------|------|------------------|-----|--------|
| **Community Bank** | | | | | |
| Beginning Balance | | | | | |
| 07/01/2021 | Deposit | | | R | 3,049.82 |
| 07/01/2021 | Deposit | Philip Reeves | System-recorded deposit for QuickBooks Payments | R | 2,556.34 |
| 07/06/2021 | Deposit | | | R | 0.01 |
| 07/06/2021 | Deposit | | | R | 1,881.04 |
| 07/07/2021 | Deposit | Sterling Fields | | R | 4,147.52 |
| 07/08/2021 | Deposit | | | R | 3,353.73 |
| 07/09/2021 | Deposit | Marlowe Designs | System-recorded deposit for QuickBooks Payments | R | 2,987.00 |
| 07/12/2021 | Deposit | Katie Shapley | | R | 2,989.28 |
| 07/12/2021 | Deposit | Cora Jones | | R | 2,956.04 |
| 07/13/2021 | Deposit | Randy Robertson | | R | 9,211.60 |
| 07/14/2021 | Deposit | | | R | 540.00 |
| 07/15/2021 | Deposit | Angela Morris | | R | 1,807.63 |
| 07/15/2021 | Deposit | Nick Bradshaw | System-recorded deposit for QuickBooks Payments | R | 10,399.83 |
| 07/19/2021 | Deposit | | | R | 5,456.94 |
| 07/20/2021 | Deposit | Mallard Homes, LLC. | | R | 19,044.47 |
| 07/20/2021 | Deposit | | System-recorded deposit for QuickBooks Payments | R | 481.54 |
| 07/20/2021 | Deposit | John Stinson | | R | 4,175.00 |
| 07/21/2021 | Deposit | OutdoorSpaces LLC | | R | 2,220.15 |
| 07/21/2021 | Deposit | Radco  Construction | | R | 12,657.54 |
| 07/22/2021 | Deposit | Chris Whitrer | System-recorded deposit for QuickBooks Payments | R | 449.28 |
| 07/23/2021 | Deposit | Spears | System-recorded deposit for QuickBooks Payments | R | 795.00 |
| 07/23/2021 | Deposit | | | R | 35,925.41 |
| 07/26/2021 | Deposit | | System-recorded deposit for QuickBooks Payments | R | 1,345.64 |
| 07/26/2021 | Deposit | Shannon Sansing | | R | 2,703.03 |
| 07/26/2021 | Deposit | Amy Campbell | | R | 4,791.02 |
| 07/27/2021 | Deposit | | System-recorded deposit for QuickBooks Payments | R | 4,854.68 |
| 07/27/2021 | Deposit | Mallard Homes, LLC. | | R | 3,801.87 |
| 07/27/2021 | Deposit | Arin Mcbee | | R | 2,264.72 |
| 07/28/2021 | Deposit | | | R | 4,660.11 |
| 07/28/2021 | Deposit | | | R | 7,626.83 |
| 07/28/2021 | Deposit | Katie Robinson | | R | 628.97 |

# Bacallao Granite and Marble

## CASH RECEIPTS

### July 2021

| DATE | TRANSACTION TYPE | NAME | MEMO/DESCRIPTION | CLR | AMOUNT |
|------|------------------|------|------------------|-----|--------|
| 07/29/2021 | Deposit | | | R | 16,117.22 |
| 07/30/2021 | Deposit | Jose Pintor | System-recorded deposit for QuickBooks Payments | C | 646.93 |
| **Total for Community Bank** | | | | | **$176,526.19** |
| **TOTAL** | | | | | **$176,526.19** |

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**        **CASE NUMBER: 21-00807-NPO**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
**For Period 7-1-21 TO 7-31-21**

CASH RECONCILIATION

| | | | |
|---|---|---|---|
| 1 | Beginning Cash Balance | $ | 74,248.43 |
| 2 | Cash Receipts | $ | 176,526.19 |
| 3 | Cash Disbursements | $ | 149,426.39 |
| 4 | Net Cash Flow | $ | 27,099.80 |
| 5 | Ending Cash Balance | $ | 101,348.23 |

Adjusted Cash Disbursements        149,426.39

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**
**CASE NUMBER: 21-00807-NPO**

