# UNITED STATES BANKRUPTCY COURT

## SOUTHERN   DISTRICT OF   MISSISSIPPI

In Re. BACALLAO  GRANITE AND MARBLE, LLC §
§
§
_____ §
Debtor(s)                                        §

Case No.  21-00807 _____

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2021 _____

Petition Date: 05/08/2021 _____

Months Pending: 4 _____

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:                    Accrual Basis ⦿          Cash Basis ○

Debtor's Full-Time Employees (current):                        0 _____

Debtor's Full-Time Employees (as of date of order for relief):      0 _____

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Yoel Bacallao _____
Signature of Responsible Party
09/21/2021 _____
Date

Yoel Bacallao _____
Printed Name of Responsible Party

5448 North State Street, Jackson, Miss. 39206 _____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  BACALLAO GRANITE AND MARBLE, LLC          Case No. 21-00807

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $101,348 | |
| b. Total receipts (net of transfers between accounts) | $137,653 | $0 |
| c. Total disbursements (net of transfers between accounts) | $132,943 | $0 |
| d. Cash balance end of month (a+b-c) | $106,058 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $132,943 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $48,075 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◉  Market ○  Other ○   (attach explanation)) | $273,330 |
| d. Total current assets | $434,887 |
| e. Total assets | $818,447 |
| f. Postpetition payables (excluding taxes) | $9,506 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $9,506 |
| k. Prepetition secured debt | $986,580 |
| l. Prepetition priority debt | $2,911 |
| m. Prepetition unsecured debt | $398,850 |
| n. Total liabilities (debt) (j+k+l+m) | $1,397,847 |
| o. Ending equity/net worth (e-n) | $-579,401 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $148,566 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $76,203 | |
| c. Gross profit (a-b) | $72,364 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $13,111 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $704 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $58,549 | $0 |

UST Form 11-MOR (06/07/2021)                    2

Debtor's Name BACALLAO GRANITE AND MARBLE, LLC       Case No. 21-00807

## Part 5: Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | $0 | | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | Other | $0 | $0 | $0 |
| ii | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $250 | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | DENNIS MEEKS AND COMP | Financial Professional | | | $250 | |
| ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions)   Yes ● No ○  *Only Secured*

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)   Yes ○ No ●

c. Were any payments made to or on behalf of insiders?   Yes ● No ○  *Owner distributions*

d. Are you current on postpetition tax return filings?   Yes ● No ○

e. Are you current on postpetition estimated tax payments?   Yes ● No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ● No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○ No ●

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○ No ○ N/A ●

i. Do you have:       Worker's compensation insurance?   Yes ● No ○
  If yes, are your premiums current?   Yes ● No ○ N/A ○ (if no, see Instructions)
  Casualty/property insurance?   Yes ● No ○
  If yes, are your premiums current?   Yes ● No ○ N/A ○ (if no, see Instructions)
  General liability insurance?   Yes ● No ○
  If yes, are your premiums current?   Yes ● No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ● No ○

Debtor's Name BACALLAO GRANITE AND MARBLE, LLC

Case No. 21-00807

k.  Has a disclosure statement been filed with the court?          Yes ○  No ●
l.  Are you current with quarterly U.S. Trustee fees as            Yes ●  No ○
    set forth under 28 U.S.C. § 1930?

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11   Yes ●  No ○
    U.S.C § 101(14A)?
m.  If yes, have you made all Domestic Support Obligation payments?   Yes ●  No ○  N/A ○

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/co/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Yoel Bacallao | Yoel Bacallao |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Manager/Member/100% Owner | 09/21/2021 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN   DISTRICT OF   MISSISSIPPI

Clear All Fields

In Re. BACALLAO GRANITE AND MARBLE, LLC   §
§
§
§

_____
Debtor(s)

Case No.   21-00807   _____

☐ Jointly Administered

## **Monthly Operating Report**                                    Chapter 11

Reporting Period Ended: 08/31/2021   _____

Petition Date: 05/08/2021   _____

Months Pending: 4   _____

Industry Classification: [   ][   ][   ][   ]

Reporting Method:                    Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):                    0   _____

Debtor's Full-Time Employees (as of date of order for relief):          0   _____

### Supporting Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒   Statement of cash receipts and disbursements
☒   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

_____
Signature of Responsible Party

09/21/2021
Date

Yoel Bacallao
Printed Name of Responsible Party

5448 North State Street, Jackson, Miss. 39206
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                    1

Debtor's Name BACALLAO GRANITE AND MARBLE, LLC                     Case No. 21-00807

k.   Has a disclosure statement been filed with the court?                     Yes ○   No ○
l.   Are you current with quarterly U.S. Trustee fees as                       Yes ○   No ○
     set forth under 28 U.S.C. § 1930?

## Part 8: Individual Chapter 11 Debtors (Only)

a.   Gross income (receipts) from salary and wages                             _____
b.   Gross income (receipts) from self-employment                             _____
c.   Gross income from all other sources                                       _____
d.   Total income in the reporting period (a+b+c)                             _____
e.   Payroll deductions                                                        _____
f.   Self-employment related expenses                                          _____
g.   Living expenses                                                           _____
h.   All other expenses                                                        _____
i.   Total expenses in the reporting period (e+f+g+h)                         _____
j.   Difference between total income and total expenses (d-i)                 _____
k.   List the total amount of all postpetition debts that are past due        _____
l.   Are you required to pay any Domestic Support Obligations as defined by 11   Yes ○   No ○
     U.S.C § 101(14A)?
m.   If yes, have you made all Domestic Support Obligation payments?          Yes ○   No ○   N/A ○

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

_____               Yoel Bacallao
Signature of Responsible Party                 Printed Name of Responsible Party

Manager/Member/100% Owner                      09/21/2021
Title                                          Date

                    Save                       Generate PDF for Court Filing
                                               and Remove Watermark

UST Form 11-MOR (06/07/2021)              4

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**
**CASE NUMBER: 21-00807-NPO**

### COMPARATIVE BALANCE SHEET

| | | Filing Date 5/8/2021 | | Month Ended 8/31/2021 |
|---|---|---|---|---|
| **ASSETS:** | | | | |
| CURRENT ASSETS | | | | |
| Cash | $ | 40,443 | $ | 106,059 |
| Accounts Receivable, Net | | 2,986 | | 48,075 |
| Inventory | | 275,000 | | 273,330 |
| TOTAL CURRENT ASSETS | $ | 318,429 | $ | 427,463 |
| | | | | |
| PROPERTY, PLANT & EQUIP | $ | 1,174,200 | $ | 1,188,218 |
| Less Accumulated Depreciation | | (804,659) | | (804,659) |
| NET PROPERTY, PLANT & EQUIP | $ | 369,541 | $ | 383,559 |
| | | | | |
| OTHER ASSETS | | | | |
| Deposits in transit | $ | 11,450 | $ | 7,424 |
| TOTAL OTHER ASSETS | $ | 11,450 | $ | 7,424 |
| | | | | |
| **TOTAL ASSETS** | $ | 699,421 | $ | 818,446 |
| | | | | |
| **LIABILITIES:** | | | | |
| | | | | |
| POST-PETITION LIABILITIES: | | | | |
| Other: | $ | - | $ | 9,506 |
| TOTAL POST-PETITION LIABILITIES | $ | - | $ | 9,506 |
| | | | | |
| PRE-PETITION LIABILITIES: | | | | |
| Notes payable-Secured | $ | 1,033,826 | $ | 986,580 |
| Priority Debt | | 2,911 | | 2,911 |
| Unsecured Debt (See Attached) | | 399,450 | | 398,850 |
| Payables | | 9,390 | | - |
| TOTAL PRE-PETITION LIABILITIES | $ | 1,445,578 | $ | 1,388,341 |
| | | | | |
| TOTAL LIABILITIES | $ | 1,445,578 | $ | 1,397,847 |
| | | | | |
| **EQUITY (DEFICIT)** | | | | |
| SHAREHOLDER DISTRIBUTIONS | | (26,491) | | (37,748) |
| RETAINED EARNINGS (LOSS): | | | | |
| Retained Earnings (loss) | | (720,619) | | (720,619) |
| Unreconciled Difference in DIP MORs | | (89,616) | | (89,616) |
| Current Year Earnings | | 90,569 | | 268,582 |
| TOTAL EQUITY (NET WORTH) | $ | (746,157) | $ | (579,401) |
| | | | | |
| **TOTAL LIABILITIES & EQUITY** | $ | 699,421 | $ | 818,446 |

