# UNITED STATES BANKRUPTCY COURT

## SOUTHERN   DISTRICT OF   MISSISSIPPI

In Re. BACALLAO  GRANITE AND MARBLE, LLC    §

§

§

§

_____    §

Debtor(s)

Case No.  21-00807 _____

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2021 _____

Petition Date: 05/08/2021 _____

Months Pending: 6 _____

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:              Accrual Basis  ⦿              Cash Basis  ○

Debtor's Full-Time Employees (current):              0 _____

Debtor's Full-Time Employees (as of date of order for relief):              0 _____

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Yoel Bacallao (see attached signature) _____
Signature of Responsible Party

12/03/2021 _____
Date

Yoel Bacallao _____
Printed Name of Responsible Party

5448 North Street, Jackson, Mississippi 39206 _____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  BACALLAO GRANITE AND MARBLE, LLC                Case No. 21-00807

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $94,806 | |
| b.   Total receipts (net of transfers between accounts) | $169,943 | $0 |
| c.   Total disbursements (net of transfers between accounts) | $172,170 | $0 |
| d.   Cash balance end of month (a+b-c) | $92,578 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $172,170 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $33,505 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.   Inventory    (Book ⦿   Market ◯   Other ◯   (attach explanation)) | $270,864 |
| d   Total current assets | $405,182 |
| e.   Total assets | $788,776 |
| f.   Postpetition payables (excluding taxes) | $11,225 |
| g.   Postpetition payables past due (excluding taxes) | $0 |
| h.   Postpetition taxes payable | $0 |
| i.   Postpetition taxes past due | $0 |
| j.   Total postpetition debt (f+h) | $11,225 |
| k.   Prepetition secured debt | $954,855 |
| l.   Prepetition priority debt | $2,911 |
| m.   Prepetition unsecured debt | $396,657 |
| n.   Total liabilities (debt) (j+k+l+m) | $1,365,648 |
| o.   Ending equity/net worth (e-n) | $-576,873 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $152,688 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $103,820 | |
| c.   Gross profit (a-b) | $48,868 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $24,475 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $697 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $23,696 | $0 |

Debtor's Name BACALLAO GRANITE AND MARBLE, LLC    Case No. 21-00807

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | Other | $0 | | $0 | $0 |
| | ii | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | $250 | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | DENNIS MEEKS AND COMP | Financial Professional | | | $250 | |
| | ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions)    Yes ● No ○

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)    Yes ○ No ●

c. Were any payments made to or on behalf of insiders?    Yes ● No ○

d. Are you current on postpetition tax return filings?    Yes ● No ○

e. Are you current on postpetition estimated tax payments?    Yes ● No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ● No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○ No ●

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○ No ○ N/A ●

i. Do you have:    Worker's compensation insurance?    Yes ● No ○

    If yes, are your premiums current?    Yes ● No ○ N/A ○ (if no, see Instructions)

    Casualty/property insurance?    Yes ● No ○

    If yes, are your premiums current?    Yes ● No ○ N/A ○ (if no, see Instructions)

    General liability insurance?    Yes ● No ○

    If yes, are your premiums current?    Yes ● No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ● No ○

Debtor's Name BACALLAO GRANITE AND MARBLE, LLC                    Case No. 21-00807

| | | | |
|---|---|---|---|
| k. | Has a disclosure statement been filed with the court? | | Yes ◯  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ⦿  No ◯ |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Yoel Bacallao (see attached signature)                    Yoel Bacallao
Signature of Responsible Party                               Printed Name of Responsible Party

Manager/Member/100% Owner                                  12/03/2021
Title                                                        Date

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI

[ Clear All Fields ]

In Re. BACALLAO GRANITE AND MARBLE, LLC   §
§
§
§
Debtor(s)

Case No. 21-00807

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2021

Petition Date: 05/08/2021

Months Pending: 6

Industry Classification: [ 0 ][ 0 ][ 0 ][ 0 ]

Reporting Method:         Accrual Basis ◉        Cash Basis ○

Debtor's Full-Time Employees (current):        0

Debtor's Full-Time Employees (as of date of order for relief):        0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Yoel Bacallao (see attached signature)
Signature of Responsible Party

12/03/2021
Date

Yoel Bacallao
Printed Name of Responsible Party

5448 North Street, Jackson, Mississippi 39206
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)        1

Debtor's Name BACALLAO GRANITE AND MARBLE, LLC          Case No. 21-00807

k.   Has a disclosure statement been filed with the court?          Yes ◯  No ◯
l.   Are you current with quarterly U.S. Trustee fees as            Yes ◯  No ◯
     set forth under 28 U.S.C. § 1930?

**Part 8: Individual Chapter 11 Debtors (Only)**

a.   Gross income (receipts) from salary and wages          _____
b.   Gross income (receipts) from self-employment           _____
c.   Gross income from all other sources                    _____
d.   Total income in the reporting period (a+b+c)           _____
e.   Payroll deductions                                      _____
f.   Self-employment related expenses                        _____
g.   Living expenses                                         _____
h.   All other expenses                                      _____
i.   Total expenses in the reporting period (e+f+g+h)       _____
j.   Difference between total income and total expenses (d-i)  _____
k.   List the total amount of all postpetition debts that are past due  _____
l.   Are you required to pay any Domestic Support Obligations as defined by 11   Yes ◯ No ◯
     U.S.C § 101(14A)?
m.   If yes, have you made all Domestic Support Obligation payments?   Yes ◯ No ◯  N/A ◯

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Yoel Bacallao (see attached signature)          Yoel Bacallao
Signature of Responsible Party                      Printed Name of Responsible Party
Manager/Member/100% Owner                           12/03/2021
Title                                               Date

[ Save ]                                    [ Generate PDF for Court Filing
                                              and Remove Watermark ]

UST Form 11-MOR (06/07/2021)                    4

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**
**CASE NUMBER: 21-00807-NPO**

### COMPARATIVE BALANCE SHEET

| ASSETS: | | Filing Date 5/8/2021 | | Month Ended 10/31/2021 |
|---|---|---|---|---|
| CURRENT ASSETS | | | | |
| Cash | $ | 40,443 | $ | 97,325 |
| Accounts Receivable, Net | | 2,986 | | 33,506 |
| Inventory | | 275,000 | | 270,864 |
| TOTAL CURRENT ASSETS | $ | 318,429 | $ | 401,695 |
| | | | | |
| PROPERTY, PLANT & EQUIP | $ | 1,174,200 | $ | 1,188,218 |
| Less Accumulated Depreciation | | (804,659) | | (804,659) |
| NET PROPERTY, PLANT & EQUIP | $ | 369,541 | $ | 383,559 |
| | | | | |
| OTHER ASSETS | | | | |
| Deposits in transit | $ | 11,450 | $ | 3,522 |
| TOTAL OTHER ASSETS | $ | 11,450 | $ | 3,522 |
| | | | | |
| **TOTAL ASSETS** | $ | 699,421 | $ | 788,776 |
| | | | | |
| **LIABILITIES:** | | | | |
| | | | | |
| POST-PETITION LIABILITIES: | | | | |
| Other: | $ | - | $ | 11,225 |
| TOTAL POST-PETITION LIABILITIES | $ | - | $ | 11,225 |
| | | | | |
| PRE-PETITION LIABILITIES: | | | | |
| Notes payable-Secured | $ | 1,033,826 | $ | 954,855 |
| Priority Debt | | 2,911 | | 2,911 |
| Unsecured Debt (See Attached) | | 399,450 | | 396,657 |
| Payables | | 9,390 | | - |
| TOTAL PRE-PETITION LIABILITIES | $ | 1,445,578 | $ | 1,354,423 |
| | | | | |
| TOTAL LIABILITIES | $ | 1,445,578 | $ | 1,365,648 |
| | | | | |
| **EQUITY (DEFICIT)** | | | | |
| SHAREHOLDER DISTRIBUTIONS | | (26,491) | | (47,311) |
| RETAINED EARNINGS (LOSS): | | | | |
| Retained Earnings (loss) | | (720,619) | | (720,619) |
| Unreconciled Difference in DIP MORs | | (89,616) | | (89,616) |
| Current Year Earnings | | 90,569 | | 280,674 |
| TOTAL EQUITY (NET WORTH) | $ | (746,157) | $ | (576,873) |
| | | | | |
| **TOTAL LIABILITIES & EQUITY** | $ | 699,421 | $ | 788,776 |

