# UNITED STATES BANKRUPTCY COURT

## SOUTHERN   DISTRICT OF   MISSISSIPPI

In Re. BACALLAO GRANITE AND MARBLE LLC §
§
§
§

_____
Debtor(s)

Case No.  21-00807 _____

☐ Jointly Administered

# Monthly Operating Report                                  Chapter 11

Reporting Period Ended: 11/30/2021 _____     Petition Date: 05/08/2021 _____

Months Pending: 7                                Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:                 Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):                    0 _____

Debtor's Full-Time Employees (as of date of order for relief):    0 _____


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Yoel Bacallao (see attached signature) _____
Signature of Responsible Party

12/20/2021 _____
Date

Yoel Bacallao _____
Printed Name of Responsible Party

548 North State Street, Jackson, Mississippi 39206 _____
Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name BACALLAO GRANITE AND MARBLE LLC     Case No. 21-00807

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $99,278 | |
| b. Total receipts (net of transfers between accounts) | $150,675 | $0 |
| c. Total disbursements (net of transfers between accounts) | $129,941 | $0 |
| d. Cash balance end of month (a+b-c) | $120,013 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $129,941 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $50,874 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory    (Book ◉   Market ◯   Other ◯   (attach explanation)) | $269,420 | |
| d. Total current assets | $440,307 | |
| e. Total assets | $829,859 | |
| f. Postpetition payables (excluding taxes) | $11,223 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $11,223 | |
| k. Prepetition secured debt | $939,058 | |
| l. Prepetition priority debt | $2,911 | |
| m. Prepetition unsecured debt | $398,837 | |
| n. Total liabilities (debt) (j+k+l+m) | $1,352,029 | |
| o. Ending equity/net worth (e-n) | $-522,170 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $158,126 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $76,672 | |
| c. Gross profit (a-b) | $81,454 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $17,280 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $694 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $63,480 | $0 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name BACALLAO GRANITE AND MARBLE LLC          Case No. 21-00807

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ● No ○ | *only secured* |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ | *owner salary* |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● | |
| i. | Do you have:          Worker's compensation insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ● No ○ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ | |

Debtor's Name BACALLAO GRANITE AND MARBLE LLC                    Case No. 21-00807

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Yoel Bacallao (see attached signature)            Yoel Bacallao

Signature of Responsible Party                         Printed Name of Responsible Party

Manager/Member/100% owner                            12/20/2021

Title                                                  Date

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| Clear All Fields |
|---|
| Save |

In Re. BACALLAO GRANITE AND MARBLE LLC    §
§
§
§

Case No. 21-00807

_____
Debtor(s)

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2021

Petition Date: 05/08/2021

Months Pending: 7

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:      Accrual Basis ⦿      Cash Basis ○

Debtor's Full-Time Employees (current):      0

Debtor's Full-Time Employees (as of date of order for relief):      0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Yoel Bacallao (see attached signature)
Signature of Responsible Party

12/20/2021
Date

Yoel Bacallao
Printed Name of Responsible Party

548 North State Street, Jackson, Mississippi 39206
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)          1

Debtor's Name BACALLAO GRANITE AND MARBLE LLC | Save | Case No: 21-00807

l.   Are you current with quarterly U.S. Trustee fees as       Yes ○    No ○
     set forth under 28 U.S.C. § 1930?

| Part 8: Individual Chapter 11 Debtors (Only) |
|---|

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | _____ |
| b. | Gross income (receipts) from self-employment | _____ |
| c. | Gross income from all other sources | _____ |
| d. | Total income in the reporting period (a+b+c) | _____ |
| e. | Payroll deductions | _____ |
| f. | Self-employment related expenses | _____ |
| g. | Living expenses | _____ |
| h. | All other expenses | _____ |
| i. | Total expenses in the reporting period (e+f+g+h) | _____ |
| j. | Difference between total income and total expenses (d-i) | _____ |
| k. | List the total amount of all postpetition debts that are past due | _____ |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ○ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Yoel Bacallao (see attached signature)                   Yoel Bacallao
Signature of Responsible Party                               Printed Name of Responsible Party

Manager/Member/100% owner                                    12/20/2021
Title                                                        Date

| Save | | Generate PDF for Court Filing and Remove Watermark |

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**
**CASE NUMBER: 21-00807-NPO**

### COMPARATIVE BALANCE SHEET

| ASSETS: | | Filing Date 5/8/2021 | | Month Ended 11/30/2021 |
|---|---|---|---|---|
| CURRENT ASSETS | | | | |
| Cash | $ | 40,443 | $ | 120,013 |
| Accounts Receivable, Net | | 2,986 | | 50,874 |
| Inventory | | 275,000 | | 269,420 |
| TOTAL CURRENT ASSETS | $ | 318,429 | $ | 440,307 |
| | | | | |
| PROPERTY, PLANT & EQUIP | $ | 1,174,200 | $ | 1,188,218 |
| Less Accumulated Depreciation | | (804,659) | | (804,659) |
| NET PROPERTY, PLANT & EQUIP | $ | 369,541 | $ | 383,559 |
| | | | | |
| OTHER ASSETS | | | | |
| Deposits in transit | $ | 11,450 | $ | 5,993 |
| TOTAL OTHER ASSETS | $ | 11,450 | $ | 5,993 |
| | | | | |
| TOTAL ASSETS | $ | 699,421 | $ | 829,859 |

| LIABILITIES: | | | | |
|---|---|---|---|---|
| POST-PETITION LIABILITIES: | | | | |
| Other: | $ | - | $ | 11,223 |
| TOTAL POST-PETITION LIABILITIES | $ | - | $ | 11,223 |
| | | | | |
| PRE-PETITION LIABILITIES: | | | | |
| Notes payable-Secured | $ | 1,033,826 | $ | 939,058 |
| Priority Debt | | 2,911 | | 2,911 |
| Unsecured Debt (See Attached) | | 399,450 | | 398,837 |
| Payables | | 9,390 | | - |
| TOTAL PRE-PETITION LIABILITIES | $ | 1,445,578 | $ | 1,340,806 |
| | | | | |
| TOTAL LIABILITIES | $ | 1,445,578 | $ | 1,352,029 |

| EQUITY (DEFICIT) | | | | |
|---|---|---|---|---|
| SHAREHOLDER DISTRIBUTIONS | | (26,491) | | (56,089) |
| RETAINED EARNINGS (LOSS): | | | | |
| Retained Earnings (loss) | | (720,619) | | (720,619) |
| Unreconciled Difference in DIP MORs | | (89,616) | | (89,616) |
| Current Year Earnings | | 90,569 | | 344,154 |
| TOTAL EQUITY (NET WORTH) | $ | (746,157) | $ | (522,170) |
| | | | | |
| TOTAL LIABILITIES & EQUITY | $ | 699,421 | $ | 829,859 |

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**
**CASE NUMBER: 21-00807-NPO**

|                                 | Month Ended 11/30/2021 |
|---------------------------------|------------------------:|
| NET REVENUE                     | $  158,126             |
|                                 |                         |
| COST OF GOODS SOLD:             |                         |
| Material                        | $   38,647             |
| Labor                           | 36,600                  |
| Overhead                        | 1,426                   |
| TOTAL COST OF GOODS SOLD        | $   76,672             |
|                                 |                         |
| GROSS PROFIT                    | $   81,453             |
|                                 |                         |
| OPERATING EXPENSES:             |                         |
| General & Administrative        | 17,280                  |
| Other Operating Expenses        | -                       |
| TOTAL OPERATING EXPENSES        | $   17,280             |
|                                 |                         |
| INTEREST EXPENSE                | 694                     |
|                                 |                         |
| NET INCOME                      | $   63,480             |

