

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 14, 2022**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re: Bacallao Granite and Marble, LLC    Case no. 21-00807-JAW
                                           Chapter 11
    Debtor-in-Possession

### ORDER WITHDRAWING MOTION FOR DISTRIBUTIONS AND EXPENDITURES

THIS CAUSE is before the Court for consideration of a motion [Dkt. # 105] filed by debtor to approve distributions and certain expenditures and the debtor requesting to withdraw such motion, this Court is of the opinion that the request to withdraw the motion should be granted.

IT IS THEREFORE ORDERED that the motion [Dkt. # 105] to approve distributions and expenditures is hereby withdrawn.

##END OF ORDER##

APPROVED FOR ENTRY:


*/s/ R. Michael Bolen*
R. MICHAEL BOLEN, ESQ.
MSB # 3615
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 HWY. 80 WEST
JACKSON, MISSISSIPPI 39209
(601)923-0788
rmb@hoodbolen.com
*Attorneys for Debtor-in-Possession*