### COMPARATIVE BALANCE SHEET

| | | Filing Date 5/8/2021 | | Month Ended 7/31/2021 |
|---|---|---|---|---|
| **ASSETS:** | | | | |
| CURRENT ASSETS | | | | |
| Cash | $ | 40,443 | $ | 101,348 |
| Accounts Receivable, Net | | 2,986 | | 29,497 |
| Inventory | | 275,000 | | 273,575 |
| TOTAL CURRENT ASSETS | $ | 318,429 | $ | 404,419 |
| | | | | |
| PROPERTY, PLANT & EQUIP | $ | 1,174,200 | $ | 1,188,218 |
| Less Accumulated Depreciation | | (804,659) | | (804,659) |
| NET PROPERTY, PLANT & EQUIP | $ | 369,541 | $ | 383,559 |
| | | | | |
| OTHER ASSETS | | | | |
| Deposits in transit | $ | 11,450 | $ | 11,062 |
| TOTAL OTHER ASSETS | $ | 11,450 | $ | 11,062 |
| | | | | |
| **TOTAL ASSETS** | $ | 699,421 | $ | 799,040 |
| | | | | |
| **LIABILITIES:** | | | | |
| | | | | |
| POST-PETITION LIABILITIES: | | | | |
| Other: | $ | - | $ | 26,469 |
| TOTAL POST-PETITION LIABILITIES | $ | - | $ | 26,469 |
| | | | | |
| PRE-PETITION LIABILITIES: | | | | |
| Notes payable-Secured | $ | 1,033,826 | $ | 994,320 |
| Priority Debt | | 2,911 | | 2,911 |
| Unsecured Debt (See Attached) | | 399,450 | | 398,850 |
| Payables | | 9,390 | | - |
| TOTAL PRE-PETITION LIABILITIES | $ | 1,445,578 | $ | 1,396,081 |
| | | | | |
| TOTAL LIABILITIES | $ | 1,445,578 | $ | 1,422,550 |
| | | | | |
| **EQUITY (DEFICIT)** | | | | |
| SHAREHOLDER DISTRIBUTIONS | | (26,491) | | (35,182) |
| RETAINED EARNINGS (LOSS): | | | | |
| Retained Earnings (loss) | | (720,619) | | (720,619) |
| Unreconciled Difference in DIP MORs | | (89,616) | | (89,616) |
| Current Year Earnings | | 90,569 | | 221,907 |
| TOTAL EQUITY (NET WORTH) | $ | (746,157) | $ | (623,510) |
| | | | | |
| **TOTAL LIABILITIES & EQUITY** | $ | 699,421 | $ | 799,040 |

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**
**CASE NUMBER: 21-00807-NPO**

| | Month Ended 6/30/2021 | Month Ended 7/31/2021 |
|---|---|---|
| NET REVENUE | $ 175,476 | $ 176,923 |
| COST OF GOODS SOLD: | | |
| Material | $ 84,932 | $ 40,755 |
| Labor | 59,730 | 43,245 |
| Overhead | - | 26,048 |
| TOTAL COST OF GOODS SOLD | $ 144,662 | $ 110,048 |
| GROSS PROFIT | $ 30,814 | $ 66,875 |
| OPERATING EXPENSES: | | |
| General & Administrative | 38,233 | 12,641 |
| Other Operating Expenses | - | - |
| TOTAL OPERATING EXPENSES | $ 38,233 | $ 12,641 |
| INTEREST EXPENSE | - | - |
| NET INCOME | $ (7,418) | $ 54,234 |

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**
**CASE NUMBER: 21-00807-NPO**