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**
**CASE NUMBER: 21-00807-NPO**

|  | Month Ended 8/31/2021 |
|---|---|
| NET REVENUE | $ 148,566 |
|  |  |
| COST OF GOODS SOLD: |  |
| Material | $ 24,485 |
| Labor | 50,485 |
| Overhead | 1,232 |
| TOTAL COST OF GOODS SOLD | $ 76,203 |
|  |  |
| GROSS PROFIT | $ 72,363 |
|  |  |
| OPERATING EXPENSES: |  |
| General & Administrative | 13,111 |
| Other Operating Expenses | - |
| TOTAL OPERATING EXPENSES | $ 13,111 |
|  |  |
| INTEREST EXPENSE | 704 |
|  |  |
| NET INCOME | $ 58,549 |

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**
**CASE NUMBER: 21-00807-NPO**

**Comparative Balance Sheet**
**Prepetition Liabilities**
**Unsecured Debt**

| Debt Due To: | Amount |
|---|---|
| Dell Financial Services | 1,700 |
| IOU Financial | 90,470 |
| Kalamata Capital Group | 70,000 |
| MS International | 17,055 |
| Samson MCA | 72,825 |
| SBA Administration | 145,000 |
| IRS | 3,900 |
| MS Department of Revenue | 811 |
| **Total Unsecured Debt** | **$    401,761** |

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**          **CASE NUMBER: 21-00807-NPO**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
**For Period 8-1-21 TO 8-31-21**

CASH RECONCILIATION

| | | | |
|---|---|---|---|
| 1 | Beginning Cash Balance | $ | 101,348.23 |
| 2 | Cash Receipts | $ | 137,652.92 |
| 3 | Cash Disbursements | $ | 132,942.58 |
| 4 | Net Cash Flow | $ | 4,710.34 |
| 5 | Ending Cash Balance | $ | 106,058.57 |

Adjusted Cash Disbursements          132,942.58

## Bacallao Granite and Marble

CASH RECEIPTS AND DISBURSEMENTS

August 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| Community Bank | | | | | | |
| Beginning Balance | | | | | | |
| 08/02/2021 | Check | 2424 | Yoel Bacallao Jr. | sub contractor | | $1,500.00 |
| 08/02/2021 | Check | 2425 | Yoel Bacallao Jr. | sub contractor | | $1,000.00 |
| 08/02/2021 | Check | 2420 | Ariel Sosa Rodriuez | sub contractor | | $900.00 |
| 08/02/2021 | Expense | | Lowes | | | $222.56 |
| 08/02/2021 | Expense | | Ascentium Capital | | | $298.75 |
| 08/02/2021 | Expense | | Comcast | | | $296.17 |
| 08/02/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $14.96 |
| 08/02/2021 | Expense | | BlueSky | | | $16.75 |
| 08/02/2021 | Deposit | | Elizabeth Randall | System-recorded deposit for QuickBooks Payments | $432.68 | |
| 08/02/2021 | Expense | | Exxon | | | $120.00 |
| 08/02/2021 | Expense | | Marathon Petro | | | $60.00 |
| 08/02/2021 | Expense | | BlueSky | | | $0.21 |
| 08/03/2021 | Check | 2421 | Elite Counter Tops LLC | Sub-contractor | | $2,000.00 |
| 08/03/2021 | Check | 2426 | Rafael Salazar | Electrical repair at shop | | $1,500.00 |
| 08/03/2021 | Check | 2418 | Urbano Rodriquez | sub-contractor | | $800.00 |
| 08/03/2021 | Check | 2423 | Roberto C. Sanchez | sub-contractor | | $800.00 |
| 08/03/2021 | Check | 2422 | Charlene Pina Garcia | sub-contractor | | $500.00 |
| 08/03/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $31.27 |
| 08/03/2021 | Expense | | | | | $60.00 |
| 08/03/2021 | Expense | | Epx Fee | | | $83.92 |
| 08/03/2021 | Expense | | Contract Payment Lease | | | $4,621.88 |
| 08/03/2021 | Deposit | | | | $10,512.94 | |
| 08/03/2021 | Deposit | | Jana McGlinchey | System-recorded deposit for QuickBooks Payments | $912.49 | |
| 08/04/2021 | Deposit | | John Kelty | | $3,871.68 | |
| 08/04/2021 | Check | 2415 | CIT (formerly) Direct Capital | Invoice #38145247 | | $2,834.68 |
| 08/05/2021 | Deposit | | Sunny Singh | System-recorded deposit for QuickBooks Payments | $3,241.60 | |
| 08/05/2021 | Check | 2515 | Rafael Salazar | sub-contractor-electrical work | | $1,500.00 |
| 08/05/2021 | Deposit | | EJ Wilkerson | | $5,000.00 | |
| 08/05/2021 | Expense | | Google | | | $500.00 |
| 08/05/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $110.46 |
| 08/05/2021 | Sales Tax Payment | | | | | $13,579.57 |
| 08/06/2021 | Check | 2518 | Wilfredo Corchado | sub-contractor | | $800.00 |
| 08/06/2021 | Expense | | Omicron Granite | | | $206.80 |
| 08/09/2021 | Expense | | Barnett's Body Shop | | | $500.00 |
| 08/09/2021 | Deposit | | Eric Richard | System-recorded deposit for QuickBooks Payments | $604.86 | |
| 08/09/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $20.82 |
| 08/09/2021 | Expense | | US CBP | | | $157.85 |
| 08/09/2021 | Check | 2524 | Charlene Pina Garcia | sub-contractor | | $500.00 |
| 08/09/2021 | Check | 2519 | Justin Taylor | sub-contractor | | $700.00 |
| 08/09/2021 | Check | 2521 | Yoel Bacallao Jr. | sub-contractor | | $1,000.00 |
| 08/09/2021 | Check | 2516 | Ariel Sosa Rodriuez | sub-contractor | | $1,200.00 |
| 08/09/2021 | Check | 2514 | Renasant Bank | Mortgage payment | | $1,367.65 |
| 08/09/2021 | Check | 2520 | Yoel Bacallao Jr. | sub-contractor | | $1,500.00 |
| 08/10/2021 | Check | 2522 | Urbano Rodriquez | sub-contractor | | $800.00 |
| 08/10/2021 | Check | 2517 | Elite Counter Tops LLC | sub-contractor | | $2,000.00 |
| 08/10/2021 | Deposit | | Katie Robinson | | $628.98 | |
| 08/10/2021 | Deposit | | Marlowe Designs | | $1,352.04 | |
| 08/10/2021 | Check | 2523 | Roberto C. Sanchez | sub-contractor | | $500.00 |
| 08/10/2021 | Check | 2525 | Emmerson Patterson | sub-contractors | | $140.00 |
| 08/11/2021 | Check | 2526 | Steven Westerfield | | | $120.00 |
| 08/11/2021 | Check | 2403 | Jonathan T. Archie | sub-contractors | | $240.00 |
| 08/11/2021 | Expense | | Vector Supply | | | $53.49 |
| 08/12/2021 | Deposit | | Kevin Reed | System-recorded deposit for QuickBooks Payments | $165.00 | |
| 08/12/2021 | Expense | | Freedom Life Insurance | | | $279.38 |
| 08/12/2021 | Expense | | QuickBooks Payments | | | $70.00 |
| 08/12/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $5.86 |