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**
**CASE NUMBER: 21-00807-NPO**

| | Month Ended 10/31/2021 |
|---|---:|
| NET REVENUE | $ 152,688 |
| COST OF GOODS SOLD: | |
| Material | $ 20,961 |
| Labor | 41,780 |
| Overhead | 41,079 |
| TOTAL COST OF GOODS SOLD | $ 103,820 |
| GROSS PROFIT | $ 48,868 |
| OPERATING EXPENSES: | |
| General & Administrative | 24,475 |
| Other Operating Expenses | - |
| TOTAL OPERATING EXPENSES | $ 24,475 |
| INTEREST EXPENSE | 697 |
| NET INCOME | $ 23,696 |

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**
**CASE NUMBER: 21-00807-NPO**

**Comparative Balance Sheet**
**Prepetition Liabilities**
**Unsecured Debt**

| Debt Due To: | Amount |
|---|---|
| Dell Financial Services | 1,700 |
| IOU Financial | 90,470 |
| Kalamata Capital Group | 70,000 |
| MS International | 17,055 |
| Samson MCA | 72,825 |
| SBA Administration | 145,000 |
| IRS | 3,900 |
| MS Department of Revenue | 811 |
| **Total Unsecured Debt** | **$   401,761** |

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**          **CASE NUMBER: 21-00807-NPO**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
**For Period 10-1-21 TO 10-31-21**

CASH RECONCILIATION

| | | | |
|---|---|---|---|
| 1 | Beginning Cash Balance | $ | 94,806.55 |
| 2 | Cash Receipts | $ | 169,942.62 |
| 3 | Cash Disbursements | $ | 172,170.46 |
| 4 | Net Cash Flow | $ | (2,227.84) |
| 5 | Ending Cash Balance | $ | 92,578.71 |

Adjusted Cash Disbursements          172,170.46

# Bacallao Granite and Marble

## CASH RECEIPTS AND DISBURSEMENTS

### October 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| Community Bank | | | | | | |
| Beginning Balance | | | | | | |
| 10/01/2021 | Check | 2639 | Yoel Bacallao Jr. | sub contractor | | $1,500.00 |
| 10/01/2021 | Check | 2643 | Jacqueline Pachoa | sub contractor | | $800.00 |
| 10/01/2021 | Expense | | Express Merchant | | | $83.92 |
| 10/01/2021 | Deposit | | | | $4,830.67 | |
| 10/01/2021 | Deposit | | Property Addicts LLC | | $3,908.14 | |
| 10/04/2021 | Check | 2635 | Burke Handling Systems | | | $759.37 |
| 10/04/2021 | Check | 2636 | Burke Handling Systems | | | $291.72 |
| 10/04/2021 | Check | 2646 | Yoel Bacallao Jr. | sub contractor | | $1,000.00 |
| 10/04/2021 | Check | 2647 | Yoel Bacallao Jr. | sub contractor | | $1,500.00 |
| 10/04/2021 | Check | 2648 | Elite Counter Tops LLC | sub contractor | | $1,500.00 |
| 10/04/2021 | Expense | | Google | | | $500.00 |
| 10/04/2021 | Check | 2652 | Lohan Moreira | sub contractor | | $500.00 |
| 10/04/2021 | Deposit | | | | $28,261.39 | |
| 10/04/2021 | Expense | | Ascentium Capital | | | $298.75 |
| 10/04/2021 | Expense | | Got Waste | | | $375.00 |
| 10/04/2021 | Expense | | Lowes | | | $97.65 |
| 10/04/2021 | Check | 2649 | Justin Taylor | sub contractor | | $800.00 |
| 10/05/2021 | Check | 2645 | Charlene Pina Garcia | sub contractor | | $500.00 |
| 10/05/2021 | Check | 2650 | Roberto C. Sanchez | sub contractor | | $500.00 |
| 10/05/2021 | Check | 2651 | Urbano Rodriquez | sub contractor | | $800.00 |
| 10/05/2021 | Check | 2653 | Bernabe H. Lopez | sub contractor | | $1,200.00 |
| 10/05/2021 | Expense | | SBA | | | $731.00 |
| 10/05/2021 | Deposit | | Bill & Paula White | System-recorded deposit for QuickBooks Payments | $185.83 | |
| 10/05/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $6.57 |
| 10/05/2021 | Expense | | Contract Payment Lease | | | $4,621.88 |
| 10/05/2021 | Check | 2657 | Yoel Bacallao Jr. | Car Payments for 2021 450 Ford, 2016 F450 & 2021 Mercedes Sprinter | | $3,114.55 |
| 10/06/2021 | Check | 2638 | Financial Pacific Leasing | May 2021 - Sept 2021 Payments on Contract #015-1302822-301 | | $7,451.55 |
| 10/06/2021 | Deposit | | | | $9,677.21 | |
| 10/06/2021 | Deposit | | | | $2,953.31 | |
| 10/07/2021 | Check | 2637 | Omicron Granite | | | $55.00 |
| 10/07/2021 | Check | 5287 | | Fe for 10/7 charge bank of Brad Sumrall check returned | | $4.00 |
| 10/07/2021 | Check | | Brad Sumrall | Chargeback of 10/4/21 payment towards invoice #2241 | | $3,000.00 |
| 10/07/2021 | Expense | | Helix Professional Tool | | | $144.98 |
| 10/07/2021 | Deposit | | | | $6,529.13 | |
| 10/07/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $4.98 |
| 10/07/2021 | Deposit | | Chris Fletcher | System-recorded deposit for QuickBooks Payments | $139.05 | |
| 10/08/2021 | Check | 2654 | Renasant Bank | Mortgage Payment | | $1,367.65 |
| 10/08/2021 | Check | 2658 | Justin Taylor | sub contractor | | $800.00 |
| 10/08/2021 | Check | 2660 | Charlene Pina Garcia | sub contractor | | $700.00 |