**CASE NAME: BACALLAO GRANITE AND MARBLE LLC**
**CASE NUMBER: 21-00807-NPO**

**Comparative Balance Sheet**
**Prepetition Liabilities**
**Unsecured Debt**

| Debt Due To: | Amount |
|---|---|
| Dell Financial Services | 1,700 |
| IOU Financial | 90,470 |
| Kalamata Capital Group | 70,000 |
| MS International | 17,055 |
| Samson MCA | 70,632 |
| SBA Administration | 144,269 |
| IRS | 3,900 |
| MS Department of Revenue | 811 |
| **Total Unsecured Debt** | **$    398,837** |

# Bacallao Granite and Marble

### CASH RECEIPTS AND DISBURSEMENTS

#### November 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| **Community Bank** | | | | | | |
| Beginning Balance | | | | | | |
| 11/01/2021 | Check | 2693 | Yoel Bacallao Jr. | | | $1,000.00 |
| 11/01/2021 | Check | 2695 | Yoel Bacallao Jr. | Sub contractor | | $1,500.00 |
| 11/01/2021 | Check | 2696 | Justin Taylor | Sub contractor | | $800.00 |
| 11/01/2021 | Deposit | | | | $9,164.97 | |
| 11/01/2021 | Check | 2700 | Charlene Pina Garcia | | | $700.00 |
| 11/01/2021 | Journal Entry | HRK-KH | | Per Charlene payment was cashed and kept for office use for fuel and supplies | | $1,952.83 |
| 11/01/2021 | Deposit | | Kathy Moore | | $444.42 | |
| 11/01/2021 | Check | 2699 | Emmerson Patterson | | | $250.00 |
| 11/02/2021 | Check | 2697 | Bernabe H. Lopez | | | $1,200.00 |
| 11/02/2021 | Expense | | SBA | | | $731.00 |
| 11/02/2021 | Expense | | Express Merchant | | | $83.92 |
| 11/02/2021 | Expense | | Got Waste | | | $375.00 |
| 11/02/2021 | Expense | | Ascentium Capital | | | $298.75 |
| 11/03/2021 | Check | 2698 | Roberto C. Sanchez | Sub contractor | | $800.00 |
| 11/03/2021 | Deposit | | | | $9,132.01 | |
| 11/03/2021 | Expense | | Contract Payment Lease | | | $4,621.88 |
| 11/03/2021 | Expense | | BB Industries | | | $866.14 |
| 11/03/2021 | Expense | | Mac's | | | $130.00 |
| 11/03/2021 | Expense | | Kroger Fuel | | | $71.38 |
| 11/03/2021 | Expense | | Omicron Granite | | | $60.00 |
| 11/04/2021 | Deposit | | Tony Singh | | $3,500.00 | |
| 11/04/2021 | Expense | | Northern Tool | | | $49.66 |
| 11/04/2021 | Expense | | Office Depot | | | $64.79 |
| 11/04/2021 | Expense | | Revell Ace | | | $7.55 |
| 11/05/2021 | Check | 2708 | Diers | | | $800.00 |
| 11/05/2021 | Check | 2715 | Justin Taylor | Sub contractor | | $800.00 |
| 11/05/2021 | Check | 2718 | Jacqueline Pachea | | | $800.00 |
| 11/05/2021 | Expense | | US CBP | Customs Duty payments per client | | $2,493.02 |
| 11/05/2021 | Deposit | | Kathy Elliott | | $3,257.00 | |
| 11/05/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $127.85 |
| 11/05/2021 | Expense | | Comcast | | | $581.68 |
| 11/05/2021 | Deposit | | | System-recorded deposit for QuickBooks Payments | $3,745.60 | |
| 11/08/2021 | Check | 2702 | Insurance Finance Company | | | $2,014.24 |
| 11/08/2021 | Check | 2703 | Renasant Bank | Mortgage Payment | | $1,367.65 |
| 11/08/2021 | Check | 2711 | Yoel Bacallao Jr. | Car Payments for 2021 450 Ford, 2016 F450 & 2021 Mercedes Sprinter | | $3,104.55 |
| 11/08/2021 | Check | 2712 | Yoel Bacallao Jr. | sub contractor | | $1,000.00 |
| 11/08/2021 | Check | 2713 | Yoel Bacallao Jr. | sub contractor | | $1,500.00 |
| 11/08/2021 | Expense | | Helix Professional Tool | | | $655.20 |
| 11/08/2021 | Check | 2719 | Yuniesko Martinez | sub contractor | | $1,200.00 |
| 11/08/2021 | Deposit | | | | $8,473.66 | |
| 11/08/2021 | Expense | | Lowes | | | $69.08 |
| 11/08/2021 | Expense | | Lake Harbour V | | | $131.38 |
| 11/08/2021 | Check | 2717 | Charlene Pina Garcia | sub contractor | | $700.00 |
| 11/09/2021 | Check | 2714 | Roberto C. Sanchez | sub contractor | | $500.00 |
| 11/09/2021 | Check | 2716 | Bernabe H. Lopez | Sub contractor | | $1,200.00 |
| 11/09/2021 | Expense | | Community Bank | | | $15.00 |
| 11/09/2021 | Expense | | Google | | | $500.00 |
| 11/09/2021 | Deposit | | Adolfo Orozco | | $5,832.00 | |
| 11/10/2021 | Check | 2707 | Emmerson Patterson | | | $300.00 |
| 11/10/2021 | Deposit | | Jenni Corder | System-recorded deposit for QuickBooks Payments | $3,041.72 | |
| 11/10/2021 | Deposit | | David Dilmore | | $2,463.96 | |
| 11/10/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $103.67 |
| 11/10/2021 | Expense | | No Lift System | | | $300.77 |
| 11/10/2021 | Expense | | Lowes | | | $513.67 |
| 11/10/2021 | Expense | | CIT (formerly) Direct Capital | | | $2,834.68 |
| 11/10/2021 | Expense | | Cappy's | | | $73.00 |
| 11/10/2021 | Expense | | Mac's | | | $120.00 |
| 11/11/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: | | $47.92 |