**Comparative Balance Sheet**
**Prepetition Liabilities**
**Unsecured Debt**

| Debt Due To: | Amount |
|---|---:|
| Dell Financial Services | 1,700 |
| IOU Financial | 90,470 |
| Kalamata Capital Group | 70,000 |
| MS International | 17,055 |
| Samson MCA | 72,825 |
| SBA Administration | 145,000 |
| IRS | 3,900 |
| MS Department of Revenue | 811 |
| **Total Unsecured Debt** | **$    401,761** |

```
                                          Date  7/30/21              Page     1
                                          Primary Account   @XXXXXXXXXX@9283



        Bacallao Granite & Marble, LLC
        Debtor in Possession
        Case No. 21-00807
        348 Lakeview Road
        Ridgeland MS 39157-1103




        * * *  SUMMARY OF ACTIVITY DURING STATEMENT PERIOD * * *

Community Business Checking          Number of Enclosures           92
Account Number      @XXXXXXXXXX@9283 Statement Dates   7/01/21 thru  8/01/21
Previous Balance            67,806.91 Days in the statement period      32
   31 Deposits/Credits     175,879.26 Average Ledger             52,651.95
  130 Checks/Debits        149,400.64 Average Collected          46,073.12
Total Service Charges            3.50
Interest Paid                      .00
Current Balance             94,282.03


-------------------------------------------------------------------------

Total Service Charge Breakdown

        Item Charges in Service Charge                3.50

-------------------------------------------------------------------------

Activity in Date Order
Date  Description                            Amount
  7/01    "My Deposit" Deposit               3,049.82 CR
  7/01    Wire Transfer Fee                     15.00-
  7/01    Wire Transfer Debit                  500.00-
          Cosmic Express Corp
          122203950
          29077778
          9142 Norwalk Blvd
          Santa Fe Springs, CA 90670
          CATH BK LA
          18643 South Pioneer Blvd
          Artesia, CA 90701
          LOS ANGELES                CA
          20210701MMQFMP0L000034
          20210701L2LFCB1C000392
          07011229FT03
  7/01    EPX FE 031366372MERCH SETL           228.92-
          *CCD* TR#031101112782634
```

```
                                           Date   7/30/21              Page     2
                                           Primary Account    @XXXXXXXXXX@9283


Community Business Checking        @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
Date  Description                                        Amount
               3130031366372       21/07/01
               CO ID:1141901461
  7/02         INTUIT 05727285 DEPOSIT                    2,556.34 CR
               *CCD* TR#021000024528662
               524771995092011    21/07/02
               CO ID:9215986202
  7/02         DBT CRD 1140 07/01/21 DBKVXLEM               127.47-
               SQ *POSEIDON INDUSTRIE
               GOSQ.COM      FL C#3608
  7/02         DBT CRD 1405 07/01/21 DBEJHCTJ               375.00-
               GOT WASTE
               JACKSON       MS C#3608
  7/02         DBT CRD 1140 06/30/21 DBTED7MJ             2,000.34-
               BRAXTON-BRAGG COMPANY
               KNOXVILLE     TN C#3608
  7/02         INTUIT 39080105 TRAN FEE                     87.17-
               *CCD* TR#021000024902142
               524771995092011    21/07/02
               CO ID:9215986202
  7/02         AscentiumCapitalLEASECHG                    298.75-
               *CCD* TR#021000029653372
               83751              21/07/02
               CO ID:9176794002
  7/06         "My Deposit" Deposit                      1,881.05 CR
  7/06         POS DEB 1445 07/02/21 34911601                7.11-
               NST THE HOME D
               6325 HWY 55 COUNTY
               JACKSON       MS C#3608
  7/06         POS DEB 1402 07/05/21 14063233              12.94-
               LOWE S #2622
               910 EAST COUNTY LI
               RIDGELAND     MS C#3608
  7/06         POS DEB 1042 07/05/21 10324798              81.42-
               LOWE S #2622
               910 EAST COUNTY LI
               RIDGELAND     MS C#3608
  7/06         POS DEB 1718 07/02/21 85619201              97.17-
               NST THE HOME D
               6325 HWY 55 COUNTY
               JACKSON       MS C#3608
  7/06         POS DEB 1105 07/05/21 11013434             226.81-
               SUTHERLAN SUTH
               SUTHERLAN SUTHERLA
               Pearl         MS C#3608
  7/06         DBT CRD 0851 07/02/21 DBW025LU             558.57-
               QUALITY COMPRESSED AIR
               PEARL         MS C#3608
  7/06         CONTRACTPAYMENTVLEASE PYMT               4,621.88-