# Bacallao Granite and Marble

CASH RECEIPTS AND DISBURSEMENTS

August 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | DEBIT | CREDIT |
|------|------------------|-----|------|-----------------|-------|--------|
| 08/13/2021 | Check | 2531 | Wilfredo Corchado | Sub contractor | | $480.00 |
| 08/13/2021 | Check | 2429 | Jaqueline Pacheco | | | $800.00 |
| 08/13/2021 | Check | 2427 | Deep South Equipment | | | $1,124.83 |
| 08/13/2021 | Expense | | Nationwide | | | $406.94 |
| 08/13/2021 | Expense | | Dennis Meek & Company, P.A. | | | $250.00 |
| 08/13/2021 | Expense | | Water-Coffee | | | $290.34 |
| 08/13/2021 | Deposit | | | | $22,025.08 | |
| 08/16/2021 | Check | 2532 | Charlene Pina Garcia | sub-contractor | | $500.00 |
| 08/16/2021 | Check | 2530 | Ariel Sosa Rodriuez | sub-contractor | | $600.00 |
| 08/16/2021 | Check | 2536 | Justin Taylor | sub-contractor | | $700.00 |
| 08/16/2021 | Check | 2538 | Yoel Bacallao Jr. | sub-contractor | | $1,000.00 |
| 08/16/2021 | Expense | | Helix Professional Tool | | | $599.12 |
| 08/16/2021 | Deposit | | Jason Clements | | $27,164.27 | |
| 08/16/2021 | Deposit | | | | $526.17 | |
| 08/16/2021 | Expense | | Build.com | | | $37.43 |
| 08/16/2021 | Expense | | Exxon | | | $120.00 |
| 08/16/2021 | Check | 2537 | Yoel Bacallao Jr. | sub-contractor | | $1,500.00 |
| 08/17/2021 | Check | 2533 | Emmerson Patterson | sub-contractor | | $400.00 |
| 08/17/2021 | Check | 2529 | Urbano Rodriquez | sub-contractor | | $800.00 |
| 08/17/2021 | Check | 2539 | Deep South Equipment | Invoice | | $1,232.12 |
| 08/17/2021 | Check | 2528 | Elite Counter Tops LLC | sub-contractor | | $2,000.00 |
| 08/17/2021 | Deposit | | | System-recorded deposit for QuickBooks Payments | $3,307.09 | |
| 08/17/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $113.19 |
| 08/17/2021 | Expense | | Ford Motor | | | $1,476.32 |
| 08/17/2021 | Expense | | Google | | | $500.00 |
| 08/17/2021 | Expense | | Ford Motor | | | $745.26 |
| 08/17/2021 | Expense | | Poseidon Industries | | | $798.25 |
| 08/17/2021 | Expense | | Poseidon Industries | | | $834.30 |
| 08/17/2021 | Expense | | Freedom Life Insurance | | | $1,393.17 |
| 08/17/2021 | Expense | | Granite Quartz | | | $310.40 |
| 08/18/2021 | Check | 2416 | Kentwood Springs | | | $173.95 |
| 08/18/2021 | Check | 2540 | Lohan Moreira | Deep South Equipment | | $480.00 |
| 08/18/2021 | Check | 2534 | Roberto C. Sanchez | sub-contractor | | $800.00 |
| 08/18/2021 | Expense | | Braxton Braggs | | | $1,837.95 |
| 08/18/2021 | Expense | | Community Bank | | | $25.00 |
| 08/18/2021 | Expense | | Lowes | | | $243.97 |
| 08/18/2021 | Expense | | Liberty Mutual | | | $1,310.74 |
| 08/18/2021 | Deposit | | | | $2,834.72 | |
| 08/19/2021 | Sales Tax Payment | | | | | $13,416.79 |
| 08/19/2021 | Check | 2432 | Mercedes Benz Financial Services | | | $892.97 |
| 08/20/2021 | Check | 2527 | Liberty Mutual | | | $565.00 |
| 08/20/2021 | Deposit | | Laurin Austin | | $5,861.00 | |
| 08/20/2021 | Check | 2554 | Jaqueline Pacheco | sub contractor | | $800.00 |
| 08/20/2021 | Check | 2546 | Justin Taylor | sub contractor | | $700.00 |
| 08/23/2021 | Check | 2550 | Lohan Moreira | sub contractor | | $660.00 |
| 08/23/2021 | Check | 2541 | Charlene Pina Garcia | Deep South Equipment | | $730.00 |
| 08/23/2021 | Check | 2552 | Yoel Bacallao Jr. | sub contractor | | $1,000.00 |
| 08/23/2021 | Check | 2553 | Ariel Sosa Rodriuez | sub contractor | | $1,200.00 |
| 08/23/2021 | Check | 2545 | Yoel Bacallao Jr. | sub contractor | | $1,500.00 |
| 08/23/2021 | Expense | | Entergy | | | $883.78 |
| 08/23/2021 | Expense | | Rankin County Tax Collector | Service fee | | $3.71 |
| 08/23/2021 | Expense | | Omicron Granite | | | $44.00 |
| 08/23/2021 | Expense | | Rankin County Tax Collector | Tag Renewal | | $148.44 |
| 08/23/2021 | Expense | | Entergy | | | $173.49 |
| 08/23/2021 | Check | 2543 | Insurance Finance Company | Company insurance monthly installment | | $2,014.24 |
| 08/24/2021 | Check | 2549 | Roberto C. Sanchez | sub contractors | | $800.00 |
| 08/24/2021 | Check | 2547 | Urbano Rodriquez | sub contractor | | $800.00 |
| 08/24/2021 | Deposit | | | | $24,586.82 | |
| 08/24/2021 | Expense | | Contract Payment Lease | | | $2,967.04 |
| 08/24/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $24.65 |
| 08/24/2021 | Expense | | Fleetway | | | $62.58 |