# Bacallao Granite and Marble

CASH RECEIPTS AND DISBURSEMENTS

October 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | DEBIT | CREDIT |
|------|------------------|-----|------|------------------|-------|--------|
| 10/08/2021 | Expense | | On-Site Storage | | | $1,600.00 |
| 10/08/2021 | Deposit | | | | $15,493.60 | |
| 10/08/2021 | Expense | | Lowes | | | $612.96 |
| 10/08/2021 | Check | 2667 | Jacqueline Pachoa | | | $800.00 |
| 10/12/2021 | Check | 2659 | Lohan Moreira | sub contractor | | $120.00 |
| 10/12/2021 | Check | 2661 | Elite Counter Tops LLC | sub contractor | | $1,500.00 |
| 10/12/2021 | Check | 2662 | Yoel Bacallao Jr. | sub contractor | | $1,000.00 |
| 10/12/2021 | Check | 2663 | Yoel Bacallao Jr. | sub contractor | | $1,500.00 |
| 10/12/2021 | Check | 2666 | Roberto Carlos | sub contractor | | $800.00 |
| 10/12/2021 | Expense | | Exxon | | | $18.14 |
| 10/12/2021 | Expense | | Banco Do Brasil | | | $21,295.68 |
| 10/12/2021 | Expense | | Exxon | | | $100.00 |
| 10/12/2021 | Expense | | Vector Supply | | | $53.49 |
| 10/12/2021 | Expense | | CIT (formerly) Direct Capital | | | $2,834.68 |
| 10/12/2021 | Expense | | Community Bank | | | $50.00 |
| 10/12/2021 | Expense | | On-Site Storage | | | $1,600.00 |
| 10/12/2021 | Expense | | Freedom Life Insurance | | | $279.38 |
| 10/13/2021 | Check | 2655 | Insurance Finance Company | monthly installments | | $2,014.24 |
| 10/13/2021 | Check | 2664 | Urbano Rodriquez | sub contractor | | $800.00 |
| 10/13/2021 | Check | 2665 | Bernabe H. Lopez | sub contractor | | $960.00 |
| 10/13/2021 | Deposit | | Andrew Johnson | | $1,500.00 | |
| 10/13/2021 | Expense | | Intuit QuickBooks | | | $80.00 |
| 10/13/2021 | Expense | | Costco | | | $160.05 |
| 10/13/2021 | Expense | | Google | | | $500.00 |
| 10/13/2021 | Expense | | Nationwide | | | $169.25 |
| 10/13/2021 | Deposit | | | | $11,947.47 | |
| 10/14/2021 | Deposit | | | | $11,451.48 | |
| 10/14/2021 | Expense | | Tony's Tire | | | $972.66 |
| 10/14/2021 | Expense | | Water-Coffee | | | $113.23 |
| 10/14/2021 | Deposit | | | | $3,915.79 | |
| 10/15/2021 | Check | 2644 | The Radio People | advertising for work | | $6,120.00 |
| 10/15/2021 | Check | 2676 | Justin Taylor | Sub contractor | | $800.00 |
| 10/15/2021 | Check | 2677 | Jacqueline Pachoa | Sub contractor | | $800.00 |
| 10/15/2021 | Expense | | Dennis Meek & Company, P.A. | | | $250.00 |
| 10/15/2021 | Sales Tax Payment | | | September 2021 Sales Tax | | $12,388.38 |
| 10/15/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $470.80 |
| 10/15/2021 | Expense | | Exxon | | | $100.00 |
| 10/15/2021 | Deposit | | Chad Thompkins | System-recorded deposit for QuickBooks Payments | $13,839.57 | |
| 10/18/2021 | Check | 2669 | Bernabe H. Lopez | Sub contractor | | $1,200.00 |
| 10/18/2021 | Check | 2672 | Yoel Bacallao Jr. | Sub contractor | | $1,000.00 |
| 10/18/2021 | Check | 2673 | Yoel Bacallao Jr. | Sub contractor | | $1,500.00 |
| 10/18/2021 | Check | 2675 | Charlene Pina Garcia | Sub contractor | | $500.00 |
| 10/18/2021 | Check | 2682 | Charlene Pina Garcia | Sub contractor | | $100.00 |

# Bacallao Granite and Marble

## CASH RECEIPTS AND DISBURSEMENTS

### October 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | DEBIT | CREDIT |
|------|------------------|-----|------|------------------|-------|--------|
| 10/18/2021 | Deposit | | | | $250.00 | |
| 10/18/2021 | Deposit | | | | $13,116.49 | |
| 10/18/2021 | Expense | | Freedom Life Insurance | | | $1,393.17 |
| 10/18/2021 | Expense | | Liberty Mutual | | | $1,310.74 |
| 10/19/2021 | Check | 2678 | Elite Counter Tops LLC | Sub contractor | | $1,500.00 |
| 10/19/2021 | Check | 2681 | Roberto C. Sanchez | Sub contractor | | $800.00 |
| 10/19/2021 | Expense | | Office Depot | | | $27.81 |
| 10/19/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $47.92 |
| 10/19/2021 | Deposit | | Jessica McLaurin | System-recorded deposit for QuickBooks Payments | $1,402.10 | |
| 10/20/2021 | Expense | | Home Depot | | | $41.22 |
| 10/20/2021 | Check | 2641 | Deep South Equipment | | | $962.83 |
| 10/20/2021 | Expense | | Marathon Petro | | | $73.04 |
| 10/20/2021 | Deposit | | | | $2,248.00 | |
| 10/21/2021 | Expense | | Atmos Energy | | | $70.71 |
| 10/21/2021 | Expense | | Shell | | | $100.00 |
| 10/21/2021 | Expense | | Entergy | | | $158.30 |
| 10/21/2021 | Deposit | | | System-recorded deposit for QuickBooks Payments | $3,194.45 | |
| 10/21/2021 | Expense | | Entergy | | | $857.19 |
| 10/21/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $109.11 |
| 10/21/2021 | Expense | | Valvoline Instant Oil Change | | | $172.20 |
| 10/22/2021 | Deposit | | | | $2,701.48 | |
| 10/22/2021 | Deposit | | Bill & Paula White | System-recorded deposit for QuickBooks Payments | $185.83 | |
| 10/22/2021 | Deposit | | | | $9,281.71 | |
| 10/22/2021 | Check | 2671 | Urbano Rodriquez | Sub contractor | | $1,500.00 |
| 10/22/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $6.57 |
| 10/22/2021 | Check | 2668 | Home Builders Association of Jackson | | | $600.00 |
| 10/22/2021 | Expense | | Omicron Granite | | | $170.00 |
| 10/22/2021 | Expense | | Contract Payment Lease | | | $2,967.04 |
| 10/22/2021 | Expense | | Cosmic Express Corp | | | $40,116.49 |
| 10/22/2021 | Check | 2688 | Jacqueline Pachoa | | | $800.00 |
| 10/22/2021 | Expense | | Community Bank | | | $15.00 |
| 10/25/2021 | Check | 2689 | Charlene Pina Garcia | Sub contractor | | $700.00 |
| 10/25/2021 | Check | 2691 | Yoel Bacallao Jr. | Sub contractor | | $1,500.00 |
| 10/25/2021 | Check | 2680 | Emmerson Patterson | Sub contractor | | $300.00 |
| 10/25/2021 | Check | 2683 | Justin Taylor | Sub contractor | | $800.00 |
| 10/25/2021 | Check | 2685 | Elite Counter Tops LLC | Sub contractor | | $1,500.00 |
| 10/25/2021 | Expense | | Google | | | $500.00 |
| 10/25/2021 | Expense | | Incredible BBQ | | | $18.53 |
| 10/26/2021 | Deposit | | | | $1,920.36 | |
| 10/26/2021 | Expense | | Financial Pacific Leasing | | | $1,490.31 |
| 10/26/2021 | Expense | | Mississippi Department of Employment Services | Payroll Taxes | | $3,304.65 |
| 10/26/2021 | Expense | | Google | | | $9.99 |