## Bacallao Granite and Marble

CASH RECEIPTS AND DISBURSEMENTS

November 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| | | | | Daily. | | |
| 11/11/2021 | Deposit | | Jessica McLaurin | System-recorded deposit for QuickBooks Payments | $1,402.10 | |
| 11/12/2021 | Check | 2730 | Justin Taylor | sub contractor | | $800.00 |
| 11/12/2021 | Check | 2732 | Jaqueline Pacheco | | | $800.00 |
| 11/12/2021 | Deposit | | Lauren Lester | System-recorded deposit for QuickBooks Payments | $3,251.88 | |
| 11/12/2021 | Expense | | Water-Coffee | | | $133.41 |
| 11/12/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $110.81 |
| 11/12/2021 | Expense | | Freedom Life Insurance | | | $279.38 |
| 11/12/2021 | Deposit | | Office Depot | RETURN | $27.81 | |
| 11/15/2021 | Check | 2710 | Vertex Stone | | | $2,737.00 |
| 11/15/2021 | Expense | | Intuit QuickBooks | | | $80.00 |
| 11/15/2021 | Check | 2725 | Yoel Bacallao Jr. | sub contractor | | $1,000.00 |
| 11/15/2021 | Check | 2726 | Yoel Bacallao Jr. | sub contractor | | $1,500.00 |
| 11/15/2021 | Check | 2729 | Charlene Pina Garcia | sub contractor | | $700.00 |
| 11/15/2021 | Check | 2731 | Luis Y. Martinez | sub contractor | | $1,200.00 |
| 11/15/2021 | Deposit | | | | $12,485.01 | |
| 11/15/2021 | Deposit | | Debra Taylor | System-recorded deposit for QuickBooks Payments | $849.26 | |
| 11/15/2021 | Deposit | | | | $25,556.30 | |
| 11/15/2021 | Deposit | | | | $6,291.84 | |
| 11/15/2021 | Deposit | | | | $824.07 | |
| 11/15/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $29.12 |
| 11/15/2021 | Expense | | Chevron | | | $75.00 |
| 11/15/2021 | Expense | | Nationwide | | | $169.25 |
| 11/15/2021 | Expense | | Freedom Life Insurance | | | $279.38 |
| 11/15/2021 | Expense | | Financial Pacific Leasing | | | $1,490.31 |
| 11/15/2021 | Expense | | Mac's | | | $100.00 |
| 11/15/2021 | Expense | | BB Industries | | | $597.00 |
| 11/15/2021 | Expense | | BB Industries | | | $402.04 |
| 11/15/2021 | Expense | | Dennis Meek & Company, P.A. | | | $250.00 |
| 11/15/2021 | Check | 2724 | Emmerson Patterson | sub contractor | | $60.00 |
| 11/16/2021 | Check | 2722 | BL Imports | 438 Sinks | | $12,196.00 |
| 11/16/2021 | Check | 2727 | Roberto C. Sanchez | sub contractor | | $800.00 |
| 11/16/2021 | Expense | | Freedom Life Insurance | | | $1,393.17 |
| 11/16/2021 | Deposit | | | | $250.00 | |
| 11/16/2021 | Sales Tax Payment | | | October 2021 Sales Tax | | $12,133.74 |
| 11/16/2021 | Check | 2728 | Bernabe H. Lopez | sub contractor | | $1,200.00 |
| 11/17/2021 | Deposit | | Freedom Life Insurance | Refund | $279.38 | |
| 11/17/2021 | Deposit | | Jeff Salmons | | $5,611.19 | |
| 11/17/2021 | Expense | | Delta Airlines | | | $30.00 |
| 11/17/2021 | Expense | | Delta Airlines | Baggage fee | | $259.20 |
| 11/17/2021 | Deposit | | Sheri Albert | | $7,677.50 | |
| 11/18/2021 | Check | 2705 | Omicron Granite | | | $48.00 |
| 11/18/2021 | Check | 2720 | Omicron Granite | | | $80.00 |
| 11/18/2021 | Expense | | Banco Bradesco | | | $18,000.00 |
| 11/18/2021 | Expense | | Atmos Energy | | | $120.48 |
| 11/18/2021 | Expense | | Community Bank | | | $50.00 |
| 11/19/2021 | Check | 2721 | Deep South Equipment | Inv W24781 | | $1,124.83 |
| 11/19/2021 | Check | 2734 | Justin Taylor | Sub contractor | | $800.00 |
| 11/19/2021 | Check | 2739 | Jaqueline Pacheco | Sub contractors | | $800.00 |
| 11/19/2021 | Deposit | | | | $4,200.52 | |
| 11/22/2021 | Expense | | Google | | | $500.00 |
| 11/22/2021 | Expense | | Entergy | | | $172.35 |
| 11/22/2021 | Expense | | Entergy | | | $841.78 |
| 11/22/2021 | Expense | | Shell | | | $43.16 |
| 11/22/2021 | Expense | | Shell | | | $55.82 |
| 11/22/2021 | Expense | | Shell | | | $52.38 |
| 11/22/2021 | Check | 2742 | Charlene Pina Garcia | Sub contractor | | $700.00 |
| 11/22/2021 | Check | 2737 | Yoel Bacallao Jr. | Sub contractor | | $1,500.00 |
| 11/22/2021 | Expense | | Comcast | | | $320.37 |
| 11/22/2021 | Expense | | Flying J | | | $46.45 |
| 11/22/2021 | Check | 2738 | Luis Y. Martinez | Sub contractor | | $1,200.00 |