               *CCD* TR#125108270009880
               CT-BUND40261752    21/07/06
               CO ID:4912122680
  7/07         "My Deposit" Deposit                      4,147.52 CR
```

```
                                          Date  7/30/21          Page     3
                                          Primary Account  @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
Date  Description                                      Amount
 7/07     DBT CRD 1415 07/03/21 DBXKTI9L                 847.96-
          TRACTOR SUPPLY CO #550
          866-872-4850  TN C#3608
 7/08     "My Deposit" Deposit                         3,353.73 CR
 7/08     DBT CRD 0824 07/08/21 DBL4KXAU                 586.62-
          COMCAST
          800-266-2278  GA C#3608
 7/12     INTUIT 53867175 DEPOSIT                       2,987.00 CR
          *CCD* TR#021000024732503
          524771995092011   21/07/12
          CO ID:9215986202
 7/12     "My Deposit" Deposit                          2,956.04 CR
 7/12     "My Deposit" Deposit                          2,989.28 CR
 7/12     Wire Transfer Fee                                15.00-
 7/12     Wire Transfer Debit                          12,626.76-
          Cosmic Express Corp
          122203950
          29077778
          9142 Norwalk Blvd
          Santa Fe Spings, CA 90670
          CATH BK LA
          18643 South Pioneer Blvd
          Artesia, CA 90701
          LOS ANGELES            CA
          20210712MMQFMP0L000027
          20210712L2LFCB1C000357
          07121107FT03
 7/12     INTUIT 87857465 TRAN FEE                       101.81-
          *CCD* TR#021000024889175
          524771995092011   21/07/12
          CO ID:9215986202
 7/13     "My Deposit" Deposit                          9,211.60 CR
 7/13     DBT CRD 0852 07/12/21 DBCGCPHN                  70.00-
          INTUIT *
          CL.INTUIT.COM CA C#3608
 7/13     VECTOR SECURITY PAYMENT                          53.49-
          *PPD* TR#043000123772035
          21/07/13
          CO ID:1231734719
 7/13     FREEDOM LIFE INSINS. PREM                       279.38-
          *PPD* TR#041001034639352
          21/07/13
          CO ID:1611096685
 7/13     NATIONWIDE      EDI PYMNTS                      386.98-
          *PPD* TR#091000010838562
          21/07/13
          CO ID:1314177102
 7/14     "My Deposit" Deposit                           540.00 CR
 7/14     DBT CRD 1623 07/13/21 DBEMURSL                 148.52-
          CHRIS HAYNES ELECTRIC
          JACKSON        MS C#3608
 7/15     "My Deposit" Deposit                         1,807.63 CR
```

```
                                    Date  7/30/21          Page     4
                                    Primary Account  @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
Date  Description                                      Amount
7/15      DBT CRD 1104 07/14/21 DBOXL0FL              230.00-
          MEDITERRANEAN SHIPPING
          NEW YORK       NY C#3608
7/15      DENNIS MEEK & CODM AND CO                   250.00-
          *CCD* TR#084202262479525
                              21/07/15
          CO ID:0640936634
7/15      GOOGLE          ADWORDS:35                  500.00-
          *WEB-R  * TR#091000010794757
          21/07/15
          CK#US003GXMMX      D:F770493581
7/16      INTUIT 88558255 DEPOSIT                  10,399.83 CR
          *CCD* TR#021000027889941
          524771995092011    21/07/16
          CO ID:9215986202
7/16      DBT CRD 1635 07/15/21 DBXPBB22               73.20-
          WIX.COM BACALLAOSTON
          SAN FRANCISCO CA C#3608
7/16      DBT CRD 0818 07/14/21 DBQWYCVK              575.00-
          DUPUY STORAGE & FORWAR
          504-245-7600  LA C#3608
7/16      INTUIT 22616155 TRAN FEE                    353.84-
          *CCD* TR#021000027726957
          524771995092011    21/07/16
          CO ID:9215986202
7/16      LIBERTY MUTUAL  402183520                 1,310.74-
          *CCD* TR#021000021406822
          2693805            21/07/16
          CO ID:0000061050
7/16      FREEDOM LIFE INSINS. PREM                 1,393.17-
          *PPD* TR#041001038765714
          21/07/16
          CO ID:1611096685
7/19      "My Deposit" Deposit                      5,456.94 CR
7/20      "My Deposit" Deposit                      4,175.00 CR
7/20      "My Deposit" Deposit                     19,044.47 CR
7/20      Stop Payment Fee                             25.00-
7/20      POS DEB 0837 07/20/21 08325457               38.87-
          OFFICE DE 4950
          OFFICE DE 4950 I-5
          JACKSON       MS C#3608
7/20      POS DEB 0940 07/20/21 00077798               54.37-
          BLUESKY #637
          BLUESKY  637