Accrual Basis  Friday, September 17, 2021 08:40 AM GMT-05:00

2/3

# Bacallao Granite and Marble

## CASH RECEIPTS AND DISBURSEMENTS

### August 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| 08/24/2021 | Expense | | Got Waste | | | $375.00 |
| 08/24/2021 | Deposit | | Cesar M Torres | System-recorded deposit for QuickBooks Payments | $717.52 | |
| 08/25/2021 | Deposit | | Jan Graeber | | $4,700.00 | |
| 08/25/2021 | Expense | | Braxton Braggs | | | $126.87 |
| 08/25/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $110.91 |
| 08/25/2021 | Deposit | | Ray Murry | System-recorded deposit for QuickBooks Payments | $3,254.75 | |
| 08/26/2021 | Check | 2555 | Alberto Torres | Sub contractor | | $735.26 |
| 08/26/2021 | Check | 2558 | Jaqueline Pacheco | Sub contractor | | $800.00 |
| 08/26/2021 | Deposit | | | | $1,108.88 | |
| 08/26/2021 | Expense | | MS International | | | $9,798.75 |
| 08/26/2021 | Expense | | Poseidon Industries | | | $884.47 |
| 08/26/2021 | Expense | | MS International | | | $2,144.06 |
| 08/26/2021 | Expense | | Google | | | $9.99 |
| 08/27/2021 | Check | 2568 | Justin Taylor | Sub contractor | | $700.00 |
| 08/27/2021 | Check | 2548 | Elite Counter Tops LLC | Sub contractor | | $1,500.00 |
| 08/27/2021 | Expense | | Lowes | | | $114.43 |
| 08/27/2021 | Expense | | Braxton Braggs | | | $1,250.03 |
| 08/27/2021 | Expense | | Verizon | | | $488.15 |
| 08/27/2021 | Expense | | Braxton Braggs | | | $550.40 |
| 08/27/2021 | Expense | | B2B | | | $176.60 |
| 08/30/2021 | Check | 2562 | Charlene Pina Garcia | Sub-contractors | | $500.00 |
| 08/30/2021 | Check | 2560 | Yoel Bacallao Jr. | | | $1,000.00 |
| 08/30/2021 | Check | 2567 | Ariel Sosa Rodriuez | Sub-contractors | | $1,200.00 |
| 08/30/2021 | Check | 2561 | Yoel Bacallao Jr. | | | $1,500.00 |
| 08/30/2021 | Deposit | | | | $3,802.22 | |
| 08/30/2021 | Expense | | Google | | | $500.00 |
| 08/30/2021 | Expense | | Home Depot | | | $29.61 |
| 08/30/2021 | Expense | | Shell | | | $30.03 |
| 08/30/2021 | Expense | | Mac's | | | $70.00 |
| 08/30/2021 | Expense | | Home Depot | | | $149.00 |
| 08/30/2021 | Expense | | Northern Tool | | | $215.89 |
| 08/30/2021 | Expense | | Auto Zone | | | $9.71 |
| 08/31/2021 | Check | 2566 | Roberto C. Sanchez | Sub-contractors | | $800.00 |
| 08/31/2021 | Check | 2563 | Urbano Rodriquez | | | $800.00 |
| 08/31/2021 | Check | 2569 | Bernabe H. Lopez | | | $1,200.00 |
| 08/31/2021 | Check | 2564 | Elite Counter Tops LLC | Sub-contractors | | $1,500.00 |
| 08/31/2021 | Check | 2557 | MS International | | | $4,836.00 |
| 08/31/2021 | Expense | | | | | $49.99 |
| 08/31/2021 | Deposit | | Tom Mills | | $3,604.99 | |
| 08/31/2021 | Deposit | | Charles Davis | System-recorded deposit for QuickBooks Payments | $307.79 | |
| 08/31/2021 | Expense | | Community Bank | | | $3.70 |
| 08/31/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $10.71 |
| 08/31/2021 | Deposit | | Mallard Homes, LLC. | | $7,129.35 | |
| **Total for Community Bank** | | | | | **$137,652.92** | **$132,942.58** |
| **TOTAL** | | | | | **$137,652.92** | **$132,942.58** |

```
                                          Date  8/31/21          Page     1
                                          Primary Account   @XXXXXXXXXX@9283



        Bacallao Granite & Marble, LLC
        Debtor in Possession
        Case No. 21-00807
        348 Lakeview Road
        Ridgeland MS 39157-1103




             * * *  SUMMARY OF ACTIVITY DURING STATEMENT PERIOD * * *

Community Business Checking              Number of Enclosures              79
Account Number          @XXXXXXXXXX@9283 Statement Dates   8/02/21 thru  8/31/21
Previous Balance            94,282.03    Days in the statement period     30
    25 Deposits/Credits    137,992.06    Average Ledger              95,272.65
   134 Checks/Debits       132,950.42    Average Collected           90,101.22
Total Service Charges            3.70
Interest Paid                     .00
Current Balance             99,319.97


------------------------------------------------------------------------------

Total Service Charge Breakdown

        Item Charges in Service Charge                3.70

------------------------------------------------------------------------------

Activity in Date Order
Date  Description                             Amount
 8/02    INTUIT 68561565 DEPOSIT              646.93 CR
         *CCD* TR#021000025416240
         524771995092011   21/08/02
         CO ID:9215986202
 8/02    POS DEB 0922 07/31/21 67109900          .21-
         BLUESKY #650
         1035 E COUNTY LINE
         JACKSON      MS C#3608
 8/02    POS DEB 0923 07/31/21 99988838        16.75-
         BLUESKY #650
         BLUESKY  650
         JACKSON      MS C#3608
 8/02    POS DEB 1053 07/31/21 10009888       222.56-
         LOWE S #2622
         910 EAST COUNTY LI
         RIDGELAND    MS C#3608
```

```
                                        Date   8/31/21          Page    2
                                        Primary Account   @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283    (Continued)

Activity in Date Order

| Date | Description | Amount |
|------|-------------|--------|
| 8/02 | DBT CRD 0911 07/30/21 DB18FUAL<br>MARATHON PETRO236315<br>JACKSON        MS C#3608 | 60.00- |
| 8/02 | DBT CRD 0925 07/31/21 DBXO461U<br>EXXONMOBIL    45335353<br>JACKSON        MS C#3608 | 120.00- |
| 8/02 | DBT CRD 1313 08/01/21 DBXVJU4T<br>COMCAST<br>800-266-2278  GA C#3608 | 296.19- |
| 8/02 | INTUIT 03386545 TRAN FEE<br>*CCD* TR#021000025601159<br>524771995092011   21/08/02<br>CO ID:9215986202 | 22.25- |
| 8/02 | AscentiumCapitalLEASECHG<br>*CCD* TR#021000023124983<br>83751          21/08/02<br>CO ID:9176794002 | 298.75- |
| 8/03 | INTUIT 87543315 DEPOSIT<br>*CCD* TR#021000029551269<br>524771995092011   21/08/03<br>CO ID:9215986202 | 432.68 CR |
| 8/03 | "My Deposit" Deposit | 10,512.94 CR |
| 8/03 | POS DEB 1327 08/03/21 43140163<br>SHELL SERVICE<br>SHELL SERVICE S<br>MADISON        MS C#3608 | 60.00- |
| 8/03 | INTUIT 24670655 TRAN FEE<br>*CCD* TR#021000029366141<br>524771995092011   21/08/03<br>CO ID:9215986202 | 14.96- |
| 8/03 | EPX FE 031366372MERCH SETL<br>*CCD* TR#031101112674650<br>3130031366372   21/08/03<br>CO ID:1141901461 | 83.92- |
| 8/03 | CONTRACTPAYMENTVLEASE PYMT<br>*CCD* TR#125108270006031<br>CT-BUND40261752   21/08/03<br>CO ID:4912122680 | 4,621.88- |
| 8/04 | INTUIT 93312055 DEPOSIT<br>*CCD* TR#021000021304326<br>524771995092011   21/08/04<br>CO ID:9215986202 | 912.49 CR |
| 8/04 | "My Deposit" Deposit | 3,871.68 CR |
| 8/04 | INTUIT 30469765 TRAN FEE<br>*CCD* TR#021000021131760<br>524771995092011   21/08/04<br>CO ID:9215986202 | 31.27- |
| 8/05 | "My Deposit" Deposit | 5,000.00 CR |
| 8/05 | GOOGLE            ADWORDS:35<br>*WEB-R  * TR#091000016592422 | 500.00- |

```
                                        Date  8/31/21            Page    3
                                        Primary Account  @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
Date  Description                                    Amount