# Bacallao Granite and Marble

## CASH RECEIPTS AND DISBURSEMENTS

### October 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | DEBIT | CREDIT |
|------|------------------|-----|------|-----------------|-------|--------|
| 10/26/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $95.45 |
| 10/26/2021 | Check | 2679 | Fabstone | | | $66.16 |
| 10/26/2021 | Check | 2684 | Roberto C. Sanchez | Sub contractor | | $800.00 |
| 10/26/2021 | Check | 2686 | Urbano Rodriquez | | | $800.00 |
| 10/26/2021 | Check | 2687 | Bernabe H. Lopez | Sub contractor | | $1,200.00 |
| 10/26/2021 | Check | 2690 | Yoel Bacallao Jr. | | | $1,000.00 |
| 10/26/2021 | Deposit | | Jenni Corder | System-recorded deposit for QuickBooks Payments | $2,800.00 | |
| 10/27/2021 | Expense | | Mac's | | | $75.00 |
| 10/27/2021 | Expense | | Mac's | | | $100.00 |
| 10/27/2021 | Deposit | | | | $4,451.33 | |
| 10/27/2021 | Expense | | Verizon | | | $453.76 |
| 10/27/2021 | Expense | | Sunpass Internet | | | $51.79 |
| 10/27/2021 | Expense | | Raceway | | | $68.00 |
| 10/28/2021 | Deposit | | MS International | Refund | $3,426.70 | |
| 10/28/2021 | Expense | | Crystal Springs Hardware | | | $12.83 |
| 10/28/2021 | Expense | | Jus More Speed & Tires | | | $11.10 |
| 10/28/2021 | Expense | | Target | | | $88.37 |
| 10/28/2021 | Check | 2692 | Elite Counter Tops LLC | Sub contractor | | $2,300.00 |
| 10/29/2021 | Expense | | Community Bank | | | $49.99 |
| 10/29/2021 | Check | 2701 | Jacqueline Pachoa | | | $800.00 |
| 10/29/2021 | Deposit | | Dennis Cotton | System-recorded deposit for QuickBooks Payments | $2,915.71 | |
| 10/29/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $99.38 |
| 10/29/2021 | Deposit | | Kim Kosek | | $7,415.82 | |
| 10/29/2021 | Expense | | Community Bank | | | $4.30 |
| **Total for Community Bank** | | | | | **$169,942.62** | **$172,170.46** |
| **TOTAL** | | | | | **$169,942.62** | **$172,170.46** |

```
                                          Date 10/29/21          Page     1
                                          Primary Account  @XXXXXXXXXX@9283




          Bacallao Granite & Marble, LLC
          Debtor in Possession
          Case No. 21-00807
          348 Lakeview Road
          Ridgeland MS 39157-1103
```

```
          * * *  SUMMARY OF ACTIVITY DURING STATEMENT PERIOD * * *

Community Business Checking            Number of Enclosures            72
Account Number         @XXXXXXXXXX@9283 Statement Dates  10/01/21 thru 10/31/21
Previous Balance             88,030.54  Days in the statement period    31
   27 Deposits/Credits      167,026.91  Average Ledger            99,061.68
  118 Checks/Debits         172,066.78  Average Collected         91,911.43
Total Service Charges             4.30
Interest Paid                      .00
Current Balance              82,986.37
```

------------------------------------------------------------------------

```
Total Service Charge Breakdown

        Item Charges in Service Charge            4.30
```

------------------------------------------------------------------------

```
Activity in Date Order
Date   Description                        Amount
10/01    "My Deposit" Deposit             3,908.14 CR
10/01    "My Deposit" Deposit             4,830.67 CR
10/01    EPX FE 031366372MERCH SETL          83.92-
         *CCD* TR#031101115458371
         3130031366372     21/10/01
         CO ID:1141901461
10/04    "My Deposit" Deposit            28,261.39 CR
10/04    POS DEB 0924 10/04/21 09522662      97.65-
         LOWE S #2622
         910 EAST COUNTY LI
         RIDGELAND     MS C#3608
10/04    DBT CRD 1145 10/01/21 DBH8S8RB     375.00-
         GOT WASTE
         JACKSON       MS C#3608
10/04    AscentiumCapitalLEASECHG          298.75-
         *CCD* TR#021000024781032
```

```
                                      Date 10/29/21            Page     2
                                      Primary Account   @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
Date   Description                                    Amount