# Bacallao Granite and Marble

## CASH RECEIPTS AND DISBURSEMENTS

### November 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | DEBIT | CREDIT |
|------|------------------|-----|------|------------------|-------|--------|
| 11/23/2021 | Expense | 2011 | Jenny Flores | Voided | $0.00 | |
| 11/23/2021 | Expense | 2013 | Jacqueline Pachoa | Voided | $0.00 | |
| 11/23/2021 | Expense | | Contract Payment Lease | | | $2,967.04 |
| 11/23/2021 | Check | 2733 | Bernabe H. Lopez | Sub contractor | | $1,250.00 |
| 11/23/2021 | Check | 2736 | Emmerson Patterson | Sub contractor | | $240.00 |
| 11/23/2021 | Check | 2735 | Roberto C. Sanchez | Sub contractor | | $800.00 |
| 11/23/2021 | Deposit | | | | $12,468.60 | |
| 11/24/2021 | Deposit | | | | $4,985.41 | |
| 11/24/2021 | Expense | | Vista Print | | | $25.91 |
| 11/25/2021 | Deposit | | Deagan Spears | System-recorded deposit for QuickBooks Payments | $2,949.15 | |
| 11/25/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $100.52 |
| 11/26/2021 | Check | 2750 | Justin Taylor | sub-contractor | | $800.00 |
| 11/26/2021 | Expense | | Google | | | $9.99 |
| 11/26/2021 | Expense | | Chemisphere Corporation | | | $558.45 |
| 11/26/2021 | Check | 2751 | Jaqueline Pacheco | | | $800.00 |
| 11/26/2021 | Check | 2752 | Luis Y. Martinez | | | $1,200.00 |
| 11/26/2021 | Check | 2743 | Ferrell Gas | propone tank refill | | $594.43 |
| 11/26/2021 | Check | 2746 | Jenny Flores | | | $600.00 |
| 11/26/2021 | Check | 2748 | Yoel Bacallao Jr. | | | $1,500.00 |
| 11/29/2021 | Deposit | | | | $9,965.07 | |
| 11/29/2021 | Expense | | BB Industries | | | $66.88 |
| 11/29/2021 | Expense | | BB Industries | | | $208.86 |
| 11/29/2021 | Check | 2744 | Ferrell Gas | certification | | $115.00 |
| 11/29/2021 | Check | 2745 | Charlene Pina Garcia | sub contractor | | $700.00 |
| 11/29/2021 | Check | 2747 | Roberto C. Sanchez | sub contractor | | $800.00 |
| 11/29/2021 | Deposit | | Melissa Laseter | System-recorded deposit for QuickBooks Payments | $1,979.42 | |
| 11/29/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $67.55 |
| 11/29/2021 | Check | 2753 | Pedro J. Betancourt Diaz | sub contractor | | $600.00 |
| 11/30/2021 | Expense | | Community Bank | | | $49.99 |
| 11/30/2021 | Expense | | Community Bank | | | $3.70 |
| 11/30/2021 | Expense | | Liberty Mutual | | | $4,295.10 |
| 11/30/2021 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | | $19.73 |
| 11/30/2021 | Expense | | Verizon | | | $890.66 |
| 11/30/2021 | Journal Entry | HRK-KH | | Reclassify 4/2021 Customer payment-Margo Himphill payment that was deposited into owner's personal account | | $4,000.00 |
| 11/30/2021 | Deposit | | | System-recorded deposit for QuickBooks Payments | $565.35 | |
| **Total for Community Bank** | | | | | **$150,675.20** | **$129,940.50** |
| **TOTAL** | | | | | **$150,675.20** | **$129,940.50** |

```
                                    Date 11/30/21          Page     1
                                    Primary Account   @XXXXXXXXXX@9283



     Bacallao Granite & Marble, LLC
     Debtor in Possession
     Case No. 21-00807
     348 Lakeview Road
     Ridgeland MS 39157-1103




          * * *  SUMMARY OF ACTIVITY DURING STATEMENT PERIOD * * *

Community Business Checking        Number of Enclosures              69
Account Number     @XXXXXXXXXX@9283 Statement Dates  11/01/21 thru 11/30/21
Previous Balance          82,986.37 Days in the statement period     30
   29 Deposits/Credits   153,025.56 Average Ledger           103,850.49
  119 Checks/Debits      124,063.62 Average Collected         99,097.71
Total Service Charges          3.70
Interest Paid                   .00
Current Balance          111,944.61


-------------------------------------------------------------------------

Total Service Charge Breakdown

     Item Charges in Service Charge            3.70

-------------------------------------------------------------------------

Activity in Date Order
Date  Description                           Amount
11/01     INTUIT 64168915 DEPOSIT           2,915.71 CR
          *CCD* TR#021000027357830
          524771995092011   21/11/01
          CO ID:9215986202
11/01     "My Deposit" Deposit              9,164.97 CR
11/01     Regular Deposit                     444.42 CR
11/01     INTUIT 09290085 TRAN FEE             99.38-
          *CCD* TR#021000027202420
          524771995092011   21/11/01
          CO ID:9215986202
11/02     DBT CRD 1741 11/01/21 DBT42N1J      375.00-
          GOT WASTE
          JACKSON     MS C#3608
11/02     EPX FE 031366372MERCH SETL           83.92-
          *CCD* TR#031101114491301
```

```
                                      Date 11/30/21              Page     2
                                      Primary Account   @XXXXXXXXXX@9283
```

Community Business Checking      @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
Date  Description                                       Amount

| Date | Description | Amount |
|---|---|---|
| | 3130031366372        21/11/02 | |
| | CO ID:1141901461 | |
| 11/02 | AscentiumCapitalLEASECHG | 298.75- |
| | *CCD* TR#021000021583386 | |
| | 83751               21/11/02 | |
| | CO ID:9176794002 | |
| 11/02 | SBA LOAN        PAYMENT | 731.00- |
| | *CCD* TR#041036040931886 | |
| | 0000               21/11/02 | |
| | CO ID:7300000104 | |
| 11/03 | "My Deposit" Deposit | 9,132.01 CR |
| 11/03 | POS DEB 1758 11/02/21 17500036 | 71.38- |
| | KROGER FU 214 | |
| | KROGER FU 214 HOY | |
| | MADISON       MS C#3608 | |
| 11/03 | DBT CRD 1631 11/01/21 DBJXRK4U | 60.00- |
| | OMICRON SUPPLIES NEW O | |
| | HARAHAN        LA C#3608 | |
| 11/03 | DBT CRD 0914 11/01/21 DBPRKKHW | 130.00- |
| | MACS GAS | |
| | RIDGELAND      MS C#3608 | |
| 11/03 | DBT CRD 0759 11/02/21 DBB1L7OG | 866.14- |
| | BB INDUSTRIES | |
| | 8005754401     TN C#3608 | |
| 11/03 | CONTRACTPAYMENTVLEASE PYMT | 4,621.88- |
| | *CCD* TR#125108270009180 | |
| | CT-BUND40261752   21/11/03 | |
| | CO ID:4912122680 | |
| 11/04 | "My Deposit" Deposit | 3,500.00 CR |
| 11/04 | POS DEB 1045 11/04/21 10404940 | 64.79- |
| | OFFICE DE 4950 | |
| | OFFICE DE 4950 I-5 | |
| | JACKSON       MS C#3608 | |
| 11/04 | DBT CRD 1220 11/03/21 DBOHIMG7 | 7.55- |
| | REVELL ACE NORTH JACKS | |
| | JACKSON       MS C#3608 | |
| 11/04 | DBT CRD 0925 11/03/21 DBM1DKIT | 49.66- |
| | NORTHERN TOOL + EQUIP | |
| | JACKSON       MS C#3608 | |
| 11/05 | "My Deposit" Deposit | 3,257.00 CR |
| 11/05 | DBT CRD 0914 11/05/21 DBWUL8OW | 581.68- |
| | COMCAST | |
| | 800-266-2278   GA C#3608 | |
| 11/05 | US CBP        PAYMENT | 2,493.02- |
| | *CCD* TR#041036041457528 | |
| | 0000               21/11/05 | |
| | CO ID:7005009701 | |
| 11/08 | INTUIT 09825675 DEPOSIT | 3,745.60 CR |
| | *CCD* TR#021000029685509 | |
| | 524771995092011   21/11/08 | |
| | CO ID:9215986202 | |
| 11/08 | "My Deposit" Deposit | 8,473.66 CR |

```
                                        Date 11/30/21          Page    3
                                        Primary Account   @XXXXXXXXXX@9283


Community Business Checking        @XXXXXXXXXX@9283    (Continued)

Activity in Date Order
Date  Description                              Amount
11/08     POS DEB 1001 11/08/21 10205035          69.08-
          LOWE S #2622
          910 EAST COUNTY LI
          RIDGELAND      MS C#3608
11/08     POS DEB 1931 11/07/21 20635600         131.38-
          LAKE HARBOUR V
          7000 OLD CANTON RD
          RIDGELAND      MS C#3608
11/08     DBT CRD 1653 11/04/21 DBZXNQSX         655.20-
          HELIX PROFESSIONAL TOO
          MLEVY DIAMOND IL C#3608
11/08     INTUIT 57124655 TRAN FEE               127.85-
          *CCD* TR#021000029851033
          524771995092011    21/11/08
          CO ID:9215986202
11/09     Wire Transfer Credit                 5,832.00 CR
          LAS VEGAS DRAGON HOTEL, LLC
          102 HIGHLAND CROWN RD
          LAS VEGAS NV 89141-6115 US
          OLIVE TREE HOTEL ESTIMATE
          20211109B1QGC05C004804
          20211109MMQFMP0L000012
          11091100FT03
11/09     Wire Transfer Fee                       15.00-
11/09     GOOGLE       ADWORDS:35                500.00-
          *WEB-R  * TR#091000014368660
          21/11/09
          CK#US003IYWN1     D:F770493581
11/10     "My Deposit" Deposit                 2,463.96 CR
11/10     POS DEB 0958 11/10/21 09240439         513.67-
          LOWE S #2622
          910 EAST COUNTY LI
          RIDGELAND      MS C#3608
11/10     DBT CRD 1524 11/08/21 DBOMTKC7          73.00-
          CAPPY S 9
          RIDGELAND      MS C#3608
11/10     DBT CRD 0908 11/08/21 DBVXY3NU         120.00-
          MACS GAS
          RIDGELAND      MS C#3608
11/10     DBT CRD 1652 11/09/21 DBLTDSK2         300.77-
          NO LIFT SYSTEM
          ESTACADA      OR C#3608
11/10     Direct Capital  EDI PYMNTS           2,834.68-
          *CCD* TR#091000012024182
          097-0077663-000    21/11/10
          CO ID:1020468001
11/12     INTUIT 40063455 DEPOSIT              1,402.10 CR
          *CCD* TR#021000028010008
          524771995092011    21/11/12
          CO ID:9215986202
11/12     INTUIT 36585635 DEPOSIT              3,041.72 CR
          *CCD* TR#021000022725740
```