          JACKSON       MS C#3608
7/21      INTUIT 11527375 DEPOSIT                     481.54 CR
          *CCD* TR#021000025382400
          524771995092011    21/07/21
          CO ID:9215986202
7/21      "My Deposit" Deposit                      2,220.15 CR
7/21      "My Deposit" Deposit                     12,657.54 CR
```

```
                                        Date  7/30/21              Page    5
                                        Primary Account   @XXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXX@9283    (Continued)

Activity in Date Order
Date  Description                                     Amount
7/21      INTUIT 46118655 TRAN FEE                     16.87-
          *CCD* TR#021000025530434
          524771995092011    21/07/21
          CO ID:9215986202
7/22      Wire Transfer Fee                            15.00-
7/22      Wire Transfer Debit                      12,691.00-
          Cosmic Express Corp
          122203950
          29077778
          9142 Norwalk Blvd
          Santa Fe Springs, CA 90670
          CATH BK LA
          18643 South Pioneer Blvd
          Artesia, CA 90701
          LOS ANGELES              CA
          20210722MMQFMP0L000058
          20210722L2LFCB1C000508
          07221646FT03
7/22      DBT CRD 0958 07/21/21 DBZM5V6U              100.00-
          ONE STOP
          RIDGELAND    MS C#3608
7/22      ENTERGY MISSISSIBANK DRAFT                  778.82-
          *PPD* TR#021000025246155
          21/07/22
          CO ID:1640205830
7/22      CONTRACTPAYMENTVLEASE PYMT                2,967.04-
          *CCD* TR#125108270016246
          CT-BUND40306539    21/07/22
          CO ID:4912122680
7/23      INTUIT 25339075 DEPOSIT                     449.28 CR
          *CCD* TR#021000023230118
          524771995092011    21/07/23
          CO ID:9215986202
7/23      "My Deposit" Deposit                     35,925.41 CR
7/23      Wire Transfer Fee                            50.00-
7/23      Wire Transfer Debit                      20,484.80-
          VIETNAM JOINT STOCK COMMERCIAL
          063116737
          ICBVVNVX344
          FOR INDUSTRY AND TRADE,DONG HA
          DUONG BRANCH 279 TRAN HUNG DAO
          AN LUU WARD,KINH MON TOWN,HAI
          SOUTH STATE BK NA
          WINTER HAVEN        FL
          GRANITE PURCHASE FROM PHU SON
          STOCK COMPANY #110003248888 ZO
          PHU THU WARD,KINH MON TOWN,HAI
          DUONG PROVINCE,VIETNAM
          20210723MMQFMP0L000000
7/23      INTUIT 59863165 TRAN FEE                     15.53-
          *CCD* TR#021000023377772
```

```
                                          Date  7/30/21          Page    6
                                          Primary Account  @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
| Date | Description | Amount |
|------|-------------|--------|
| | 524771995092011   21/07/23 | |
| | CO ID:9215986202 | |
| 7/26 | INTUIT 29184145 DEPOSIT | 795.00 CR |
| | *CCD* TR#021000026989871 | |
| | 524771995092011   21/07/26 | |
| | CO ID:9215986202 | |
| 7/26 | "My Deposit" Deposit | 2,703.03 CR |
| 7/26 | "My Deposit" Deposit | 4,791.02 CR |
| 7/26 | POS DEB 0927 07/26/21 09213861 | 9.99- |
| | GOOGLE *Google | |
| | GOOGLE *Google Sto | |
| | Mountain View CA C#3608 | |
| 7/26 | DBT CRD 1024 07/22/21 DBPRA0CJ | 35.00- |
| | OMICRON SUPPLIES NEW O | |
| | HARAHAN       LA C#3608 | |
| 7/26 | DBT CRD 1026 07/22/21 DBVIM1C0 | 55.00- |
| | OMICRON SUPPLIES NEW O | |
| | HARAHAN       LA C#3608 | |
| 7/26 | DBT CRD 0859 07/23/21 DBS4BK5N | 423.72- |
| | WIX.COM PREMIUM-PLAN | |
| | SAN FRANCISCO CA C#3608 | |
| 7/26 | INTUIT 63853905 TRAN FEE | 27.28- |
| | *CCD* TR#021000027134537 | |
| | 524771995092011   21/07/26 | |
| | CO ID:9215986202 | |
| 7/26 | FORD CREDIT     AUTO PYMT | 745.26- |
| | *TEL-S   *TR#028000089215349 | |
| | 21/07/26 | |
| | CO ID:1381612444 | |
| 7/26 | FORD CREDIT     AUTO PYMT | 1,476.32- |
| | *TEL-S   *TR#028000089215239 | |
| | 21/07/26 | |
| | CO ID:1381612444 | |
| 7/27 | INTUIT 42126405 DEPOSIT | 1,345.64 CR |
| | *CCD* TR#021000022496418 | |
| | 524771995092011   21/07/27 | |
| | CO ID:9215986202 | |
| 7/27 | "My Deposit" Deposit | 2,264.72 CR |
| 7/27 | "My Deposit" Deposit | 3,801.87 CR |
| 7/27 | DBT CRD 1157 07/26/21 DBATOLAD | 375.00- |
| | GOT WASTE | |
| | JACKSON       MS C#3608 | |
| 7/27 | INTUIT 77181545 TRAN FEE | 46.25- |
| | *CCD* TR#021000022641784 | |
| | 524771995092011   21/07/27 | |
| | CO ID:9215986202 | |
| 7/28 | INTUIT 48050735 DEPOSIT | 4,854.68 CR |
| | *CCD* TR#021000021654774 | |
| | 524771995092011   21/07/28 | |
| | CO ID:9215986202 | |
| 7/28 | "My Deposit" Deposit | 628.97 CR |
| 7/28 | "My Deposit" Deposit | 4,660.11 CR |