|  |  | Amount |
|---|---|---|
| | 21/08/05 | |
| | CK#US003H8YC7      D:F770493581 | |
| 8/06 | INTUIT 07161995 DEPOSIT | 3,241.60 CR |
| | *CCD* TR#021000021005063 | |
| | 524771995092011   21/08/06 | |
| | CO ID:9215986202 | |
| 8/06 | DBT CRD 1611 08/04/21 DBFAMF9Q | 206.80- |
| | OMICRON SUPPLIES NEW O | |
| | HARAHAN      LA C#3608 | |
| 8/06 | INTUIT 43520235 TRAN FEE | 110.46- |
| | *CCD* TR#021000021166317 | |
| | 524771995092011   21/08/06 | |
| | CO ID:9215986202 | |
| 8/06 | MSDEPTOFREVENUE TAXPAYMENT | 13,579.57- |
| | *CCD* TR#062000014073405 | |
| | M2135129856      21/08/06 | |
| | CO ID:1646000832 | |
| 8/09 | DBT CRD 1219 08/06/21 DBN6JUYC | 500.00- |
| | BARNETTS BODY SHOP | |
| | RIDGELAND    MS C#3608 | |
| 8/09 | US CBP          PAYMENT | 157.85- |
| | *CCD* TR#041036047368602 | |
| | 0000          21/08/09 | |
| | CO ID:7005009701 | |
| 8/10 | INTUIT 26504815 DEPOSIT | 604.86 CR |
| | *CCD* TR#021000028627081 | |
| | 524771995092011   21/08/10 | |
| | CO ID:9215986202 | |
| 8/10 | "My Deposit" Deposit | 628.98 CR |
| 8/10 | Regular Deposit | 1,352.04 CR |
| 8/10 | INTUIT 64118505 TRAN FEE | 20.82- |
| | *CCD* TR#021000028780935 | |
| | 524771995092011   21/08/10 | |
| | CO ID:9215986202 | |
| 8/11 | VECTOR SECURITY PAYMENT | 53.49- |
| | *PPD* TR#043000120333321 | |
| | 21/08/11 | |
| | CO ID:1231734719 | |
| 8/12 | POS DEB 1159 08/12/21 11505117 | 70.00- |
| | INTUIT  18004I | |
| | INTUIT  18004INTUI | |
| | MOUNTAIN VIEW CA C#3608 | |
| 8/12 | FREEDOM LIFE INSINS. PREM | 279.38- |
| | *PPD* TR#041001034378433 | |
| | 21/08/12 | |
| | CO ID:1611096685 | |
| 8/13 | INTUIT 45362635 DEPOSIT | 165.00 CR |
| | *CCD* TR#021000025794718 | |
| | 524771995092011   21/08/13 | |
| | CO ID:9215986202 | |
| 8/13 | "My Deposit" Deposit | 22,025.08 CR |

```
                                      Date  8/31/21            Page     4
                                      Primary Account   @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283   (Continued)

Activity in Date Order

| Date | Description | Amount |
|------|-------------|--------|
| 8/13 | DBT CRD 1207 08/12/21 DBSUPXBD WATER - COFFEE DELIVER 800-4928377   GA C#3608 | 280.34- |
| 8/13 | INTUIT 82978025 TRAN FEE *CCD* TR#021000025946452 524771995092011   21/08/13 CO ID:9215986202 | 5.86- |
| 8/13 | DENNIS MEEK & CODM AND CO *CCD* TR#084202262541543            21/08/13 CO ID:0640936634 | 250.00- |
| 8/13 | NATIONWIDE       EDI PYMNTS *PPD* TR#091000016950759 21/08/13 CO ID:1314177102 | 406.94- |
| 8/16 | "My Deposit" Deposit | 526.17 CR |
| 8/16 | "My Deposit" Deposit | 27,164.27 CR |
| 8/16 | POS DEB 0832 08/16/21 95003300 STATE STREET E 5564 NORTH STATE S JACKSON       MS C#3608 | 120.00- |
| 8/16 | DBT CRD 1203 08/15/21 DBRR86XH BUILD.COM 800-375-3403   CA C#3608 | 37.43- |
| 8/16 | DBT CRD 0956 08/12/21 DBDPRSB6 HELIX PROFESSIONAL TOO MLEVY DIAMOND IL C#3608 | 599.12- |
| 8/17 | DBT CRD 0914 08/16/21 DBFUOBBX GRAN QUARTZ NORCROSS NORCROSS       GA C#3608 | 310.40- |
| 8/17 | DBT CRD 1001 08/16/21 DBXX86B8 SQ *POSEIDON INDUSTRIE 877-417-4551   FL C#3608 | 798.25- |
| 8/17 | DBT CRD 0906 08/16/21 DBGSW6XK SQ *POSEIDON INDUSTRIE 877-417-4551   FL C#3608 | 834.30- |
| 8/17 | GOOGLE           ADWORDS:35 *WEB-R  * TR#091000015629225 21/08/17 CK#US003HLOT8    D:F770493581 | 500.00- |
| 8/17 | FORD CREDIT      AUTO PYMT *TEL-S   *TR#028000084238000 21/08/17 CO ID:1381612444 | 745.26- |
| 8/17 | FREEDOM LIFE INSINS. PREM *PPD* TR#041001039496213 21/08/17 CO ID:1611096685 | 1,393.17- |
| 8/17 | FORD CREDIT      AUTO PYMT *TEL-S   *TR#028000084238021 | 1,476.32- |

```
                                        Date  8/31/21          Page    5
                                        Primary Account  @XXXXXXXXXX@9283
```

Community Business Checking      @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
Date  Description                              Amount
                     21/08/17
                     CO ID:1381612444
8/18          INTUIT 70985385 DEPOSIT               3,307.09 CR
                     *CCD* TR#021000022748582
                     524771995092011   21/08/18
                     CO ID:9215986202
8/18          "My Deposit" Deposit                  2,834.72 CR
8/18          Stop Payment Fee                         25.00-
8/18          POS DEB 1827 08/17/21 18451614          243.97-
                     LOWE S #2622
                     910 EAST COUNTY LI
                     RIDGELAND     MS C#3608
8/18          DBT CRD 1103 08/16/21 DBYAT3X5        1,837.95-
                     BRAXTON-BRAGG COMPANY
                     KNOXVILLE     TN C#3608
8/18          INTUIT 08856835 TRAN FEE               113.19-
                     *CCD* TR#021000022601536
                     524771995092011   21/08/18
                     CO ID:9215986202
8/18          LIBERTY MUTUAL  402183520            1,310.74-
                     *CCD* TR#021000022151436
                     5727337       21/08/18
                     CO ID:0000061050
8/20          "My Deposit" Deposit                  5,861.00 CR
8/20          MSDEPTOFREVENUE TAXPAYMENT           13,416.79-
                     *CCD* TR#062000016566390
                     M944570112    21/08/20
                     CO ID:1646000832
8/23          DBT CRD 1150 08/19/21 DBYWK7K5            3.71-
                     RANKIN SVC FEE
                     BRANDON       MS C#3608
8/23          DBT CRD 1313 08/19/21 DBZ6XVO1           44.00-
                     OMICRON SUPPLIES NEW O
                     HARAHAN       LA C#3608
8/23          DBT CRD 1150 08/19/21 DBT8IP79          148.44-
                     RANKIN COUNTY TAX ONLI
                     601-8251475   MS C#3608
8/23          ENTERGY MISSISSIBANK DRAFT             173.49-
                     *PPD* TR#021000020007522
                     21/08/23
                     CO ID:1640205830
8/23          ENTERGY MISSISSIBANK DRAFT             883.78-
                     *PPD* TR#021000020006302
                     21/08/23
                     CO ID:1640205830
8/24          "My Deposit" Deposit                 24,586.82 CR
8/24          POS DEB 1100 08/24/21 00807536          62.58-
                     FLEETWAY MAIN
                     FLEETWAY MAIN ST
                     Madison       MS C#3608
8/24          DBT CRD 1016 08/23/21 DBYWU8I1         375.00-
                     GOT WASTE
```

```
                                    Date  8/31/21              Page    6
                                    Primary Account  @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
Date  Description                                      Amount

| Date | Description | Amount |
|------|-------------|--------|
|      | JACKSON        MS C#3608 | |
| 8/24 | CONTRACTPAYMENTVLEASE PYMT | 2,967.04- |
|      | *CCD* TR#125108270007657 | |
|      | CT-BUND40306539    21/08/24 | |
|      | CO ID:4912122680 | |
| 8/25 | INTUIT 07019185 DEPOSIT | 717.52 CR |
|      | *CCD* TR#021000027434688 | |
|      | 524771995092011    21/08/25 | |
|      | CO ID:9215986202 | |
| 8/25 | "My Deposit" Deposit | 4,700.00 CR |
| 8/25 | DBT CRD 0946 08/23/21 DB1TAZG8 | 126.87- |
|      | BRAXTON-BRAGG COMPANY | |
|      | KNOXVILLE      TN C#3608 | |
| 8/25 | INTUIT 45122455 TRAN FEE | 24.65- |
|      | *CCD* TR#021000027579008 | |
|      | 524771995092011    21/08/25 | |
|      | CO ID:9215986202 | |
| 8/26 | INTUIT 12392385 DEPOSIT | 3,254.75 CR |
|      | *CCD* TR#021000025059500 | |
|      | 524771995092011    21/08/26 | |
|      | CO ID:9215986202 | |
| 8/26 | "My Deposit" Deposit | 1,108.88 CR |
| 8/26 | POS DEB 0927 08/25/21 09096186 | 9.99- |
|      | GOOGLE *Google | |
|      | GOOGLE *Google Sto | |
|      | Mountain View CA C#3608 | |
| 8/26 | DBT CRD 0918 08/25/21 DBN5Q6GE | 884.47- |
|      | SQ *POSEIDON INDUSTRIE | |
|      | GOSQ.COM       FL C#3608 | |
| 8/26 | DBT CRD 1437 08/25/21 DBFB3DI3 | 2,144.06- |
|      | M S INTERNATIONAL | |
|      | 7146857500     CA C#3608 | |
| 8/26 | DBT CRD 1548 08/25/21 DBQ0ZKN3 | 9,798.75- |
|      | M S INTERNATIONAL | |
|      | 7146857500     CA C#3608 | |
| 8/26 | INTUIT 50519795 TRAN FEE | 110.91- |
|      | *CCD* TR#021000025207296 | |
|      | 524771995092011    21/08/26 | |
|      | CO ID:9215986202 | |
| 8/27 | DBT CRD 1631 08/26/21 DBF9V9A6 | 114.43- |
|      | LOWES #02620* | |
|      | MADISON        MS C#3608 | |
| 8/27 | DBT CRD 1220 08/25/21 DBYS51H7 | 176.60- |
|      | IPMB2B | |
|      | 888-295-6064   IL C#3608 | |
| 8/27 | DBT CRD 1350 08/25/21 DBZXAC68 | 550.40- |
|      | BRAXTON-BRAGG COMPANY | |
|      | KNOXVILLE      TN C#3608 | |
| 8/27 | DBT CRD 1351 08/25/21 DBTXGD68 | 1,250.03- |
|      | BRAXTON-BRAGG COMPANY | |
|      | KNOXVILLE      TN C#3608 | |