```
            83751              21/10/04
            CO ID:9176794002
10/04    GOOGLE          ADWORDS:35                   500.00-
         *WEB-R  *  TR#091000013997899
            21/10/04
            CK#US003I9MVG      D:F770493581
10/05    SBA LOAN        PAYMENT                       731.00-
         *CCD* TR#041036046425109
            0000            21/10/05
            CO ID:7300000104
10/05    CONTRACTPAYMENTVLEASE PYMT                  4,621.88-
         *CCD* TR#125108270013228
            CT-BUND40261752   21/10/05
            CO ID:4912122680
10/06    INTUIT 40731055 DEPOSIT                      185.83 CR
         *CCD* TR#021000021344081
            524771995092011   21/10/06
            CO ID:9215986202
10/06    "My Deposit" Deposit                       2,953.31 CR
10/06    "My Deposit" Deposit                       9,677.21 CR
10/06    INTUIT 84575865 TRAN FEE                       6.57-
         *CCD* TR#021000021518275
            524771995092011   21/10/06
            CO ID:9215986202
10/07    "My Deposit" Deposit                       6,529.13 CR
10/07    Chargeback   5287                          3,000.00-
10/07    Deposit Item Returned Fee                      4.00-
10/07    DBT CRD 1517 10/04/21 DBARMU3N               144.98-
         HELIX PROFESSIONAL TOO
         MLEVY DIAMOND IL C#3608
10/08    INTUIT 50007875 DEPOSIT                      139.05 CR
         *CCD* TR#021000025023384
            524771995092011   21/10/08
            CO ID:9215986202
10/08    "My Deposit" Deposit                      15,493.60 CR
10/08    DBT CRD 1205 10/07/21 DBZMHMGP               612.96-
         LOWES #02622*
         601-952-1700  MS C#3608
10/08    DBT CRD 1700 10/08/21 DBS368H4             1,600.00-
         ON-SITE STORAGE SOLUTI
         3108366150    CA C#3608
10/08    INTUIT 94148585 TRAN FEE                       4.98-
         *CCD* TR#021000025193408
            524771995092011   21/10/08
            CO ID:9215986202
10/12    Wire Transfer Fee                             50.00-
10/12    Wire Transfer Debit                       21,295.68-
         BANCO DO BRASIL S.A.
         063116737
         BRASBRRJBHE
```

Date 10/29/21          Page    3
Primary Account    @XXXXXXXXXX@9283

Community Business Checking      @XXXXXXXXXX@9283    (Continued)

Activity in Date Order
Date  Description                                    Amount
            SOUTH STATE BK NA
            WINTER HAVEN              FL
            GRANITE INVOICE FOR GRANITOS
            COLLODETTI STREET ARISTEU BORG
            AGUIAR,NUMBER 16 CENTRO-CASTEL
            BR6100000000007850000061921C1
            20211012MMQFMP0L000000
10/12   POS DEB 0919 10/12/21 98010497              18.14-
            STATE STREET E
            STATE STREET EX
            JACKSON       MS C#3608
10/12   POS DEB 1430 10/08/21 98017373             100.00-
            STATE STREET E
            STATE STREET EX
            JACKSON       MS C#3608
10/12   DBT CRD 0935 10/08/21 DBOQBZW3           1,600.00-
            ON-SITE STORAGE SOLUTI
            3108366150      CA C#3608
10/12   VECTOR SECURITY PAYMENT                    53.49-
            *PPD* TR#043000125941626
            21/10/12
            CO ID:1231734719
10/12   FREEDOM LIFE INSINS. PREM                 279.38-
            *PPD* TR#041001036611285
            21/10/12
            CO ID:1611096685
10/12   Direct Capital  EDI PYMNTS              2,834.68-
            *CCD* TR#091000015558158
            097-0077663-000    21/10/12
            CO ID:1020468001
10/13   "My Deposit" Deposit                    1,500.00 CR
10/13   "My Deposit" Deposit                   11,947.47 CR
10/13   POS DEB 1155 10/13/21 13666785            160.05-
            COSTCO WHSE #1
            COSTCO WHSE  13
            RIDGELAND     MS C#3608
10/13   18004INTUIT     QuickBooks                 80.00-
            *CCD* TR#021000020437899
            6920636          21/10/13
            CO ID:0000756346
10/13   NATIONWIDE      EDI PYMNTS               169.25-
            *PPD* TR#091000013810452
            21/10/13
            CO ID:1314177102
10/13   GOOGLE        ADWORDS:35                 500.00-
            *WEB-R  * TR#091000015334917
            21/10/13
            CK#US0031GO97    D:F770493581
10/14   "My Deposit" Deposit                    3,915.79 CR
10/14   "My Deposit" Deposit                   11,451.48 CR
10/14   POS DEB 1525 10/13/21 00004307            972.66-
            TONYS TIRE AND

```
                                    Date 10/29/21              Page    4
                                    Primary Account   @XXXXXXXXXX@9283
```

Community Business Checking      @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
| Date | Description | Amount |
|------|-------------|--------|
| | 5138 N STATE ST | |
| | JACKSON        MS C#3608 | |
| 10/14 | DBT CRD 1906 10/13/21 DBLJAUSM | 113.23- |
| | WATER - COFFEE DELIVER | |
| | ATLANTA        GA C#3608 | |
| 10/15 | POS DEB 0839 10/15/21 98010021 | 100.00- |
| | STATE STREET E | |
| | STATE STREET EX | |
| | JACKSON        MS C#3608 | |
| 10/15 | DENNIS MEEK & CODM AND CO | 250.00- |
| | *CCD* TR#084202260005026 | |
| |                   21/10/15 | |
| | CO ID:0640936634 | |
| 10/18 | INTUIT 89176605 DEPOSIT | 13,839.57 CR |
| | *CCD* TR#021000025459340 | |
| | 524771995092011   21/10/18 | |
| | CO ID:9215986202 | |
| 10/18 | "My Deposit" Deposit | 13,116.49 CR |
| 10/18 | Stop Payment Returned Item | 250.00 |
| |                   21/10/15 | |
| | CO ID:0640936634 | |
| 10/18 | INTUIT 33456505 TRAN FEE | 470.80- |
| | *CCD* TR#021000025286990 | |
| | 524771995092011   21/10/18 | |
| | CO ID:9215986202 | |
| 10/18 | LIBERTY MUTUAL  402183520 | 1,310.74- |
| | *CCD* TR#021000029580348 | |
| | 6545647           21/10/18 | |
| | CO ID:0000061050 | |
| 10/18 | FREEDOM LIFE INSINS. PREM | 1,393.17- |
| | *PPD* TR#041001035741661 | |
| | 21/10/18 | |
| | CO ID:1611096685 | |
| 10/18 | MSDEPTOFREVENUE TAXPAYMENT | 12,388.38- |
| | *CCD* TR#062000017199577 | |
| | M452649088        21/10/18 | |
| | CO ID:1646000832 | |
| 10/19 | DBT CRD 0935 09/30/21 DBJ7M82E | 27.81- |
| | OFFICE DEPOT #1079 | |
| | 800-463-3768  TX C#3608 | |
| 10/20 | INTUIT 14041785 DEPOSIT | 1,402.10 CR |
| | *CCD* TR#021000022011166 | |
| | 524771995092011   21/10/20 | |
| | CO ID:9215986202 | |
| 10/20 | "My Deposit" Deposit | 2,248.00 CR |
| 10/20 | POS DEB 1400 10/19/21 77701001 | 41.22- |
| | NST THE HOME D | |
| | 6325 HWY 55 COUNTY | |
| | JACKSON        MS C#3608 | |
| 10/20 | POS DEB 0847 10/20/21 00910044 | 73.04- |
| | MARATHON PETRO | |

```
                                        Date 10/29/21           Page    5
                                        Primary Account  @XXXXXXXXXX@9283

Community Business Checking        @XXXXXXXXXX@9283  (Continued)

Activity in Date Order
Date  Description                              Amount
         MARATHON PETRO23
         JACKSON        MS C#3608
10/20    INTUIT 58658055 TRAN FEE                    47.92-
         *CCD* TR#021000022160936
         524771995092011   21/10/20
         CO ID:9215986202
10/21    POS DEB 1053 10/21/21 67571039            100.00-
         SHELL SERVICE
         SHELL SERVICE S
         RIDGELAND      MS C#3608
10/21    DBT CRD 1005 10/20/21 DBHBJFXI            172.20-
         VIOC IL0003
         NORTH RIDGELA MS C#3608
10/21    ATMOS ENERGY RCRUTIL PYMT                  70.71-
         *WEB-R  * TR#111300958120428
         21/10/21
         CK#004024800419   D:9000000091
10/21    ENTERGY MISSISSIBANK DRAFT               158.30-
         *PPD* TR#021000021703287
         21/10/21
         CO ID:1640205830
10/21    ENTERGY MISSISSIBANK DRAFT               857.19-
         *PPD* TR#021000021702976
         21/10/21
         CO ID:1640205830
10/22    INTUIT 24703415 DEPOSIT                3,194.45 CR
         *CCD* TR#021000023731619
         524771995092011   21/10/22
         CO ID:9215986202
10/22    "My Deposit" Deposit                   2,701.48 CR
10/22    "My Deposit" Deposit                   9,281.71 CR
10/22    Wire Transfer Fee                         15.00-
10/22    Wire Transfer Debit                   40,116.49-
         Cosmic Express Corp.
         122203950
         29077778
         9142 Norwalk Blvd
         Santa Fe Springs CA 90670
         Cathay Bank
         18643 South Pioneer Blvd.
         Artesia, CA 90701
         20211022MMQFMP0L000103
         20211022L2LFCB1C000577
         10221639FT03
10/22    DBT CRD 1425 10/20/21 DBZNMB1Z           170.00-
         OMICRON SUPPLIES NEW O
         HARAHAN        LA C#3608
10/22    INTUIT 68691255 TRAN FEE                 109.11-
         *CCD* TR#021000023879223
         524771995092011   21/10/22
         CO ID:9215986202
```