Community Business Checking      @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
Date  Description                                      Amount
            524771995092011   21/11/12
            CO ID:9215986202
11/12   POS CRE 0000 11/10/21 01569111                  27.81 CR
        OFFICE DEPOT #1079
        800-463-3768  TX C#3608
11/12   "My Deposit" Deposit                         12,485.01 CR
11/12   DBT CRD 1907 11/10/21 DBP8TPDI                 133.41-
        WATER - COFFEE DELIVER
        ATLANTA        GA C#3608
11/12   INTUIT 87711855 TRAN FEE                        47.92-
        *CCD* TR#021000028128108
        524771995092011   21/11/12
        CO ID:9215986202
11/12   INTUIT 84047615 TRAN FEE                       103.67-
        *CCD* TR#021000022884792
        524771995092011   21/11/12
        CO ID:9215986202
11/12   FREEDOM LIFE INSINS. PREM                      279.38-
        *PPD* TR#041001035686333
        21/11/12
        CO ID:1611096685
11/15   INTUIT 48110945 DEPOSIT                      3,251.88 CR
        *CCD* TR#021000026479676
        524771995092011   21/11/15
        CO ID:9215986202
11/15   "My Deposit" Deposit                          6,291.84 CR
11/15   "My Deposit" Deposit                         25,556.30 CR
11/15   DBT CRD 1032 11/12/21 DBKZLDPZ                  75.00-
        CHEVRON 0206253
        RIDGELAND    MS C#3608
11/15   DBT CRD 0922 11/11/21 DBEHETI0                 100.00-
        MACS GAS
        RIDGELAND    MS C#3608
11/15   DBT CRD 0928 11/11/21 DBAFZFXL                 402.04-
        BB INDUSTRIES
        8005754401    TN C#3608
11/15   DBT CRD 0927 11/11/21 DBRZEVIF                 597.00-
        BB INDUSTRIES
        8005754401    TN C#3608
11/15   18004INTUIT      QuickBooks                     80.00-
        *CCD* TR#021000020163670
        7159599          21/11/15
        CO ID:0000756346
11/15   INTUIT 95574385 TRAN FEE                       110.81-
        *CCD* TR#021000026632714
        524771995092011   21/11/15
        CO ID:9215986202
11/15   NATIONWIDE       EDI PYMNTS                    169.25-
        *PPD* TR#091000016872376
        21/11/15
        CO ID:1314177102

```
                                        Date 11/30/21           Page    5
                                        Primary Account    @XXXXXXXXXX@9283

Community Business Checking      @XXXXXXXXXX@9283   (Continued)

Activity in Date Order
Date  Description                                      Amount
11/15      DENNIS MEEK & CODM AND CO                  250.00-
           *CCD* TR#084202260002500
                           21/11/15
           CO ID:0640936634
11/15      FREEDOM LIFE INSINS. PREM                  279.38-
           *PPD* TR#041001036463633
           21/11/15
           CO ID:1611096685
11/15      Financial PacifiLEASE PYMT               1,490.31-
           *CCD* TR#123205056810620
           015-1302822-301   21/11/15
           CO ID:9118771358
11/16      INTUIT 59843665 DEPOSIT                    849.26 CR
           *CCD* TR#021000029388220
           524771995092011   21/11/16
           CO ID:9215986202
11/16      "My Deposit" Deposit                       824.07 CR
11/16      Stop Payment Returned Item                 250.00
                           21/11/15
           CO ID:0640936634
11/16      INTUIT 07686655 TRAN FEE                    29.12-
           *CCD* TR#021000029229416
           524771995092011   21/11/16
           CO ID:9215986202
11/16      FREEDOM LIFE INSINS. PREM                1,393.17-
           *PPD* TR#041001035769199
           21/11/16
           CO ID:1611096685
11/17      FREEDOM LIFE INSREVERSAL                   279.38 CR
           *PPD* TR#041001030026377
           21/11/17
           CO ID:1611096685
11/17      "My Deposit" Deposit                     5,611.19 CR
11/17      "My Deposit" Deposit                     7,677.50 CR
11/17      DBT CRD 1408 11/16/21 DBZL15OS              30.00-
           DELTA     0064222806311
           JACKSON       MS C#3608
11/17      DBT CRD 1407 11/16/21 DBXLO220             259.20-
           DELTA     0062142890737
           JACKSON       MS C#3608
11/17      MSDEPTOFREVENUE TAXPAYMENT              12,133.74-
           *CCD* TR#062000012166550
           M1671483520       21/11/17
           CO ID:1646000832
11/18      Wire Transfer Fee                           50.00-
11/18      Wire Transfer Debit                     18,000.00-
           BANCO BRADESCO S/A
           063116737
           BBDEBRSPSPO
           SAO PAULO BRANCH
           ACCOUNT 6550921296
```

```
                                        Date 11/30/21            Page    6
                                        Primary Account  @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283  (Continued)

Activity in Date Order
Date  Description                                    Amount
```
            SOUTH STATE BK NA
            WINTER HAVEN              FL
            L. SAMMARCO COMERCIO
            REPRESENTACAO DE MARMORES
            E GRANITOS LTDA, 1948-3
            AGENCY 0533 GRANITE INVOICE
            20211118MMQFMP0L000000
11/18   ATMOS ENERGY RCRUTIL PYMT                   120.48-
            *WEB-R  *  TR#111300959292102
            21/11/18
            CK#004024800419   D:9000000091
11/19   "My Deposit" Deposit                      4,200.52 CR
11/22   DBT CRD 0026 11/20/21 DB1I26IN              320.37-
            COMCAST
            800-266-2278  GA C#3608
11/22   POS DEB 1557 11/21/21 29454040               43.16-
            SHELL SERVICE
            SHELL SERVICE S
            OCOEE          FL C#3608
11/22   POS DEB 1956 11/21/21 36687100               46.45-
            FLYING J #623
            32670 BLUE STAR HW
            QUINCY         FL C#3608
11/22   POS DEB 2228 11/21/21 35493348               52.38-
            SHELL SERVICE
            SHELL SERVICE S
            SEMMES         AL C#3608
11/22   POS DEB 1130 11/21/21 12582103               55.82-
            SHELL SERVICE
            SHELL SERVICE S
            POMPANO BEACH FL C#3608
11/22   ENTERGY MISSISSIBANK DRAFT                  172.35-
            *PPD* TR#021000027102714
            21/11/22
            CO ID:1640205830
11/22   GOOGLE           ADWORDS:35                 500.00-
            *WEB-R  *  TR#091000013834137
            21/11/22
            CK#US003J5DRF       D:F770493581
11/22   ENTERGY MISSISSIBANK DRAFT                  841.78-
            *PPD* TR#021000027103016
            21/11/22
            CO ID:1640205830
11/23   "My Deposit" Deposit                     12,468.60 CR
11/23   CONTRACTPAYMENTVLEASE PYMT                2,967.04-
            *CCD* TR#125108270010652
            CT-BUND40306539     21/11/23
            CO ID:4912122680
11/24   "My Deposit" Deposit                      4,985.41 CR
11/24   DBT CRD 1637 11/23/21 DBV87TMM               25.91-
            VISTAPR*VISTAPRINT.COM
```