```
                                        Date  7/30/21           Page    7
                                        Primary Account  @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283   (Continued)

Activity in Date Order

| Date | Description | Amount |
|------|-------------|--------|
| 7/28 | "My Deposit" Deposit | 7,626.83 CR |
| 7/28 | DBT CRD 0857 07/27/21 DBKA6AHM EXXONMOBIL   47759204 JACKSON     MS C#3608 | 100.00- |
| 7/28 | DBT CRD 1018 07/26/21 DBZXHU27 SQ *JUS MORE SPEED AND JACKSON     MS C#3608 | 239.56- |
| 7/28 | HARLAND CLARKE  CHK ORDER *PPD* TR#091000010454504 21/07/28 CO ID:3114000006 | 143.15- |
| 7/28 | INTUIT 82964265 TRAN FEE *CCD* TR#021000021800698 524771995092011   21/07/28 CO ID:9215986202 | 165.80- |
| 7/28 | VERIZON WIRELESSPAYMENTS *PPD* TR#021000029032490 21/07/28 CO ID:1223344794 | 1,084.33- |
| 7/29 | "My Deposit" Deposit | 16,117.22 CR |
| 7/30 | Merchant Capture Fee $49.99 | 49.99- |
| 7/30 | POS DEB 1126 07/30/21 13665719 COSTCO WHSE #1 COSTCO WHSE  13 RIDGELAND    MS C#3608 | 97.30- |
| 7/30 | Service Charge | 3.50- |