```
                                        Date   8/31/21          Page    7
                                        Primary Account   @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
Date  Description                                        Amount
8/27      VERIZON WIRELESSPAYMENTS                        488.15-
          *PPD* TR#021000027088428
          21/08/27
          CO ID:1223344794
8/30      "My Deposit" Deposit                          3,802.22 CR
8/30      POS DEB 1036 08/30/21 00274122                    9.71-
          AUTOZONE   6025
          5465 I55 FRNTAGE C
          JACKSON       MS C#3608
8/30      POS DEB 1529 08/27/21 60151701                   29.61-
          NST THE HOME D
          6325 HWY 55 COUNTY
          JACKSON       MS C#3608
8/30      POS DEB 1523 08/27/21 08151001                  149.00-
          NST THE HOME D
          6325 HWY 55 COUNTY
          JACKSON       MS C#3608
8/30      DBT CRD 1923 08/26/21 DBHBTRY8                   30.03-
          SHELL OIL 12599770000
          FLOWOOD       MS C#3608
8/30      DBT CRD 1624 08/27/21 DBURYAOQ                   70.00-
          MACS GAS
          RIDGELAND     MS C#3608
8/30      DBT CRD 1227 08/29/21 DBJLFDNV                  215.89-
          NORTHERN TOOL + EQUIP
          JACKSON       MS C#3608
8/30      GOOGLE        ADWORDS:35                        500.00-
          *WEB-R  * TR#091000011225965
          21/08/30
          CK#US003HTNYH    D:F770493581
8/31      "My Deposit" Deposit                          3,604.99 CR
8/31      "My Deposit" Deposit                          7,129.35 CR
8/31      Merchant Capture Fee $49.99                      49.99-
8/31      Service Charge                                    3.70-
```

CHECKS IN CHECK NO. ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 8/11 | 2403 | 240.00 | 8/13 | 2429* | 800.00 |
| 8/04 | 2415* | 2,834.68 | 8/19 | 2432* | 892.97 |
| 8/18 | 2416 | 173.95 | 8/09 | 2514* | 1,367.65 |
| 8/03 | 2418* | 800.00 | 8/05 | 2515 | 1,500.00 |
| 8/02 | 2420* | 900.00 | 8/09 | 2516 | 1,200.00 |
| 8/03 | 2421 | 2,000.00 | 8/10 | 2517 | 2,000.00 |
| 8/03 | 2422 | 500.00 | 8/06 | 2518 | 800.00 |
| 8/03 | 2423 | 800.00 | 8/09 | 2519 | 700.00 |
| 8/02 | 2424 | 1,500.00 | 8/09 | 2520 | 1,500.00 |
| 8/02 | 2425 | 1,000.00 | 8/09 | 2521 | 1,000.00 |
| 8/03 | 2426 | 1,500.00 | 8/10 | 2522 | 800.00 |
| 8/13 | 2427 | 1,124.83 | 8/10 | 2523 | 500.00 |

* Denotes missing check numbers

```
                                      Date  8/31/21           Page    8
                                      Primary Account   @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283   (Continued)

CHECKS IN CHECK NO. ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 8/09 | 2524 | 500.00 | 8/24 | 2547 | 800.00 |
| 8/10 | 2525 | 140.00 | 8/27 | 2548 | 1,500.00 |
| 8/11 | 2526 | 120.00 | 8/24 | 2549 | 800.00 |
| 8/20 | 2527 | 565.00 | 8/23 | 2550 | 660.00 |
| 8/17 | 2528 | 2,000.00 | 8/23 | 2552* | 1,000.00 |
| 8/17 | 2529 | 800.00 | 8/23 | 2553 | 1,200.00 |
| 8/16 | 2530 | 600.00 | 8/20 | 2554 | 800.00 |
| 8/13 | 2531 | 480.00 | 8/26 | 2555 | 735.26 |
| 8/16 | 2532 | 500.00 | 8/31 | 2557* | 4,836.00 |
| 8/17 | 2533 | 400.00 | 8/26 | 2558 | 800.00 |
| 8/18 | 2534 | 800.00 | 8/30 | 2560* | 1,000.00 |
| 8/16 | 2536* | 700.00 | 8/30 | 2561 | 1,500.00 |
| 8/16 | 2537 | 1,500.00 | 8/30 | 2562 | 500.00 |
| 8/16 | 2538 | 1,000.00 | 8/31 | 2563 | 800.00 |
| 8/17 | 2539 | 1,232.12 | 8/31 | 2564 | 1,500.00 |
| 8/18 | 2540 | 480.00 | 8/31 | 2566* | 800.00 |
| 8/23 | 2541 | 730.00 | 8/30 | 2567 | 1,200.00 |
| 8/23 | 2543* | 2,014.24 | 8/27 | 2568 | 700.00 |
| 8/23 | 2545* | 1,500.00 | 8/31 | 2569 | 1,200.00 |
| 8/20 | 2546 | 700.00 | | | |

* Denotes missing check numbers

-------------------------------------------------------------------------------

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/02 | 90,492.25 | 8/12 | 75,956.79 | 8/24 | 108,810.76 |
| 8/03 | 91,057.11 | 8/13 | 94,798.90 | 8/25 | 114,076.76 |
| 8/04 | 92,975.33 | 8/16 | 117,432.79 | 8/26 | 103,956.95 |
| 8/05 | 95,975.33 | 8/17 | 106,942.97 | 8/27 | 99,177.34 |
| 8/06 | 84,520.10 | 8/18 | 108,099.98 | 8/30 | 97,775.32 |
| 8/09 | 77,594.60 | 8/19 | 107,207.01 | 8/31 | 99,319.97 |
| 8/10 | 76,719.66 | 8/20 | 97,586.22 | | |
| 8/11 | 76,306.17 | 8/23 | 89,228.56 | | |

IN CASE OF ERRORS OR QUESTIONS ABOUT ELECTRONIC TRANSFERS, PLEASE CALL TOLL FREE 1-866-217-3305. You may write to Electronic Banking, 325 Maxey Drive, Brandon, MS  39042.