```
                                        Date 10/29/21            Page    6
                                        Primary Account   @XXXXXXXXXX@9283


Community Business Checking        @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
Date  Description                                   Amount
10/22      CONTRACTPAYMENTVLEASE PYMT               2,967.04-
           *CCD* TR#125108270015910
           CT-BUND40306539   21/10/22
           CO ID:4912122680
10/25      INTUIT 31585585 DEPOSIT                    185.83 CR
           *CCD* TR#021000020082374
           524771995092011   21/10/25
           CO ID:9215986202
10/25      DBT CRD 1053 10/21/21 DBRTD2BF              18.53-
           INCREDIBLE BBQ AND SOU
           RIDGELAND     MS C#3608
10/25      INTUIT 76272765 TRAN FEE                     6.57-
           *CCD* TR#021000020231040
           524771995092011   21/10/25
           CO ID:9215986202
10/25      GOOGLE          ADWORDS:35                 500.00-
           *WEB-R  * TR#091000010712171
           21/10/25
           CK#US003IV7P5      D:F770493581
10/26      "My Deposit" Deposit                     1,920.36 CR
10/26      POS DEB 0927 10/25/21 09108115               9.99-
           GOOGLE *Google
           GOOGLE *Google Sto
           Mountain View CA C#3608
10/26      FINANCIAL PACIFILEASE PYMT               1,490.31-
           *CCD* TR#123205054306954
           015-1302822-301   21/10/26
           CO ID:9118771358
10/26      MDES          TAXDRAFT                    3,304.65-
           *CCD* TR#062000016998680
           000002538236000   21/10/26
           CO ID:4646000765
10/27      INTUIT 47909385 DEPOSIT                   2,800.00 CR
           *CCD* TR#021000022307906
           524771995092011   21/10/27
           CO ID:9215986202
10/27      "My Deposit" Deposit                     4,451.33 CR
10/27      POS DEB 1708 10/26/21 20304000              68.00-
           RACEWAY 760
           5785 HWY 18
           JACKSON      MS C#3608
10/27      POS DEB 0904 10/27/21 60269782             100.00-
           MACS GAS
           MACS GAS
           RIDGELAND    MS C#3608
10/27      DBT CRD 0929 10/26/21 DB1XQBJ4              51.79-
           SUNPASS*ACC98493439
           888-865-5352   FL C#3608
10/27      DBT CRD 1104 10/25/21 DBSQ0XQL              75.00-
           MACS GAS
           RIDGELAND    MS C#3608
```

```
                                              Date 10/29/21              Page     7
                                              Primary Account   @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283   (Continued)

## Activity in Date Order

| Date | Description | Amount |
|------|-------------|--------|
| 10/27 | INTUIT 92931645 TRAN FEE *CCD* TR#021000022455236 524771995092011   21/10/27 CO ID:9215986202 | 95.45- |
| 10/27 | VERIZON WIRELESSPAYMENTS *PPD* TR#021000027713381 21/10/27 CO ID:1223344794 | 453.76- |
| 10/28 | POS CRE 0000 10/27/21 01570881 M S INTERNATIONAL 7146857500    CA C#3608 | 3,426.70 CR |
| 10/28 | POS DEB 0927 10/28/21 09253750 TARGET T- 6365 TARGET T- 6365 I 5 Jackson      MS C#3608 | 88.37- |
| 10/28 | DBT CRD 1308 10/26/21 DBXKQILO SQ *JUS MORE SPEED AND JACKSON      MS C#3608 | 11.10- |
| 10/28 | DBT CRD 1242 10/27/21 DBB8VUCM CRYSTAL SPRINGS HARDWA CRYSTAL SPRIN MS C#3608 | 12.83- |
| 10/29 | "My Deposit" Deposit | 7,415.82 CR |
| 10/29 | Merchant Capture Fee $49.99 | 49.99- |
| 10/29 | Service Charge | 4.30- |

---

## CHECKS IN CHECK NO. ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 10/04 | 2635 | 759.37 | 10/08 | 2660 | 700.00 |
| 10/04 | 2636 | 291.72 | 10/12 | 2661 | 1,500.00 |
| 10/07 | 2637 | 55.00 | 10/12 | 2662 | 1,000.00 |
| 10/06 | 2638 | 7,451.55 | 10/12 | 2663 | 1,500.00 |
| 10/01 | 2639 | 1,500.00 | 10/13 | 2664 | 800.00 |
| 10/20 | 2641* | 962.83 | 10/13 | 2665 | 960.00 |
| 10/01 | 2643* | 800.00 | 10/12 | 2666 | 800.00 |
| 10/15 | 2644 | 6,120.00 | 10/08 | 2667 | 800.00 |
| 10/05 | 2645 | 500.00 | 10/22 | 2668 | 600.00 |
| 10/04 | 2646 | 1,000.00 | 10/18 | 2669 | 1,200.00 |
| 10/04 | 2647 | 1,500.00 | 10/22 | 2671* | 1,500.00 |
| 10/04 | 2648 | 1,500.00 | 10/18 | 2672 | 1,000.00 |
| 10/04 | 2649 | 800.00 | 10/18 | 2673 | 1,500.00 |
| 10/05 | 2650 | 500.00 | 10/18 | 2675* | 500.00 |
| 10/05 | 2651 | 800.00 | 10/15 | 2676 | 800.00 |
| 10/04 | 2652 | 500.00 | 10/15 | 2677 | 800.00 |
| 10/05 | 2653 | 1,200.00 | 10/19 | 2678 | 1,500.00 |
| 10/08 | 2654 | 1,367.65 | 10/26 | 2679 | 66.16 |
| 10/13 | 2655 | 2,014.24 | 10/25 | 2680 | 300.00 |
| 10/05 | 2657* | 3,114.55 | 10/19 | 2681 | 800.00 |
| 10/08 | 2658 | 800.00 | 10/18 | 2682 | 100.00 |
| 10/12 | 2659 | 120.00 | 10/25 | 2683 | 800.00 |

* Denotes missing check numbers

Date 10/29/21          Page      8
Primary Account   @XXXXXXXXXX@9283

Community Business Checking        @XXXXXXXXXX@9283   (Continued)

CHECKS IN CHECK NO. ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 10/26 | 2684 | 800.00 | 10/25 | 2689 | 700.00 |
| 10/25 | 2685 | 1,500.00 | 10/26 | 2690 | 1,000.00 |
| 10/26 | 2686 | 800.00 | 10/25 | 2691 | 1,500.00 |
| 10/26 | 2687 | 1,200.00 | 10/28 | 2692 | 2,300.00 |
| 10/22 | 2688 | 800.00 | 10/29 | 2701* | 800.00 |

* Denotes missing check numbers

------------------------------------------------------------------------

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 94,385.43 | 10/13 | 99,599.90 | 10/22 | 80,893.13 |
| 10/04 | 115,024.33 | 10/14 | 113,881.28 | 10/25 | 75,753.86 |
| 10/05 | 103,556.90 | 10/15 | 105,811.28 | 10/26 | 69,003.11 |
| 10/06 | 108,915.13 | 10/18 | 113,154.25 | 10/27 | 75,410.44 |
| 10/07 | 112,240.28 | 10/19 | 110,826.44 | 10/28 | 76,424.84 |
| 10/08 | 121,987.34 | 10/20 | 113,351.53 | 10/29 | 82,986.37 |
| 10/12 | 90,835.97 | 10/21 | 111,993.13 | | |

   IN CASE OF ERRORS OR QUESTIONS ABOUT ELECTRONIC TRANSFERS, PLEASE CALL TOLL
FREE 1-866-217-3305. You may write to Electronic Banking, 325 Maxey Drive,
Brandon, MS  39042.