```
                                        Date 11/30/21          Page      7
                                        Primary Account   @XXXXXXXXXX@9283
```

Community Business Checking        @XXXXXXXXXX@9283    (Continued)

Activity in Date Order

| Date | Description | Amount |
|---|---|---|
| | 866-8936743    MA C#3608 | |
| 11/26 | INTUIT 05831055 DEPOSIT | 2,949.15 CR |
| | *CCD* TR#021000023381384 | |
| | 524771995092011    21/11/26 | |
| | CO ID:9215986202 | |
| 11/26 | POS DEB 0827 11/25/21 08187605 | 9.99- |
| | GOOGLE *Google | |
| | GOOGLE *Google Sto | |
| | Mountain View CA C#3608 | |
| 11/26 | DBT CRD 0930 11/23/21 DBC1I5YP | 558.45- |
| | CHEMISPHERE CORPORATIO | |
| | TEL3146441300 MO C#3608 | |
| 11/26 | INTUIT 53886075 TRAN FEE | 100.52- |
| | *CCD* TR#021000023532890 | |
| | 524771995092011    21/11/26 | |
| | CO ID:9215986202 | |
| 11/29 | "My Deposit" Deposit | 9,965.07 CR |
| 11/29 | DBT CRD 1300 11/24/21 DBHITKCN | 66.88- |
| | BB INDUSTRIES | |
| | 8005754401    TN C#3608 | |
| 11/29 | DBT CRD 1437 11/24/21 DBH8DWTK | 208.86- |
| | BB INDUSTRIES | |
| | 8005754401    TN C#3608 | |
| 11/30 | INTUIT 24168175 DEPOSIT | 1,979.42 CR |
| | *CCD* TR#021000026434722 | |
| | 524771995092011    21/11/30 | |
| | CO ID:9215986202 | |
| 11/30 | Merchant Capture Fee $49.99 | 49.99- |
| 11/30 | INTUIT 72639925 TRAN FEE | 67.55- |
| | *CCD* TR#021000026584074 | |
| | 524771995092011    21/11/30 | |
| | CO ID:9215986202 | |
| 11/30 | VERIZON WIRELESSPAYMENTS | 890.66- |
| | *PPD* TR#021000021426156 | |
| | 21/11/30 | |
| | CO ID:1223344794 | |
| 11/30 | LIBERTY MUTUAL   702911090 | 4,295.10- |
| | *CCD* TR#021000020116096 | |
| | 0729237          21/11/30 | |
| | CO ID:0000061050 | |
| 11/30 | Service Charge | 3.70- |

------------------------------------------------------------------------------

CHECKS IN CHECK NO. ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 11/01 | 2693 | 1,000.00 | 11/01 | 2699 | 250.00 |
| 11/01 | 2695* | 1,500.00 | 11/01 | 2700 | 700.00 |
| 11/01 | 2696 | 800.00 | 11/08 | 2702* | 2,014.24 |
| 11/02 | 2697 | 1,200.00 | 11/08 | 2703 | 1,367.65 |
| 11/03 | 2698 | 800.00 | 11/18 | 2705* | 48.00 |

* Denotes missing check numbers

Date 11/30/21          Page     8
Primary Account   @XXXXXXXXXX@9283

Community Business Checking      @XXXXXXXXXX@9283   (Continued)

CHECKS IN CHECK NO. ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 11/10 | 2707* | 300.00 | 11/12 | 2730 | 800.00 |
| 11/05 | 2708 | 800.00 | 11/15 | 2731 | 1,200.00 |
| 11/15 | 2710* | 2,737.00 | 11/12 | 2732 | 800.00 |
| 11/08 | 2711 | 3,104.55 | 11/23 | 2733 | 1,250.00 |
| 11/08 | 2712 | 1,000.00 | 11/19 | 2734 | 800.00 |
| 11/08 | 2713 | 1,500.00 | 11/23 | 2735 | 800.00 |
| 11/09 | 2714 | 500.00 | 11/23 | 2736 | 240.00 |
| 11/05 | 2715 | 800.00 | 11/22 | 2737 | 1,500.00 |
| 11/09 | 2716 | 1,200.00 | 11/22 | 2738 | 1,200.00 |
| 11/08 | 2717 | 700.00 | 11/19 | 2739 | 800.00 |
| 11/05 | 2718 | 800.00 | 11/22 | 2742* | 700.00 |
| 11/08 | 2719 | 1,200.00 | 11/26 | 2743 | 594.43 |
| 11/18 | 2720 | 80.00 | 11/29 | 2744 | 115.00 |
| 11/19 | 2721 | 1,124.83 | 11/29 | 2745 | 700.00 |
| 11/16 | 2722 | 12,196.00 | 11/26 | 2746 | 600.00 |
| 11/15 | 2724* | 60.00 | 11/29 | 2747 | 800.00 |
| 11/15 | 2725 | 1,000.00 | 11/26 | 2748 | 1,500.00 |
| 11/15 | 2726 | 1,500.00 | 11/26 | 2750* | 800.00 |
| 11/16 | 2727 | 800.00 | 11/26 | 2751 | 800.00 |
| 11/16 | 2728 | 1,200.00 | 11/26 | 2752 | 1,200.00 |
| 11/15 | 2729 | 700.00 | 11/29 | 2753 | 600.00 |

* Denotes missing check numbers

-------------------------------------------------------------------------------

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 91,162.09 | 11/10 | 94,504.48 | 11/22 | 98,841.04 |
| 11/02 | 88,473.42 | 11/12 | 109,296.74 | 11/23 | 106,052.60 |
| 11/03 | 91,056.03 | 11/15 | 133,645.97 | 11/24 | 111,012.10 |
| 11/04 | 94,434.03 | 11/16 | 119,951.01 | 11/26 | 107,797.86 |
| 11/05 | 92,216.33 | 11/17 | 121,096.14 | 11/29 | 115,272.19 |
| 11/08 | 92,565.64 | 11/18 | 102,797.66 | 11/30 | 111,944.61 |
| 11/09 | 96,182.64 | 11/19 | 104,273.35 | | |

    IN CASE OF ERRORS OR QUESTIONS ABOUT ELECTRONIC TRANSFERS, PLEASE CALL TOLL
FREE 1-866-217-3305. You may write to Electronic Banking, 325 Maxey Drive,
Brandon, MS  39042.

Bacallao Granite and Marble

**Community Bank, Period Ending 11/30/2021**

**RECONCILIATION REPORT**

Reconciled on: 12/02/2021

Reconciled by: Kimberly Hearn

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                    USD

Statement beginning balance ......................................................................................................... 82,986.37
Checks and payments cleared (122) ............................................................................................. -130,020.15
Deposits and other credits cleared (33) .......................................................................................... 158,978.39
Statement ending balance ............................................................................................................ 111,944.61

Uncleared transactions as of 11/30/2021 ....................................................................................... 1,368.80