----------------------------------------------------------------------

CHECKS IN CHECK NO. ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 7/01 | 2313 | 400.00 | 7/06 | 2364 | 1,000.00 |
| 7/06 | 2337* | 400.00 | 7/07 | 2365 | 10,690.00 |
| 7/06 | 2339* | 360.00 | 7/06 | 2366 | 14,017.82 |
| 7/08 | 2347* | 718.93 | 7/06 | 2367 | 500.00 |
| 7/08 | 2348 | 236.00 | 7/21 | 2368 | 350.00 |
| 7/06 | 2349 | 3,242.41 | 7/07 | 2369 | 120.00 |
| 7/07 | 2350 | 948.50 | 7/07 | 2370 | 342.25 |
| 7/22 | 2351 | 181.60 | 7/13 | 2371 | 1,367.65 |
| 7/12 | 2352 | 2,000.00 | 7/14 | 2372 | 1,671.21 |
| 7/07 | 2353 | 800.00 | 7/12 | 2373 | 550.00 |
| 7/07 | 2354 | 2,000.00 | 7/21 | 2374 | 500.00 |
| 7/02 | 2355 | 800.00 | 7/09 | 2375 | 800.00 |
| 7/07 | 2356 | 550.00 | 7/13 | 2376 | 800.00 |
| 7/06 | 2357 | 500.00 | 7/16 | 2377 | 300.00 |
| 7/06 | 2358 | 420.00 | 7/21 | 2378 | 540.00 |
| 7/06 | 2359 | 1,000.00 | 7/19 | 2379 | 900.00 |
| 7/16 | 2360 | 500.00 | 7/12 | 2380 | 1,000.00 |
| 7/02 | 2361 | 480.00 | 7/13 | 2381 | 500.00 |
| 7/13 | 2362 | 300.00 | 7/12 | 2382 | 400.00 |
| 7/06 | 2363 | 500.00 | 7/12 | 2383 | 1,500.00 |

* Denotes missing check numbers

```
                                          Date   7/30/21              Page     8
                                          Primary Account   @XXXXXXXXXX@9283
```

Community Business Checking          @XXXXXXXXXX@9283   (Continued)

CHECKS IN CHECK NO. ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 7/12 | 2384 | 600.00 | 7/20 | 2399 | 120.00 |
| 7/15 | 2385 | 800.00 | 7/28 | 2401* | 1,600.00 |
| 7/20 | 2386 | 800.00 | 7/28 | 2402 | 600.00 |
| 7/19 | 2387 | 162.00 | 7/27 | 2404* | 120.00 |
| 7/16 | 2388 | 800.00 | 7/23 | 2405 | 1,000.00 |
| 7/28 | 2389 | 400.00 | 7/26 | 2406 | 1,500.00 |
| 7/28 | 2390 | 400.00 | 7/27 | 2407 | 800.00 |
| 7/20 | 2391 | 1,500.00 | 7/26 | 2408 | 2,000.00 |
| 7/19 | 2392 | 1,000.00 | 7/23 | 2409 | 640.00 |
| 7/16 | 2393 | 500.00 | 7/23 | 2410 | 700.00 |
| 7/20 | 2394 | 800.00 | 7/26 | 2411 | 500.00 |
| 7/19 | 2395 | 540.00 | 7/27 | 2413* | 800.00 |
| 7/20 | 2396 | 2,000.00 | 7/30 | 2417* | 480.00 |
| 7/19 | 2397 | 500.00 | 7/30 | 2419* | 700.00 |
| 7/19 | 2398 | 1,500.00 | | | |

* Denotes missing check numbers

--------------------------------------------------------------------------------

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/01 | 69,712.81 | 7/13 | 26,889.18 | 7/22 | 46,186.03 |
| 7/02 | 68,100.42 | 7/14 | 25,609.45 | 7/23 | 59,670.39 |
| 7/06 | 42,435.34 | 7/15 | 25,637.08 | 7/26 | 61,186.87 |
| 7/07 | 30,284.15 | 7/16 | 30,230.96 | 7/27 | 66,457.85 |
| 7/08 | 32,096.33 | 7/19 | 31,085.90 | 7/28 | 79,495.60 |
| 7/09 | 31,296.33 | 7/20 | 48,967.13 | 7/29 | 95,612.82 |
| 7/12 | 21,435.08 | 7/21 | 62,919.49 | 7/30 | 94,282.03 |

   IN CASE OF ERRORS OR QUESTIONS ABOUT ELECTRONIC TRANSFERS, PLEASE CALL TOLL
FREE 1-866-217-3305. You may write to Electronic Banking, 325 Maxey Drive,
Brandon, MS  39042.