9/2/2021

Bacallao Granite and Marble

**Community Bank, Period Ending 08/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 09/02/2021

Reconciled by: Kimberly Hearn

Any changes made to transactions after this date aren't included in this report.

|  | USD |
|---|---|
| **Summary** | |
| Statement beginning balance | 94,282.03 |
| Checks and payments cleared (135) | -132,954.12 |
| Deposits and other credits cleared (25) | 137,992.06 |
| Statement ending balance | 99,319.97 |
| | |
| Uncleared transactions as of 08/31/2021 | 6,738.60 |
| Register balance as of 08/31/2021 | 106,058.57 |
| Cleared transactions after 08/31/2021 | 0.00 |
| Uncleared transactions after 08/31/2021 | -2,095.87 |
| Register balance as of 09/02/2021 | 103,962.70 |

**Details**

Checks and payments cleared (135)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/30/2021 | Expense | | QuickBooks Payments | -22.25 |
| 08/02/2021 | Expense | | Ascentium Capital | -298.75 |
| 08/02/2021 | Expense | | BlueSky | -0.21 |
| 08/02/2021 | Expense | | BlueSky | -16.75 |
| 08/02/2021 | Expense | | Comcast | -296.19 |
| 08/02/2021 | Expense | | Marathon Petro | -60.00 |
| 08/02/2021 | Check | 2420 | Ariel Sosa Rodriuez | -900.00 |
| 08/02/2021 | Expense | | Lowes | -222.56 |
| 08/02/2021 | Expense | | QuickBooks Payments | -14.96 |
| 08/02/2021 | Check | 2425 | Yoel Bacallao Jr. | -1,000.00 |
| 08/02/2021 | Check | 2424 | Yoel Bacallao Jr. | -1,500.00 |
| 08/02/2021 | Expense | | Exxon | -120.00 |
| 08/03/2021 | Check | 2426 | Rafael Salazar | -1,500.00 |
| 08/03/2021 | Check | 2423 | Roberto C. Sanchez | -800.00 |
| 08/03/2021 | Check | 2422 | Charlene Pina Garcia | -500.00 |
| 08/03/2021 | Check | 2421 | Elite Counter Tops LLC | -2,000.00 |
| 08/03/2021 | Check | 2418 | Urbano Rodriquez | -800.00 |
| 08/03/2021 | Expense | | Contract Payment Lease | -4,621.88 |
| 08/03/2021 | Expense | | | -60.00 |
| 08/03/2021 | Expense | | QuickBooks Payments | -31.27 |
| 08/03/2021 | Expense | | Epx Fee | -83.92 |
| 08/04/2021 | Check | 2415 | CIT (formerly) Direct Capital | -2,834.68 |
| 08/05/2021 | Sales Tax Payment | | | -13,579.57 |
| 08/05/2021 | Expense | | QuickBooks Payments | -110.46 |
| 08/05/2021 | Expense | | Google | -500.00 |
| 08/05/2021 | Check | 2515 | Rafael Salazar | -1,500.00 |
| 08/06/2021 | Expense | | Omicron Granite | -206.80 |
| 08/06/2021 | Check | 2518 | Wilfredo Corchado | -800.00 |
| 08/09/2021 | Check | 2514 | Renasant Bank | -1,367.65 |
| 08/09/2021 | Expense | | QuickBooks Payments | -20.82 |
| 08/09/2021 | Check | 2519 | Justin Taylor | -700.00 |
| 08/09/2021 | Expense | | US CBP | -157.85 |
| 08/09/2021 | Check | 2524 | Charlene Pina Garcia | -500.00 |
| 08/09/2021 | Expense | | Barnett's Body Shop | -500.00 |
| 08/09/2021 | Check | 2516 | Ariel Sosa Rodriuez | -1,200.00 |
| 08/09/2021 | Check | 2520 | Yoel Bacallao Jr. | -1,500.00 |
| 08/09/2021 | Check | 2521 | Yoel Bacallao Jr. | -1,000.00 |
| 08/10/2021 | Check | 2522 | Urbano Rodriquez | -800.00 |
| 08/10/2021 | Check | 2523 | Roberto C. Sanchez | -500.00 |

9/2/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 08/10/2021 | Check | 2525 | Emmerson Patterson | -140.00 |
| 08/10/2021 | Check | 2517 | Elite Counter Tops LLC | -2,000.00 |
| 08/11/2021 | Expense | | Vector Supply | -53.49 |
| 08/11/2021 | Check | 2403 | Jonathan T. Archie | -240.00 |
| 08/11/2021 | Check | 2526 | Steven Westerfield | -120.00 |
| 08/12/2021 | Expense | | Freedom Life Insurance | -279.38 |
| 08/12/2021 | Expense | | QuickBooks Payments | -70.00 |
| 08/12/2021 | Expense | | QuickBooks Payments | -5.86 |
| 08/13/2021 | Check | 2427 | Deep South Equipment | -1,124.83 |
| 08/13/2021 | Check | 2429 | Jaqueline Pacheco | -800.00 |
| 08/13/2021 | Expense | | Water-Coffee | -280.34 |
| 08/13/2021 | Expense | | Nationwide | -406.94 |
| 08/13/2021 | Expense | | Dennis Meek & Company, P.A. | -250.00 |
| 08/13/2021 | Check | 2531 | Wilfredo Corchado | -480.00 |
| 08/16/2021 | Expense | | Exxon | -120.00 |
| 08/16/2021 | Expense | | Helix Professional Tool | -599.12 |
| 08/16/2021 | Expense | | Build.com | -37.43 |
| 08/16/2021 | Check | 2530 | Ariel Sosa Rodriuez | -600.00 |
| 08/16/2021 | Check | 2532 | Charlene Pina Garcia | -500.00 |
| 08/16/2021 | Check | 2536 | Justin Taylor | -700.00 |
| 08/16/2021 | Check | 2537 | Yoel Bacallao Jr. | -1,500.00 |
| 08/16/2021 | Check | 2538 | Yoel Bacallao Jr. | -1,000.00 |
| 08/17/2021 | Expense | | Freedom Life Insurance | -1,393.17 |
| 08/17/2021 | Expense | | Google | -500.00 |
| 08/17/2021 | Expense | | QuickBooks Payments | -113.19 |
| 08/17/2021 | Expense | | Poseidon Industries | -798.25 |
| 08/17/2021 | Check | 2539 | Deep South Equipment | -1,232.12 |
| 08/17/2021 | Check | 2533 | Emmerson Patterson | -400.00 |
| 08/17/2021 | Check | 2529 | Urbano Rodriquez | -800.00 |
| 08/17/2021 | Check | 2528 | Elite Counter Tops LLC | -2,000.00 |
| 08/17/2021 | Expense | | Granite Quartz | -310.40 |
| 08/17/2021 | Expense | | Ford Motor | -1,476.32 |
| 08/17/2021 | Expense | | Ford Motor | -745.26 |
| 08/17/2021 | Expense | | Poseidon Industries | -834.30 |
| 08/18/2021 | Check | 2540 | Lohan Moreira | -480.00 |
| 08/18/2021 | Expense | | Lowes | -243.97 |
| 08/18/2021 | Expense | | Community Bank | -25.00 |
| 08/18/2021 | Expense | | Braxton Braggs | -1,837.95 |
| 08/18/2021 | Check | 2416 | Kentwood Springs | -173.95 |
| 08/18/2021 | Check | 2534 | Roberto C. Sanchez | -800.00 |
| 08/18/2021 | Expense | | Liberty Mutual | -1,310.74 |
| 08/19/2021 | Sales Tax Payment | | | -13,416.79 |
| 08/19/2021 | Check | 2432 | Mercedes Benz Financial Ser... | -892.97 |
| 08/20/2021 | Check | 2527 | Liberty Mutual | -565.00 |
| 08/20/2021 | Check | 2546 | Justin Taylor | -700.00 |
| 08/20/2021 | Check | 2554 | Jaqueline Pacheco | -800.00 |
| 08/23/2021 | Expense | | Omicron Granite | -44.00 |
| 08/23/2021 | Expense | | Rankin County Tax Collector | -3.71 |
| 08/23/2021 | Expense | | Entergy | -173.49 |
| 08/23/2021 | Expense | | Entergy | -883.78 |
| 08/23/2021 | Expense | | Rankin County Tax Collector | -148.44 |
| 08/23/2021 | Check | 2541 | Charlene Pina Garcia | -730.00 |
| 08/23/2021 | Check | 2543 | Insurance Finance Company | -2,014.24 |
| 08/23/2021 | Check | 2545 | Yoel Bacallao Jr. | -1,500.00 |
| 08/23/2021 | Check | 2550 | Lohan Moreira | -660.00 |
| 08/23/2021 | Check | 2552 | Yoel Bacallao Jr. | -1,000.00 |
| 08/23/2021 | Check | 2553 | Ariel Sosa Rodriuez | -1,200.00 |
| 08/24/2021 | Check | 2549 | Roberto C. Sanchez | -800.00 |
| 08/24/2021 | Check | 2547 | Urbano Rodriquez | -800.00 |
| 08/24/2021 | Expense | | Fleetway | -62.58 |
| 08/24/2021 | Expense | | Got Waste | -375.00 |
| 08/24/2021 | Expense | | Contract Payment Lease | -2,967.04 |
| 08/24/2021 | Expense | | QuickBooks Payments | -24.65 |
| 08/25/2021 | Expense | | Braxton Braggs | -126.87 |