11/1/21, 2:58 PM

Bacallao Granite and Marble

**Community Bank, Period Ending 10/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 11/01/2021

Reconciled by: Kimberly Hearn

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 88,030.54 |
| Checks and payments cleared (119) | -172,071.08 |
| Deposits and other credits cleared (27) | 167,026.91 |
| Statement ending balance | 82,986.37 |
| | |
| Uncleared transactions as of 10/31/2021 | 9,592.34 |
| Register balance as of 10/31/2021 | 92,578.71 |
| Cleared transactions after 10/31/2021 | 0.00 |
| Uncleared transactions after 10/31/2021 | 0.00 |
| Register balance as of 11/01/2021 | 92,578.71 |

**Details**

Checks and payments cleared (119)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/01/2021 | Expense | | Express Merchant | -83.92 |
| 10/01/2021 | Check | 2639 | Yoel Bacallao Jr. | -1,500.00 |
| 10/01/2021 | Check | 2643 | Jacqueline Pachoa | -800.00 |
| 10/04/2021 | Expense | | Ascentium Capital | -298.75 |
| 10/04/2021 | Expense | | Got Waste | -375.00 |
| 10/04/2021 | Expense | | Lowes | -97.65 |
| 10/04/2021 | Expense | | Google | -500.00 |
| 10/04/2021 | Check | 2652 | Lohan Moreira | -500.00 |
| 10/04/2021 | Check | 2635 | Burke Handling Systems | -759.37 |
| 10/04/2021 | Check | 2648 | Elite Counter Tops LLC | -1,500.00 |
| 10/04/2021 | Check | 2647 | Yoel Bacallao Jr. | -1,500.00 |
| 10/04/2021 | Check | 2646 | Yoel Bacallao Jr. | -1,000.00 |
| 10/04/2021 | Check | 2636 | Burke Handling Systems | -291.72 |
| 10/04/2021 | Check | 2649 | Justin Taylor | -800.00 |
| 10/05/2021 | Expense | | QuickBooks Payments | -6.57 |
| 10/05/2021 | Expense | | Contract Payment Lease | -4,621.88 |
| 10/05/2021 | Expense | | SBA | -731.00 |
| 10/05/2021 | Check | 2645 | Charlene Pina Garcia | -500.00 |
| 10/05/2021 | Check | 2653 | Bernabe H. Lopez | -1,200.00 |
| 10/05/2021 | Check | 2651 | Urbano Rodriquez | -800.00 |
| 10/05/2021 | Check | 2650 | Roberto C. Sanchez | -500.00 |
| 10/05/2021 | Check | 2657 | Yoel Bacallao Jr. | -3,114.55 |
| 10/06/2021 | Check | 2638 | Financial Pacific Leasing | -7,451.55 |
| 10/07/2021 | Expense | | QuickBooks Payments | -4.98 |
| 10/07/2021 | Expense | | Helix Professional Tool | -144.98 |
| 10/07/2021 | Check | 2637 | Omicron Granite | -55.00 |
| 10/07/2021 | Check | | Brad Sumrall | -3,000.00 |
| 10/07/2021 | Check | 5287 | | -4.00 |
| 10/08/2021 | Expense | | Lowes | -612.96 |
| 10/08/2021 | Expense | | On-Site Storage | -1,600.00 |
| 10/08/2021 | Check | 2667 | Jacqueline Pachoa | -800.00 |
| 10/08/2021 | Check | 2658 | Justin Taylor | -800.00 |
| 10/08/2021 | Check | 2660 | Charlene Pina Garcia | -700.00 |
| 10/08/2021 | Check | 2654 | Renasant Bank | -1,367.65 |
| 10/12/2021 | Expense | | Exxon | -18.14 |
| 10/12/2021 | Expense | | Freedom Life Insurance | -279.38 |
| 10/12/2021 | Expense | | Exxon | -100.00 |
| 10/12/2021 | Expense | | Vector Supply | -53.49 |
| 10/12/2021 | Expense | | CIT (formerly) Direct Capital | -2,834.68 |