Register balance as of 11/30/2021 ................................................................................................. 113,313.41
Cleared transactions after 11/30/2021 ........................................................................................... 0.00
Uncleared transactions after 11/30/2021 ....................................................................................... 6,240.78
Register balance as of 12/02/2021 ................................................................................................. 119,554.19

**Details**

Checks and payments cleared (122)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 10/29/2021 | Expense | | QuickBooks Payments | -99.38 |
| 11/01/2021 | Check | 2695 | Yoel Bacallao Jr. | -1,500.00 |
| 11/01/2021 | Check | 2696 | Justin Taylor | -800.00 |
| 11/01/2021 | Check | 2700 | Charlene Pina Garcia | -700.00 |
| 11/01/2021 | Check | 2693 | Yoel Bacallao Jr. | -1,000.00 |
| 11/01/2021 | Check | 2699 | Emmerson Patterson | -250.00 |
| 11/01/2021 | Journal | HRK-KH | | -1,952.83 |
| 11/02/2021 | Expense | | Got Waste | -375.00 |
| 11/02/2021 | Expense | | Ascentium Capital | -298.75 |
| 11/02/2021 | Expense | | SBA | -731.00 |
| 11/02/2021 | Expense | | Express Merchant | -83.92 |
| 11/02/2021 | Check | 2697 | Bernabe H. Lopez | -1,200.00 |
| 11/03/2021 | Expense | | Contract Payment Lease | -4,621.88 |
| 11/03/2021 | Expense | | Omicron Granite | -60.00 |
| 11/03/2021 | Expense | | Mac's | -130.00 |
| 11/03/2021 | Expense | | Kroger Fuel | -71.38 |
| 11/03/2021 | Expense | | BB Industries | -866.14 |
| 11/03/2021 | Check | 2698 | Roberto C. Sanchez | -800.00 |
| 11/04/2021 | Expense | | Revell Ace | -7.55 |
| 11/04/2021 | Expense | | Office Depot | -64.79 |
| 11/04/2021 | Expense | | Northern Tool | -49.66 |
| 11/05/2021 | Check | 2708 | Diers | -800.00 |
| 11/05/2021 | Check | 2715 | Justin Taylor | -800.00 |
| 11/05/2021 | Check | 2718 | Jacqueline Pachoa | -800.00 |
| 11/05/2021 | Expense | | Comcast | -581.68 |
| 11/05/2021 | Expense | | QuickBooks Payments | -127.85 |
| 11/05/2021 | Expense | | US CBP | -2,493.02 |
| 11/08/2021 | Expense | | Helix Professional Tool | -655.20 |
| 11/08/2021 | Expense | | Lake Harbour V | -131.38 |
| 11/08/2021 | Expense | | Lowes | -69.08 |
| 11/08/2021 | Check | 2719 | Yuniesko Martinez | -1,200.00 |
| 11/08/2021 | Check | 2702 | Insurance Finance Company | -2,014.24 |
| 11/08/2021 | Check | 2713 | Yoel Bacallao Jr. | -1,500.00 |
| 11/08/2021 | Check | 2712 | Yoel Bacallao Jr. | -1,000.00 |
| 11/08/2021 | Check | 2711 | Yoel Bacallao Jr. | -3,104.55 |
| 11/08/2021 | Check | 2703 | Renasant Bank | -1,367.65 |
| 11/08/2021 | Check | 2717 | Charlene Pina Garcia | -700.00 |
| 11/09/2021 | Check | 2716 | Bernabe H. Lopez | -1,200.00 |
| 11/09/2021 | Expense | | Community Bank | -15.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 11/09/2021 | Expense | | Google | -500.00 |
| 11/09/2021 | Check | 2714 | Roberto C. Sanchez | -500.00 |
| 11/10/2021 | Expense | | QuickBooks Payments | -103.67 |
| 11/10/2021 | Expense | | Mac's | -120.00 |
| 11/10/2021 | Expense | | Lowes | -513.67 |
| 11/10/2021 | Expense | | CIT (formerly) Direct Capital | -2,834.68 |
| 11/10/2021 | Expense | | Cappy's | -73.00 |
| 11/10/2021 | Expense | | No Lift System | -300.77 |
| 11/10/2021 | Check | 2707 | Emmerson Patterson | -300.00 |
| 11/11/2021 | Expense | | QuickBooks Payments | -47.92 |
| 11/12/2021 | Expense | | QuickBooks Payments | -110.81 |
| 11/12/2021 | Expense | | Freedom Life Insurance | -279.38 |
| 11/12/2021 | Expense | | Water-Coffee | -133.41 |
| 11/12/2021 | Check | 2730 | Justin Taylor | -800.00 |
| 11/12/2021 | Check | 2732 | Jaqueline Pacheco | -800.00 |
| 11/15/2021 | Check | 2724 | Emmerson Patterson | -60.00 |
| 11/15/2021 | Expense | | BB Industries | -597.00 |
| 11/15/2021 | Expense | | BB Industries | -402.04 |
| 11/15/2021 | Check | 2710 | Vertex Stone | -2,737.00 |
| 11/15/2021 | Expense | | Dennis Meek & Company, P.A. | -250.00 |
| 11/15/2021 | Expense | | Intuit QuickBooks | -80.00 |
| 11/15/2021 | Expense | | QuickBooks Payments | -29.12 |
| 11/15/2021 | Expense | | Chevron | -75.00 |
| 11/15/2021 | Expense | | Nationwide | -169.25 |
| 11/15/2021 | Expense | | Freedom Life Insurance | -279.38 |
| 11/15/2021 | Expense | | Financial Pacific Leasing | -1,490.31 |
| 11/15/2021 | Expense | | Mac's | -100.00 |
| 11/15/2021 | Check | 2731 | Luis Y. Martinez | -1,200.00 |
| 11/15/2021 | Check | 2729 | Charlene Pina Garcia | -700.00 |
| 11/15/2021 | Check | 2726 | Yoel Bacallao Jr. | -1,500.00 |
| 11/15/2021 | Check | 2725 | Yoel Bacallao Jr. | -1,000.00 |
| 11/16/2021 | Expense | | Freedom Life Insurance | -1,393.17 |
| 11/16/2021 | Check | 2728 | Bernabe H. Lopez | -1,200.00 |
| 11/16/2021 | Sales Tax Payment | | | -12,133.74 |
| 11/16/2021 | Check | 2722 | BL Imports | -12,196.00 |
| 11/16/2021 | Check | 2727 | Roberto C. Sanchez | -800.00 |
| 11/17/2021 | Expense | | Delta Airlines | -30.00 |
| 11/17/2021 | Expense | | Delta Airlines | -259.20 |
| 11/18/2021 | Expense | | Community Bank | -50.00 |
| 11/18/2021 | Expense | | Banco Bradesco | -18,000.00 |
| 11/18/2021 | Expense | | Atmos Energy | -120.48 |