9/2/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/25/2021 | Expense | | QuickBooks Payments | -110.91 |
| 08/26/2021 | Check | 2558 | Jaqueline Pacheco | -800.00 |
| 08/26/2021 | Check | 2555 | Alberto Torres | -735.26 |
| 08/26/2021 | Expense | | MS International | -2,144.06 |
| 08/26/2021 | Expense | | MS International | -9,798.75 |
| 08/26/2021 | Expense | | Poseidon Industries | -884.47 |
| 08/26/2021 | Expense | | Google | -9.99 |
| 08/26/2021 | Expense | | B2B | -176.60 |
| 08/27/2021 | Check | 2548 | Elite Counter Tops LLC | -1,500.00 |
| 08/27/2021 | Check | 2568 | Justin Taylor | -700.00 |
| 08/27/2021 | Expense | | Verizon | -488.15 |
| 08/27/2021 | Expense | | Braxton Braggs | -550.40 |
| 08/27/2021 | Expense | | Braxton Braggs | -1,250.03 |
| 08/27/2021 | Expense | | Lowes | -114.43 |
| 08/30/2021 | Check | 2562 | Charlene Pina Garcia | -500.00 |
| 08/30/2021 | Check | 2567 | Ariel Sosa Rodriuez | -1,200.00 |
| 08/30/2021 | Check | 2561 | Yoel Bacallao Jr. | -1,500.00 |
| 08/30/2021 | Check | 2560 | Yoel Bacallao Jr. | -1,000.00 |
| 08/30/2021 | Expense | | Shell | -30.03 |
| 08/30/2021 | Expense | | Northern Tool | -215.89 |
| 08/30/2021 | Expense | | Mac's | -70.00 |
| 08/30/2021 | Expense | | Google | -500.00 |
| 08/30/2021 | Expense | | Auto Zone | -9.71 |
| 08/30/2021 | Expense | | Home Depot | -149.00 |
| 08/30/2021 | Expense | | Home Depot | -29.61 |
| 08/31/2021 | Expense | | | -49.99 |
| 08/31/2021 | Expense | | Community Bank | -3.70 |
| 08/31/2021 | Check | 2557 | MS International | -4,836.00 |
| 08/31/2021 | Check | 2563 | Urbano Rodriquez | -800.00 |
| 08/31/2021 | Check | 2564 | Elite Counter Tops LLC | -1,500.00 |
| 08/31/2021 | Check | 2566 | Roberto C. Sanchez | -800.00 |
| 08/31/2021 | Check | 2569 | Bernabe H. Lopez | -1,200.00 |

Total                                                                           -132,954.12

Deposits and other credits cleared (25)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/30/2021 | Deposit | | Jose Pintor | 646.93 |
| 08/02/2021 | Deposit | | Elizabeth Randall | 432.68 |
| 08/03/2021 | Deposit | | Jana McGlinchey | 912.49 |
| 08/03/2021 | Deposit | | | 10,512.94 |
| 08/04/2021 | Deposit | | John Kelly | 3,871.68 |
| 08/05/2021 | Deposit | | Sunny Singh | 3,241.60 |
| 08/05/2021 | Deposit | | EJ Wilkerson | 5,000.00 |
| 08/09/2021 | Deposit | | Eric Richard | 604.86 |
| 08/10/2021 | Deposit | | Marlowe Designs | 1,352.04 |
| 08/10/2021 | Deposit | | Katie Robinson | 628.98 |
| 08/12/2021 | Deposit | | Kevin Reed | 165.00 |
| 08/13/2021 | Deposit | | | 22,025.08 |
| 08/16/2021 | Deposit | | Jason Clements | 526.17 |
| 08/16/2021 | Deposit | | | 27,164.27 |
| 08/17/2021 | Deposit | | | 3,307.09 |
| 08/18/2021 | Deposit | | | 2,834.72 |
| 08/20/2021 | Deposit | | Laurin Austin | 5,861.00 |
| 08/24/2021 | Deposit | | Cesar M Torres | 717.52 |
| 08/24/2021 | Deposit | | | 24,586.82 |
| 08/25/2021 | Deposit | | Ray Murry | 3,254.75 |
| 08/25/2021 | Deposit | | Jan Graeber | 4,700.00 |
| 08/26/2021 | Deposit | | | 1,108.88 |
| 08/30/2021 | Deposit | | | 3,802.22 |
| 08/31/2021 | Deposit | | Mallard Homes, LLC. | 7,129.35 |
| 08/31/2021 | Deposit | | Tom Mills | 3,604.99 |

9/2/2021

| Total | 137,992.06 |
|-------|-----------:|

**Additional Information**

Uncleared checks and payments as of 08/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 06/01/2021 | Expense | | Intuit QuickBooks | -280.46 |
| 06/16/2021 | Expense | | Intuit QuickBooks | -54.03 |
| 08/31/2021 | Expense | | QuickBooks Payments | -10.71 |

| Total | -345.20 |
|-------|--------:|

Uncleared deposits and other credits as of 08/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 04/12/2021 | Receive Payment | 1021 | Margo Himphill | 4,000.00 |
| 05/06/2021 | Receive Payment | | Ryan & Rebecca Johnson | 1,952.83 |
| 05/11/2021 | Receive Payment | 5294 | Lucky Dog Properties | 823.18 |
| 08/31/2021 | Deposit | | Charles Davis | 307.79 |

| Total | 7,083.80 |
|-------|--------:|

Uncleared checks and payments after 08/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 09/01/2021 | Expense | | National Pen | -371.95 |
| 09/01/2021 | Check | 2565 | Emmerson Patterson | -400.00 |
| 09/01/2021 | Expense | | Express Merchant | -83.92 |
| 09/01/2021 | Check | 2559 | Lohan Moreira | -360.00 |
| 09/01/2021 | Check | 2570 | Stephen Westerfield | -60.00 |
| 11/23/2021 | Expense | 2011 | Jenny Flores | -320.00 |
| 11/23/2021 | Expense | 2013 | Jacqueline Pachoa | -500.00 |

| Total | -2,095.87 |
|-------|---------:|