1/4

11/1/21, 2:58 PM

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 10/12/2021 | Expense | | Community Bank | -50.00 |
| 10/12/2021 | Expense | | Banco Do Brasil | -21,295.68 |
| 10/12/2021 | Check | 2666 | Roberto Carlos | -800.00 |
| 10/12/2021 | Check | 2663 | Yoel Bacallao Jr. | -1,500.00 |
| 10/12/2021 | Check | 2661 | Elite Counter Tops LLC | -1,500.00 |
| 10/12/2021 | Check | 2662 | Yoel Bacallao Jr. | -1,000.00 |
| 10/12/2021 | Check | 2659 | Lohan Moreira | -120.00 |
| 10/12/2021 | Expense | | On-Site Storage | -1,600.00 |
| 10/13/2021 | Expense | | Costco | -160.05 |
| 10/13/2021 | Expense | | Google | -500.00 |
| 10/13/2021 | Expense | | Nationwide | -169.25 |
| 10/13/2021 | Check | 2655 | Insurance Finance Company | -2,014.24 |
| 10/13/2021 | Check | 2665 | Bernabe H. Lopez | -960.00 |
| 10/13/2021 | Check | 2664 | Urbano Rodriquez | -800.00 |
| 10/13/2021 | Expense | | Intuit QuickBooks | -80.00 |
| 10/14/2021 | Expense | | Tony's Tire | -972.66 |
| 10/14/2021 | Expense | | Water-Coffee | -113.23 |
| 10/15/2021 | Sales Tax Payment | | | -12,388.38 |
| 10/15/2021 | Expense | | QuickBooks Payments | -470.80 |
| 10/15/2021 | Expense | | Exxon | -100.00 |
| 10/15/2021 | Check | 2644 | The Radio People | -6,120.00 |
| 10/15/2021 | Check | 2677 | Jacqueline Pachoa | -800.00 |
| 10/15/2021 | Check | 2676 | Justin Taylor | -800.00 |
| 10/15/2021 | Expense | | Dennis Meek & Company, P.A. | -250.00 |
| 10/18/2021 | Expense | | Freedom Life Insurance | -1,393.17 |
| 10/18/2021 | Expense | | Liberty Mutual | -1,310.74 |
| 10/18/2021 | Check | 2682 | Charlene Pina Garcia | -100.00 |
| 10/18/2021 | Check | 2669 | Bernabe H. Lopez | -1,200.00 |
| 10/18/2021 | Check | 2673 | Yoel Bacallao Jr. | -1,500.00 |
| 10/18/2021 | Check | 2672 | Yoel Bacallao Jr. | -1,000.00 |
| 10/18/2021 | Check | 2675 | Charlene Pina Garcia | -500.00 |
| 10/19/2021 | Expense | | QuickBooks Payments | -47.92 |
| 10/19/2021 | Check | 2678 | Elite Counter Tops LLC | -1,500.00 |
| 10/19/2021 | Check | 2681 | Roberto C. Sanchez | -800.00 |
| 10/19/2021 | Expense | | Office Depot | -27.81 |
| 10/20/2021 | Expense | | Marathon Petro | -73.04 |
| 10/20/2021 | Check | 2641 | Deep South Equipment | -962.83 |
| 10/20/2021 | Expense | | Home Depot | -41.22 |
| 10/21/2021 | Expense | | QuickBooks Payments | -109.11 |
| 10/21/2021 | Expense | | Shell | -100.00 |
| 10/21/2021 | Expense | | Valvoline Instant Oil Change | -172.20 |
| 10/21/2021 | Expense | | Entergy | -857.19 |
| 10/21/2021 | Expense | | Atmos Energy | -70.71 |
| 10/21/2021 | Expense | | Entergy | -158.30 |
| 10/22/2021 | Expense | | QuickBooks Payments | -6.57 |
| 10/22/2021 | Expense | | Community Bank | -15.00 |
| 10/22/2021 | Expense | | Omicron Granite | -170.00 |
| 10/22/2021 | Check | 2688 | Jacqueline Pachoa | -800.00 |
| 10/22/2021 | Check | 2571 | Urbano Rodriquez | -1,500.00 |
| 10/22/2021 | Check | 2668 | Home Builders Association of ... | -600.00 |
| 10/22/2021 | Expense | | Contract Payment Lease | -2,967.04 |
| 10/22/2021 | Expense | | Cosmic Express Corp | -40,116.49 |
| 10/25/2021 | Expense | | Incredible BBQ | -18.53 |
| 10/25/2021 | Check | 2689 | Charlene Pina Garcia | -700.00 |
| 10/25/2021 | Check | 2685 | Elite Counter Tops LLC | -1,500.00 |
| 10/25/2021 | Check | 2683 | Justin Taylor | -800.00 |
| 10/25/2021 | Check | 2680 | Emmerson Patterson | -300.00 |
| 10/25/2021 | Expense | | Google | -500.00 |
| 10/25/2021 | Check | 2691 | Yoel Bacallao Jr. | -1,500.00 |
| 10/26/2021 | Check | 2686 | Urbano Rodriquez | -800.00 |
| 10/26/2021 | Expense | | QuickBooks Payments | -95.45 |
| 10/26/2021 | Expense | | Google | -9.99 |
| 10/26/2021 | Expense | | Mississippi Department of Em... | -3,304.65 |
| 10/26/2021 | Expense | | Financial Pacific Leasing | -1,490.31 |

11/1/21, 2:58 PM

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 10/26/2021 | Check | 2690 | Yoel Bacallao Jr. | -1,000.00 |
| 10/26/2021 | Check | 2687 | Bernabe H. Lopez | -1,200.00 |
| 10/26/2021 | Check | 2684 | Roberto C. Sanchez | -800.00 |
| 10/26/2021 | Check | 2679 | Fabstone | -66.16 |
| 10/27/2021 | Expense | | Sunpass Internet | -51.79 |
| 10/27/2021 | Expense | | Verizon | -453.76 |
| 10/27/2021 | Expense | | Mac's | -75.00 |
| 10/27/2021 | Expense | | Mac's | -100.00 |
| 10/27/2021 | Expense | | Raceway | -68.00 |
| 10/28/2021 | Expense | | Jus More Speed & Tires | -11.10 |
| 10/28/2021 | Check | 2692 | Elite Counter Tops LLC | -2,300.00 |
| 10/28/2021 | Expense | | Crystal Springs Hardware | -12.83 |
| 10/28/2021 | Expense | | Target | -88.37 |
| 10/29/2021 | Expense | | Community Bank | -49.99 |
| 10/29/2021 | Check | 2701 | Jacqueline Pachoa | -800.00 |
| 10/29/2021 | Expense | | Community Bank | -4.30 |

**Total**      **-172,071.08**

Deposits and other credits cleared (27)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 10/01/2021 | Deposit | | Property Addicts LLC | 3,908.14 |
| 10/01/2021 | Deposit | | | 4,830.67 |
| 10/04/2021 | Deposit | | | 28,261.39 |
| 10/05/2021 | Deposit | | Bill & Paula White | 185.83 |
| 10/06/2021 | Deposit | | | 2,953.31 |
| 10/06/2021 | Deposit | | | 9,677.21 |
| 10/07/2021 | Deposit | | Chris Fletcher | 139.05 |
| 10/07/2021 | Deposit | | | 6,529.13 |
| 10/08/2021 | Deposit | | | 15,493.60 |
| 10/13/2021 | Deposit | | | 11,947.47 |
| 10/13/2021 | Deposit | | Andrew Johnson | 1,500.00 |
| 10/14/2021 | Deposit | | | 3,915.79 |
| 10/14/2021 | Deposit | | | 11,451.48 |
| 10/15/2021 | Deposit | | Chad Thompkins | 13,839.57 |
| 10/18/2021 | Deposit | | | 250.00 |
| 10/18/2021 | Deposit | | | 13,116.49 |
| 10/19/2021 | Deposit | | Jessica McLaurin | 1,402.10 |
| 10/20/2021 | Deposit | | | 2,248.00 |
| 10/21/2021 | Deposit | | | 3,194.45 |
| 10/22/2021 | Deposit | | | 2,701.48 |
| 10/22/2021 | Deposit | | Bill & Paula White | 185.83 |
| 10/22/2021 | Deposit | | | 9,281.71 |
| 10/26/2021 | Deposit | | Jenni Corder | 2,800.00 |
| 10/26/2021 | Deposit | | | 1,920.36 |
| 10/27/2021 | Deposit | | | 4,451.33 |
| 10/28/2021 | Deposit | | MS International | 3,426.70 |
| 10/29/2021 | Deposit | | Kim Kosek | 7,415.82 |

**Total**      **167,026.91**

Additional Information

Uncleared checks and payments as of 10/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 10/29/2021 | Expense | | QuickBooks Payments | -99.38 |

**Total**      **-99.38**

Uncleared deposits and other credits as of 10/31/2021

11/1/21, 2:58 PM

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 04/12/2021 | Receive Payment | 1021 | Margo Himphill | 4,000.00 |
| 05/06/2021 | Receive Payment | | Ryan & Rebecca Johnson | 1,952.83 |
| 05/11/2021 | Receive Payment | 5294 | Lucky Dog Properties | 823.18 |
| 10/29/2021 | Deposit | | Dennis Cotton | 2,915.71 |
| Total | | | | 9,691.72 |

Uncleared deposits and other credits after 10/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 11/23/2021 | Expense | 2013 | Jacqueline Pachoa | 0.00 |
| 11/23/2021 | Expense | 2011 | Jenny Flores | 0.00 |
| Total | | | | 0.00 |