| 11/18/2021 | Check | 2720 | Omicron Granite | -80.00 |
| 11/18/2021 | Check | 2705 | Omicron Granite | -48.00 |
| 11/19/2021 | Check | 2734 | Justin Taylor | -800.00 |
| 11/19/2021 | Check | 2721 | Deep South Equipment | -1,124.83 |
| 11/19/2021 | Check | 2739 | Jaqueline Pacheco | -800.00 |
| 11/22/2021 | Check | 2738 | Luis Y. Martinez | -1,200.00 |
| 11/22/2021 | Check | 2742 | Charlene Pina Garcia | -700.00 |
| 11/22/2021 | Expense | | Comcast | -320.37 |
| 11/22/2021 | Expense | | Flying J | -46.45 |
| 11/22/2021 | Expense | | Shell | -52.38 |
| 11/22/2021 | Expense | | Shell | -55.82 |
| 11/22/2021 | Expense | | Shell | -43.16 |
| 11/22/2021 | Expense | | Entergy | -641.76 |
| 11/22/2021 | Expense | | Entergy | -172.35 |
| 11/22/2021 | Expense | | Google | -500.00 |
| 11/22/2021 | Check | 2737 | Yoel Bacallao Jr. | -1,500.00 |
| 11/23/2021 | Check | 2733 | Bernabe H. Lopez | -1,250.00 |
| 11/23/2021 | Check | 2735 | Roberto C. Sanchez | -800.00 |
| 11/23/2021 | Check | 2736 | Emmerson Patterson | -240.00 |
| 11/23/2021 | Expense | | Contract Payment Lease | -2,967.04 |
| 11/24/2021 | Expense | | Vista Print | -25.91 |
| 11/25/2021 | Expense | | QuickBooks Payments | -100.52 |
| 11/26/2021 | Check | 2750 | Justin Taylor | -800.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/26/2021 | Check | 2748 | Yoel Bacallao Jr. | -1,500.00 |
| 11/26/2021 | Check | 2746 | Jenny Flores | -800.00 |
| 11/26/2021 | Check | 2743 | Ferrell Gas | -594.43 |
| 11/26/2021 | Expense | | Chemisphere Corporation | -558.45 |
| 11/26/2021 | Expense | | Google | -9.99 |
| 11/26/2021 | Check | 2751 | Jaqueline Pacheco | -800.00 |
| 11/26/2021 | Check | 2752 | Luis Y. Martinez | -1,200.00 |
| 11/29/2021 | Expense | | QuickBooks Payments | -67.55 |
| 11/29/2021 | Expense | | BB Industries | -208.86 |
| 11/29/2021 | Expense | | BB Industries | -66.88 |
| 11/29/2021 | Check | 2744 | Ferrell Gas | -115.00 |
| 11/29/2021 | Check | 2745 | Charlene Pina Garcia | -700.00 |
| 11/29/2021 | Check | 2747 | Roberto C. Sanchez | -800.00 |
| 11/29/2021 | Check | 2753 | Pedro J. Betancourt Diaz | -600.00 |
| 11/30/2021 | Expense | | Liberty Mutual | -4,295.10 |
| 11/30/2021 | Expense | | Community Bank | -3.70 |
| 11/30/2021 | Expense | | Community Bank | -49.99 |
| 11/30/2021 | Expense | | Verizon | -890.66 |
| 11/30/2021 | Journal | HRK-KH | | -4,000.00 |

**Total**                                                                                      **-130,020.15**

Deposits and other credits cleared (33)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/12/2021 | Receive Payment | 1021 | Margo Himphill | 4,000.00 |
| 05/06/2021 | Receive Payment | | Ryan & Rebecca Johnson | 1,952.83 |
| 10/29/2021 | Deposit | | Dennis Cotton | 2,915.71 |
| 11/01/2021 | Deposit | | | 9,164.97 |
| 11/01/2021 | Deposit | | Kathy Moore | 444.42 |
| 11/03/2021 | Deposit | | | 9,132.01 |
| 11/04/2021 | Deposit | | Tony Singh | 3,500.00 |
| 11/05/2021 | Deposit | | | 3,745.60 |
| 11/05/2021 | Deposit | | Kathy Elliott | 3,257.00 |
| 11/08/2021 | Deposit | | | 8,473.66 |
| 11/09/2021 | Deposit | | Adolfo Orozco | 5,832.00 |
| 11/10/2021 | Deposit | | Jenni Corder | 3,041.72 |
| 11/10/2021 | Deposit | | David Dilmore | 2,463.96 |
| 11/11/2021 | Deposit | | Jessica McLaurin | 1,402.10 |
| 11/12/2021 | Deposit | | Lauren Lester | 3,251.88 |
| 11/12/2021 | Deposit | | Office Depot | 27.81 |
| 11/15/2021 | Deposit | | | 6,291.84 |
| 11/15/2021 | Deposit | | | 12,485.01 |
| 11/15/2021 | Deposit | | Debra Taylor | 849.26 |
| 11/15/2021 | Deposit | | | 25,556.30 |
| 11/15/2021 | Deposit | | | 824.07 |
| 11/16/2021 | Deposit | | | 250.00 |
| 11/17/2021 | Deposit | | Jeff Salmons | 5,611.19 |
| 11/17/2021 | Deposit | | Freedom Life Insurance | 279.38 |
| 11/17/2021 | Deposit | | Sheri Albert | 7,677.50 |
| 11/19/2021 | Deposit | | | 4,200.52 |
| 11/23/2021 | Deposit | | | 12,468.60 |
| 11/23/2021 | Expense | 2013 | Jacqueline Pachoa | 0.00 |
| 11/23/2021 | Expense | 2011 | Jenny Flores | 0.00 |
| 11/24/2021 | Deposit | | | 4,985.41 |
| 11/25/2021 | Deposit | | Deagan Spears | 2,949.15 |
| 11/29/2021 | Deposit | | Melissa Laseter | 1,979.42 |
| 11/29/2021 | Deposit | | | 9,965.07 |

**Total**                                                                                      **158,978.39**

**Additional Information**

Uncleared checks and payments as of 11/30/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/30/2021 | Expense | | QuickBooks Payments | -19.73 |
| **Total** | | | | **-19.73** |

Uncleared deposits and other credits as of 11/30/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/11/2021 | Receive Payment | 5294 | Lucky Dog Properties | 823.18 |
| 11/30/2021 | Deposit | | | 565.35 |
| **Total** | | | | **1,388.53** |

Uncleared checks and payments after 11/30/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2021 | Expense | | Express Merchant | -83.92 |
| 12/01/2021 | Check | 2740 | Yoel Bacallao Jr. | -1,000.00 |
| 12/01/2021 | Expense | | Fast Fill | -67.26 |
| **Total** | | | | **-1,151.18** |

Uncleared deposits and other credits after 11/30/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2021 | Deposit | | | 7,391.96 |
| **Total** | | | | **7,391.96** |